# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**MARQUIS TILMAN**                                                               **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO. 2:20-CV-10-KS-MTP**

**CLARKE COUNTY,** *et al.*                                                **DEFENDANTS**

## ORDER

On June 3, 2020, Defendants filed a Motion for Judgment on the Pleadings [17]. Plaintiff shall respond on or before **June 17, 2020**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). Defendant may reply on or before **June 24, 2020**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

The original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and the response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this 4th day of June, 2020.

                                                      /s/    Keith Starrett
                                                               KEITH STARRETT
                                   UNITED STATES DISTRICT JUDGE