IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MARQUIS TILMAN**                                                                                       **PLAINTIFF**

**v.**                                                            **CIVIL ACTION NO. 2:20-CV-10-KS-MTP**

**CLARKE COUNTY,** *et al.*                                                                  **DEFENDANTS**

### ORDER

On August 17, 2020, the Court granted Plaintiff's Motion for Leave [33] to file a Second Amended Complaint. On August 20, 2020, Plaintiff filed a Second Amended Complaint [38], and it is now the operative pleading. Accordingly, the Court **denies** Defendants' Motion for Judgment on the Pleadings [17] **as moot**, as the Amended Complaint is no longer the operative pleading.

SO ORDERED AND ADJUDGED this 24th day of August, 2020.

                                                                    /s/     Keith Starrett
                                                                    KEITH STARRETT
                                                         UNITED STATES DISTRICT JUDGE