# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPI
# EASTERN DIVISION

**MARQUIS TILMAN**                                                                     **PLAINTIFF**

**V.**                              **CIVIL ACTION NO. 2:20-cv-10-KS-MTP**

**CLARKE COUNTY, SHERIFF TODD KEMP, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, DEPUTY BENJAMIN IVY, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, AND DEPUTY "JOHN DOES" 1-5, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES REPRESENTING DEPUTIES OF THE CLARKE COUNTY SHERIFF'S DEPARTMENT AND/OR OTHER EMPLOYEES, INCLUDING SUPERVISORY OFFICIALS WHOSE IDENTITIES ARE CURRENTLY UNKNOWN**                                  **DEFENDANTS**

## NOTICE OF DEPOSITION

TO:    Marquis Tilman
          (through his attorney of record)
          Carlos E. Moore
          The Cochran Firm–MS Delta
          P. O. Box 1487
          Grenada, MS 38902-1487

Please take notice that on the 20th day of August, 2021, at 10:00 a.m., defendants in the above styled and numbered cause will take the deposition of **MARQUIS TILMAN** at the Central Mississippi Correctional Facility, 3794 Mississippi Hwy 468 Pearl, 39208, upon oral examination to be recorded stenographically by a Court

Reporter duly authorized to administer oaths.  Said examination will continue from day to day until completed.  You are invited to attend and participate in the deposition.

    This the 6th day of August, 2021.

    Respectfully submitted,

    **CLARKE COUNTY,**
    **SHERIFF TODD KEMP,**
    **DEPUTY BENJAMIN IVY,**
    **DEPUTY ANTHONY CHANCELOR,**
    **DEPUTY RYAN EVANS,**
    **DEPUTY AUSTIN TOUCHSTONE,**
    **DEPUTY JUSTIN RAWSON, AND**
    **DEPUTY BILLY LEWIS**

    BY:   */s/ Jessica S. Malone*
           One of Their Attorneys

WILLIAM R. ALLEN (MSB #100541)
JESSICA S. MALONE (MSB #102826)
Allen, Allen, Breeland and Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS 39601
Tel:    601-833-4361
Fax:   601-833-6647
wallen@aabalegal.com
jmalone@aabalegal.com

**CERTIFICATE**

I, the undersigned, of Allen, Allen, Breeland & Allen, PLLC, one of the attorneys for Defendants, Clarke County, Sheriff Todd Kemp, Deputies Benjamin Ivy, Anthony Chancelor, Ryan Evans, Austin Touchstone, Justin Rawson, and Billy Lewis, hereby certify that I have this day electronically filed the above and foregoing Notice of Deposition with the Clerk via the MEC system which gave notification of the same to:

>Carlos E. Moore
>The Cochran Firm–MS Delta
>P. O. Box 1487
>Grenada, MS 38902-1487
>cmoore@cohranfirm.com
>*Attorney for Plaintiff*

This the 6th day of August, 2021.

>*/s/ Jessica S. Malone*
>OF COUNSEL