THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MARQUIS TILMAN**                                                                           **PLAINTIFF**

v.                                                                          **Civil Action No.:** 2:20-cv-10-KS-MTP

**CLARKE COUNTY, SHERIFF TODD
KEMP, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY, DEPUTY
BENJAMIN IVY, IN HIS INDIVIDUAL
AND OFFICIAL CAPACITIES, AND
DEPUTY "JOHN DOES" 1-5, IN THEIR
INDIVIDUAL AND OFFICIAL CAPACITIES
REPRESENTING DEPUTIES OF THE
CLARKE COUNTY SHERIFF'S
DEPARTMENT AND/OR OTHER
EMPLOYEES, INCLUDING SUPERVISORY
OFFICIALS WHOSE IDENTITIES ARE
CURRENTLY UNKNOWN**                                **DEFENDANTS**

## NOTICE OF DEPOSITIONS

Please take notice that the depositions of the following will be taken on **Friday, August 27, 2021** beginning at **10:00 a.m.,** at the Clarke County Sheriff Department, 444 W Donald Street, Quitman, MS:

    **SHERIFF TODD KEMP**   -   10:00 a.m.; and

    **DEPUTY BENJAMIN IVY**   -   11:00 a.m.

Said deposition shall be taken for trial purposes before an official Court reporter or some other person duly authorized to administer oaths. The deposition will commence at the time and date as herein stated and be continued from day to day until completed.

You are invited to attend.

                                        Respectfully submitted,

                                        Marquise Tillman, Plaintiff

                                        By: */s/ Carlos E. Moore*
                                               CARLOS E. MOORE, MSB# 100685

OF COUNSEL:

**COCHRAN FIRM – MS DELTA**
P.O. BOX 1487
GRENADA, MS 38902-1487
662-227-9940
662-227-9941 – fax
carlos@tuckermoorelaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on ____(Date)____ I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

     William R. Allen, Esq.
     wallen@aabalegal.com
     Jessica S. Malone, Esq.
     jmalone@aabalegal.com
     ALLEN, ALLEN, BREELAND & ALLEN, PLLC
     P. O. Box 751
     Brookhaven, MS 39602-0751
     *Attorneys for Defendants*

     THIS the ____day of August, 2021.

                                                _____
                                               CARLOS E. MOORE