**CLARKE COUNTY SHERIFF'S DEPARTMENT**
**CRIMINAL INVESTIGATION DIVISION**
**444 West Donald Street**
**Quitman, MS 39355**

**Gary Kelly, Investigator**
**Eric O'Neil, Investigator**
**RYAN EVANS, Investigator**

**DATE:** 03/21/2019

**NAME:** Ryan Evans

**ADDRESS:** 444 West Donald Street

Quitman MS 39355    **PHONE:** 601-410-0579

**Statement:**

On March 21, 2019, I, Ryan Evans, was on duty as Investigator. I heard radio traffic about a nissan sentra fleeing from Investigator Ben Ivy heading North on Hwy 145. I turned on my blue lights and siren and headed toward Investigator Ivy. I heard radio traffic about the dangerous and reckless driving of the fleeing individual. I heard on the radio that the vehicle began traveling North on Hwy 45. I heard at Hwy 514 that the vehicle was coming back South on Hwy 45 and that the vehicle had rammed a patrol car. I saw the nissan sentra coming back south with a black male driver being followed by many patrol cars, all with blue lights and siren. I followed in with the patrol cars behind the fleeing car. I saw the vehicle run off the west side of the south bound lane and come to a stop. When I ran up to the vehicle, Officers had the man on the ground handcuffed. Deputy Touchstone transported the man to jail. I saw Investigator Ivy pull a pistol out of the vehicle. I recognized the driver as Marquise Tillman because I had just seen him the day before. I returned to patrol.

**Signature:** _Ryan Evans_    **Date:** 3-21-19

EXHIBIT
B

CLT-(TILMAN)-000089