**Clarke County Sheriff Office**
**444 West Donald Street**
**Quitman Ms. 39355**

Deputy Austin Touchstone

DATE: 3-21-19

NAME: Deputy Austin Touchstone C-8

ADDRESS: 444 West Donald Street

Quitman, MS 39355        PHONE: 601-776-5252

Statement:

 I deputy Touchstone was doing school traffic at enterprise Elementary when Agent Ben Ivy attempted to stop a vehicle which would not stop. Agent Ivy called a pursuit in progress, as the pursuit went on the subject turned north bound on hwy 45.  I Deputy Touchstone ask Deputy Anthony Chancellor if i needed to go across Hwy 514 and attempt to stop the vehicle on Hwy 45 North, Deputy Chancellor advised me t go ahead.  As I approached the intersection of Hwy 514 and cr. 350 Agent Ivy stated he was making a left West bound turn onto Hwy 514 which was in my direction, as I Deputy Touchstone was setting up to attempt to stop the vehicle at the intersection of Hwy 514 and Cr. 350 Deputy Lewis stated the subject proceeded south on Hwy 45, so I continued to join the pursuit.  I arrived at the scene of the final resting place of the pursuit near Cr. 344 and the subject was in custody. I then transported the black male to the Clarke County Jail.

Signature: Austin Touchstone C-8  *[signature]*        Date: 3-21-19

EXHIBIT C

CLT-(TILMAN)-000088