# CLARKE COUNTY NARCOTICS UNIT
## 601- 776-1027

**Justin Rawson, Agent**

**DATE:** March 22nd 2019

**TIME:** 1020

**ADDRESS:** 444 West Donald Street

Quitman MS 39301

**PHONE:** 601-776-1027

**Statement:**

I Agent Rawson was at 1502 North Archusa Avenue attempting to locate a silver Nissan Sentra that myself and Agent Ivy had received an anonymous tip about. The driver was supposed to be a Mr. Marquise Tillman. While at 1502 North Archusa Avenue I called Agent Ivy on the phone to tell him that the vehicle was not there. While on the phone Agent Ivy advised me that he had located the vehicle at North Archusa Avenue. I left the location i was at and headed south on North Archusa Avenue. About the time I pulled onto North Archusa Avenue, Agent Ivy called 10-94, the code for suspect fleeing in a vehicle. I intercepted the chase at East Lynda Street and North Jackson Avenue. I fell in as a secondary vehicle, and Agent Ivy was the main chase vehicle. The vehicle was traveling at a very high rate of speed while North bound on North Jackson. He passed a blue monte carlo and while doing so almost struck a pedestrian who was walking in the grass beside the south bound lane. The chase then proceeded to North Jackson/highway 145. Once we got on 145 my vehicle could not keep up with Agent Ivy and the suspect vehicle. My truck cuts off at 95 Mph. I stayed with it but could not see exactly what the suspect vehicle was doing. The chase then got on highway 45. While on 45 North Bound, I let three patrol vehicles pass me because they were faster. I heard on the radio that the suspect was turning onto highway 514. By the time i got to highway 514 the suspect vehicle was turning around in the median of highway 45 to get back in the south bound lane. I was on the intersection of 514 and 45 so i got back on 45 south to intercept again. the vehicle passed me in the left lane. My vehicle was not fast enough to keep up. I let several patrol cars pass me again because of speed limitations. about a mile or 2 on the way south on 45 the vehicle began to hit patrol cars while they were attempting to box him in to slow the chase. At this point I witnessed Deputy Anthony Chancellor perform a pit maneuver on the vehicle. the vehicle began to spin violently until coming to a complete stop. Once the vehicle stopped I got out of my vehicle to help secure the suspect. Once i got out i immediately heard 2 gun shots. I was unsure who had shot them. Due to the fact that Agent Ivy had called out on the radio several times that the suspect was leaning in the passenger seat floor board for something I had my weapon drawn. Once I had eyes on the suspect there were already several officers securing him. I pointed out a pistol in the passenger floor board to Agent Ivy and said "that is what he was reaching for". I helped search the vehicle and shortly after went back into service.

**Signature:** _[signature]_

**Date:** March 22nd 2019

EXHIBIT D

CLT-(TILMAN)-000090