1    IN THE UNITED STATES DISTRICT COURT FOR THE
         SOUTHERN DISRICT OF MISSISSIPPI

2           EASTERN DIVISION

    _____

3

4   MARQUIS TILMAN,

5       Plaintiff,

6

   VS.             Civil No. 2:20-cv-10-KS-MTP

7

8   CLARKE COUNTY, MISSISSIPPI, et al.

9

       Defendants.

10  _____

11

12

13             DEPOSITION

14                OF

15        DEPUTY BILLY LEWIS

16       SEPTEMBER 29, 2021

17

18

19

20

21

22

23    ALPHA REPORTING -- A VERITEXT COMPANY

          236 Adams Avenue

24      Memphis, Tennessee 38103

           901-523-8974

25       www.Veritext.com

                      Page 1



EXHIBIT
F

1    The deposition of BILLY LEWIS is taken
2  on this, the 29th day of September 2021, on
3  behalf of the Plaintiff, pursuant to notice and
4  consent of counsel, beginning at approximately
5  1:30 p.m. via Zoom video conference.
6       This deposition is taken pursuant to the
7  terms and provisions of the Federal Rules of
8  Civil Procedure.
9       All forms and formalities are waived.
10  Objections are reserved, except as to form of the
11  question, to be disposed of at or before the
12  hearing.
13       The signature of the witness is not
14  waived.
15
16
17
18
19
20
21
22
23
24
25

Page 2

1          I N D E X
2
3        EXAMINATION INDEX
4
    BILLY LEWIS
5    BY MR. MOORE              5
6
7
8        EXHIBIT INDEX
9  EXHIBIT NO.     DESCRIPTION          PAGE
10  EXHIBIT NO. 1 Statement of Billy Lewis; CLT 22
        Tilman 93 and 94
11
12
13
14
15
16
17
18
19
20
21
22  COURT REPORTER'S CERTIFICATE           67
23
24  ERRATA SHEET                68
25

Page 4

1        A P P E A R A N C E S
2
3  FOR THE PLAINTIFF:
4      CARLOS MOORE, ESQ.
        Cochran Firm
5      306 Branscome Drive
        Grenada, Mississippi 38902
6      601-227-9940
        cmoore@cochranfirm.com
7
8
9  FOR THE DEFENDANT:
10      JESSICA MALONE, ESQ.
        Allen, Allen, Breeland & Allen
11      214 Justice Street
        Brookhaven, Mississippi 39601
12      601-833-4361
13
14
15
16
17
18
19
20  COURT REPORTING FIRM:
21      ALPHA REPORTING -- A VERITEXT COMPANY
        Polly W. Wardlaw, LCR, CCR
22      236 Adams Avenue
        Memphis, Tennessee 38103
23      901-523-8974
        pollywardlawccr@mail.com
24      www.Veritext.com
25

Page 3

1          BILLY LEWIS,
2       Having been first duly sworn, was
3  examined and testified as follows:
4          EXAMINATION
5  BY MR. MOORE:
6    Q.  Deputy Lewis, my name is Carlos Moore.
7  You have been previously sworn.  I have the great
8  honor of representing Marquis Tilman, and this
9  lawsuit has been filed against you and several
10  other deputies of Clark County.  I'll be asking
11  you questions on behalf of Mr. Tilman.  Okay?
12    A.  Yes, sir.
13    Q.  Can you hear me?
14    A.  Yes, sir.
15    Q.  Let's lay the ground rules.  You will
16  need to answer verbally so that we can get
17  everything down correctly, the court reporter
18  can.  If you don't understand my question, let me
19  know and I'll repeat or rephrase the question.
20       I have a tendency to talk fast, so if
21  you have a need me to slow down or repeat
22  something if you don't understand it,  let me
23  know, and I will accommodate your request.  I
24  will, however, I assume that you understood the
25  question if you in fact answer it.  Okay?

Page 5

2 (Pages 2 - 5)

1   A.  Yes.
2   Q.  If you need to take a break at any time,
3 let me know.  I will let you take a break;
4 however, if there's a pending question I'm going
5 to ask you to answer the pending question before
6 taking the break.  All right?
7   A.  Yes, sir.
8   Q.  Finally, my ground rule is that we will
9 not talk over each other.  When I'm talking I'm
10 going to ask that you remain quiet, and when
11 you're talking I'm going to do likewise.  Okay?
12   A.  Okay.
13   Q.  I notice that there's as delay when I
14 ask a question.  So I'll pause so that you can
15 answer it so that she gets everything down
16 correctly.
17      Have you ever gone by any other name or
18 alias besides Billy Lewis?
19   A.  I'm sorry?  You froze.
20   Q.  State your name.
21   Billy Lewis.
22   Q.  Have you ever gone by any other name or
23 alias?
24   A.  No, sir.
25   Q.  What is your address?

1   A.  978 County Road 343, Stonewall,
2 Mississippi 39363.
3   Q.  What's a good phone number for you?
4   A.  601-513-9826.
5   Q.  Who lives at this 978 County Road 343
6 address with you?
7   A.  My wife.
8   Q.  What's your wife's name?
9   A.  Chasity.
10   Q.  What's her maiden name?
11   A.  White.
12   Q.  What county is Stonewall in?
13   A.  Clarke.
14   Q.  How long have you lived at your address?
15   A.  Approximately two years now.
16   Q.  What's your date of birth?
17   A.  February 7, 1980.
18   Q.  How old are you?
19   A.  41.
20   Q.  When did you finish high school?
21   A.  1998.
22   Q.  Which high school?  Which high school?
23   A.  I'm sorry, did you say which high
24 school?  It skipped a second.
25   Q.  Yeah.

1   A.  Quitman High School.
2      COURT REPORTER:  I didn't catch the name
3 of the high school.
4      MR. MOORE:  He said Quitman High School.
5      Do we have a bad connection?
6      THE WITNESS:  I believe so.  It says
7 network bandwidth low.
8      MR. MOORE:  My bandwidth is good on this
9 end. Did you change bandwidths?
10      THE WITNESS:  Sorry I didn't hear you.
11      MR. MOORE:  Did y'all change
12 connections?  Can you hear me better?
13      THE WITNESS:  A little bit.
14 BY MR. MOORE:
15   Q.  Besides your wife do you have any other
16 relatives that live nearby in the southern
17 district of Mississippi?
18   A.  Yes, sir.
19   Q.  What are those relatives' names and
20 relations?
21   A.  Barbara Young is my mother.
22   Q.  Where does she live?
23   A.  On Highway 18 East in Quitman.
24   Q.  Okay.  Who else?
25   A.  Let's see.  Both of my grandmothers.

1 One is Jerra Lewis that lives on County Road 672
2 in Quitman.  And Lonzell Bucken (phonetic) that
3 lives on County Road 133 in Quitman.
4   Q.  Any other relatives?
5   A.  Yes, sir.  I've got one aunt, (name
6 inaudible), that lives on County Road 672.
7 Another aunt is Renee Lewis that lives on County
8 Road 672.  An Uncle Danny Bucken that lives on
9 County Road133.
10   Q.  Any adult children?
11   A.  Yes, sir.
12   Q.  Where do they live?
13   A.  My son Jordan Lewis, he lives on County
14 Road 672 in Quitman.
15   Q.  All right.
16   A.  My daughter Jana Lewis, on the weekends
17 she lives on County Road 672.  During the week
18 she's at William Carey University.
19   Q.  Any other adult relatives in the
20 vicinity?
21   A.  No.
22   Q.  So you've got your wife, your two
23 children, your mother, your grandmothers, some
24 aunts, an uncle.  What about your father and
25 grandfather; are they deceased?

1   A.  Yes, sir.
2   Q.  No brothers?
3   A.  No, sir.  I have a sister that lives in
4  Raleigh, Mississippi I believe.  Somewhere over
5  towards Jackson.
6   Q.  What her name?
7   A.  Belinda Ramage.
8   Q.  Have you ever been convicted of any
9  crime?
10   A.  No, sir.
11   Q.  Have you ever been terminated from any
12  job?
13   A.  No, sir.
14   Q.  Have you ever been disciplined on any
15  job?
16   A.  No, sir.
17   Q.  Have you ever been asked to resign from
18  a job?
19   A.  No, sir.
20   Q.  Have you ever been counseled on a job?
21   A.  No, sir.
22   Q.  Tell me about your job history from high
23  school going forward.
24   A.  Okay.  Let's see.  From high school I
25  worked security at Hankins Lumber Mill here in

1 Quitman.  I left there and went to J.C. Penney in
2 Laurel and worked in loss prevention.  I went
3 from there to the Quitman Police Department in
4 2001.  I worked there through until 2005.
5     I left there and went to the Meridian
6 Police Department.  I worked there for a short
7 time and then I came back to work at Quitman
8 Police Department part time.  I went from there
9 and worked full time at Stonewall Police
10 Department as Police Chief there.
11     And then I left from Stonewall Police
12 Department and got hired with Clarke County
13 Sheriff's Department, and my first assignment was
14 in the South Mississippi Narcotics Task Force.
15 And I'm still currently employed at as Clarke
16 County Sheriff's Department as a patrolman.
17   Q.  How long have you been at Clarke County
18 Sheriff's Department?
19   A.  Twelve years I believe.  My official
20 full-time hire date was September 11, 2009.
21   Q.  Okay.  And none of those jobs that you
22 mentioned, prior jobs, you were ever asked to
23 leave?  You left under your own free will?
24   A.  Yes, sir.  I was never asked to leave
25 any of them.

1   Q.  You don't have anything in your
2 disciplinary file that would be disciplinary in
3 nature in any of those jobs?
4   A.  No, sir.
5   Q.  Have you ever been the subject of an
6 Internal Affairs investigation?
7   A.  No, sir.
8   Q.  Have you ever been accused of excessive
9 force?
10   A.  No, sir.
11   Q.  Have you ever been accused of being a
12 bystander while someone -- one of your colleagues
13 was utilizing excessive force?
14   A.  No, sir.
15   Q.  What about this claim?
16   A.  I'm not really sure what the claim is,
17 so I'm not sure.
18   Q.  Were you served with this lawsuit?
19   A.  I know the department was, and I haven't
20 read it.
21   Q.  Do you know that you're named as a
22 defendant?
23   A.  Yes, sir.  Sheriff Kemp told us
24 everybody that was named.  But as far as reading
25 --

1   Q.  But you haven't read the lawsuit?
2   A.  No, sir.
3   Q.  Why not?
4   A.  I just haven't seen it, I mean.
5   Q.  What if anything, did you do to prepare
6 for this deposition?
7   A.  I went back over and read the statement
8 that I wrote the day after this incident
9 occurred.
10   Q.  Anything else?
11   A.  We talked with counsel this morning just
12 to make sure that we had gone over our statement
13 and everything.
14   Q.  All right.  Who besides your counsel
15 have you spoken with in preparation for today's
16 deposition?
17   A.  No one.
18   Q.  Have you ever been involved in a lawsuit
19 besides this one?
20   A.  Yes, sir.
21   Q.  Tell me about that.
22   A.  There was -- the one that I can
23 remember, I don't know, it was a few years ago.
24 I was working patrol for Clarke County Sheriff's
25 Department.  Myself and other deputy, we got a

1 call from the State Fire Marshals Office that
2 gave us an address in Pachuta, Mississippi, which
3 is in Clarke County, that they had a felony
4 warrant for a gentleman there for arson and asked
5 if we would go by and check the residence and see
6 if we could locate the subject and take him into
7 custody on a warrant.
8     When we arrived at the house I went to
9 the rear of the house to make sure nobody ran out
10 the back. The other deputy went to the front
11 door. He knocked on the front door and when he
12 knocked on the door, the door open. What we did
13 was a quick safety sweep through the house to
14 make sure that nobody was inside, had broken in,
15 stealing, doing any damage.
16     I believe the radio traffic showed that
17 we were in the house for I think like 29, 30
18 seconds to clear make sure nobody was in there,
19 came back out and secured the door. Whenever the
20 homeowner got home she came to the sheriff's
21 department and was basically just throwing a fit
22 in the lobby. And the jailer that was there at
23 the time was instructed to take her into custody
24 and charge her for disorderly conduct for cursing
25 at him.

Page 14

1     And so anyway, since they couldn't
2 charge her with that, she filed suit. The judge
3 in the case said that what myself and the officer
4 did, that that was within the scope of our duty.
5 No crime was taken place inside the house and
6 nobody was injured, nobody was dead. He said the
7 amount of time we were inside we were justified
8 and came back out. And what the lawsuit was
9 actually settled for was the arrest for the
10 disorderly conduct, which I was not a part of
11 that.
12     Q. So you were named as a defendant in a
13 lawsuit that a lady brought against the County
14 that named you and a couple of other defendants?
15     A. Yes, sir.
16     Q. Do you remember that plaintiff's name?
17     A. I do not. I can't remember what her
18 name was.
19     Q. Do you remember her lawyer's name?
20     A. No, sir.
21     Q. Do you know what the case settled for?
22     A. No, sir, I don't. I was thinking
23 somebody had said a number, but I don't remember
24 now.
25     Q. Have you ever been named as a defendant

Page 15

1 in any other lawsuit besides this one and that
2 one?
3     A. As a defendant, no. I was basically
4 named as a witness in another at the start of my
5 career, but as far as I know that's the only ones
6 I know of for definite.
7     Q. Have you ever been a plaintiff in a
8 lawsuit?
9     A. No, sir.
10     Q. Have you ever been divorced?
11     A. Yes, sir.
12     Q. Were you the plaintiff or the defendant?
13     A. I honestly don't remember because we
14 filed a no-fault divorce.
15     Q. Okay.
16     A. So I don't remember what I was labeled
17 as in that because we showed up with the judge
18 and that was it. Signed the paperwork and it was
19 over with.
20     Q. All right. Who is your ex-wife?
21     A. Dana Williams. I believe she's Dana
22 Mosely now.
23     Q. How long were y'all married?
24     A. For 20 years.
25     Q. 20 years?

Page 16

1     A. Yes, sir.
2     Q. All right. And so your children are
3 with her?
4     A. Yes.
5     Q. Where does she live?
6     A. She lives in Shubuta, Mississippi.
7     Q. That's over there in that area?
8     A. Yes, sir, it's in Clarke County?
9     Q. How do you spell Shubuta?
10     A. S-H-U-B-U-T-A.
11     Q. S-H-U-B-U-T-A?
12     A. Yes, sir.
13     Q. All right. Any other ex-wives?
14     A. No, sir.
15     Q. How long have you and Chasity been
16 married?
17     A. Five years.
18     Q. Got married young the first time.
19     A. I'm sorry?
20     Q. You must have got married young the
21 first time.
22     A. I was 19.
23     Q. Nineteen?
24     A. Yes, sir. My son was born when I was 16
25 and I was married at 19. So an early start in

Page 17

5 (Pages 14 - 17)

1 life.
2   Q.  You're only 41?
3   A.  Yes, sir.
4   Q.  Did you say you were married 12 years or
5 20 years?
6   A.  Twenty.  Well, it may have been 15.  We
7 were together for 20 and married for 15.  That's
8 right.  I'm sorry.
9   Q.  Because that didn't add up if you're
10 only 41.
11   A.  Yeah, my fault.  I try to block a lot of
12 that time out.
13   Q.  All right.  I was going to say it looks
14 like you got married at 15 or 16 if you're 41 and
15 been married 25 years.
16   A.  No.  I was a father at 16, but I got
17 married at 19 in '99.
18   Q.  Okay.  So divorce litigation.  Have you
19 ever been involved in any kind of bankruptcy
20 proceeding?
21   A.  Yes, sir.
22   Q.  How many times have you been involved in
23 bankruptcy proceeding?
24   A.  Once.
25   Q.  Chapter 7 or 13?

Page 18

1   A.  I'm trying to think of the difference.
2   Q.  Did you have a job or not?
3   A.  Yes.
4   Q.  So was it Chapter 13?  You had income?
5   A.  Yes, sir.
6   Q.  Did you get it discharged?
7   A.  Yes, sir.
8   Q.  What year?
9   A.  2002 I believe.
10   Q.  Any workers' comp injuries?
11   A.  No.
12   Q.  No workers' comp injuries.  Have you
13 ever been a member of any racially exclusive
14 group?
15   A.  No, sir.
16   Q.  Do you believe that black lives matter?
17   A.  I'm sorry?
18   Q.  Do you believe that black lives matter?
19   A.  I believe all lives matter, yes.
20   Q.  Including black lives?
21   A.  Yes, sir.
22   Q.  Have you ever said the words black lives
23 matter?
24   A.  Yes, sir.
25   Q.  You have?  When?

Page 19

1   A.  Yes, sir.
2   Q.  When have you said those words?
3   A.  Generally talking about something that
4 you know was on the news or whatever.  That's
5 pretty much -- if you're using that one specific
6 phrase, it's usually referring to an article on
7 TV or article in the newspaper or something like
8 that.
9   Q.  Have you ever affirmatively said the
10 phrase black lives matter, and if so, can you say
11 it?
12   A.  I'm not sure if I have, but yes, sir,
13 black lives matter.
14   Q.  Did Marquis Tilman's black life matter?
15   A.  Yes, sir.
16   Q.  On March 21st, 2019?
17   A.  Yes, sir.
18   Q.  How so?
19   A.  All lives matter.  That's our job is to
20 try to protect lives as best as possible.
21   Q.  And you wrote a statement -- you did a
22 statement and signed it?
23   A.  Yes, sir.
24   Q.  All right.  So is your statement
25 reflected in what's been Bates stamped as Tilman

Page 20

1 93 and 94, a two-page statement?
2   A.  I'm sorry some of that was frozen.  I
3 didn't hear exactly.
4   Q.  Is this your statement?  Is that your
5 signature?  Can you see that?
6   A.  I can see my signature.  I can't read
7 the words.  The words are blurred, but I can see
8 my signature, yes, sir.
9        MR. MOORE:  Let the record reflect that
10 he's identified his signature.
11 BY MR. MOORE:
12   Q.  Did you do a statement with regards to
13 what happened with Marquis Tilman?
14   A.  Yes, sir.
15   Q.  What was the date of that statement?
16   A.  I believe it was March 22nd, the day
17 after.
18   Q.  Who asked you to do the statement?
19   A.  That I don't remember.  It would have
20 been whichever investigator was going to charge
21 the felony eluding charge.
22   Q.  All right.
23        MR. MOORE:  Madam court reporter, I'm
24 going to mark his statement as Exhibit 1 to the
25 deposition.  It's Bates stamped CLT Tilman 93 and

Page 21

6 (Pages 18 - 21)

1 CLT Tilman 94. I'll have my assistant email that
2 to you.
3        COURT REPORTER: Perfect. Thank you.
4 That will be Exhibit 1.
5        (WHEREUPON, THE ABOVE-MENTIONED DOCUMENT
6 WAS MARKED AS EXHIBIT NO. 1 TO THE TESTIMONY OF
7 THE WITNESS AND IS ATTACHED HERETO.)
8 BY MR. MOORE:
9    Q.   Tell me in your own words what happened
10 on or about March 21st, 2019 in regards to Clarke
11 County Sheriff's Department personnel and Marquis
12 Tilman.
13    A.   You did say tell me in my own words what
14 happened on that date with the sheriff's
15 department? It was garbled. I apologize.
16    Q.   Yes, what happened with the sheriff's
17 department and Marquis Tilman?
18    A.   Okay. On that date the sheriff's
19 department had a meeting with the DA's office to
20 go over things that she wanted to see as far as
21 how our cases were put together, what things were
22 in our reports and cases that we sent to her for
23 grand jury. We were at the Clarke County
24 Courthouse in Quitman where that meeting took
25 place.

Page 22

1 upwards towards 100 miles an hour.
2        Once they got to Highway 45 he said that
3 they turned north and headed towards Lauderdale
4 County. Once I got up there -- I was in a 2018
5 Chevrolet Tahoe which was faster than most of the
6 other cars that we had at the time. So I was
7 behind Joey Moulds who was the Chief of
8 Enterprise; he was in a Dodge Charger. And so I
9 was behind him. We were able to pass a few of
10 the other units to try to catch up to the actual
11 pursuit.
12        Agent Ivy keyed up and said multiple
13 times that Tilman was reaching all the way over
14 into the passenger side floorboard like he was
15 trying to frantically grab for something. He
16 said he was going at speeds which were upwards of
17 100 miles an hour. Sometimes a little over,
18 sometimes a little less. They were slowing down
19 and it looked like Tilman was going to turn west
20 onto Highway 514.
21        That's about the time that I caught up
22 to it. And what I saw was Joey Moulds and the
23 Charger had just caught up to Tilman's vehicle.
24 When they both turned and got into the median,
25 the cross-over there, Tilman made a U-turn and

Page 24

1        After the meeting I was standing outside
2 of the courthouse. I was talking with Sheriff
3 Kemp and I believe it was Chief Mike McHarra of
4 the Quitman Police Department just standing out
5 there. We heard on the radio that at the time
6 narcotics agent Ben Ivy, he keyed up on the radio
7 and said that he was attempting to stop a vehicle
8 and that the vehicle was not stopping and that it
9 was -- he identified the driver as Marquis
10 Tilman. He told us on the radio that he had
11 gotten an anonymous tip that there was supposed
12 to be a stolen firearm in the vehicle.
13        At that time he said that he was
14 approaching Archusa Avenue and said that the
15 suspect vehicle ran a stop sign, went across
16 Archusa, and he called the code for chase in
17 progress, which for us is a 1094. When that took
18 place everybody that was outside, we ran to our
19 vehicles.
20        I followed Sheriff Kemp. We turned on
21 Long Boulevard in case when Tilman's vehicle got
22 to North Jackson, if he turned south we could try
23 to stop him there. When he got to North Jackson,
24 Agent Ivy said that he turned north. We tried to
25 catch up. He said that speeds were running

Page 23

1 came back around and headed back north. At that
2 time I caught up and I passed Tilman on the
3 passenger's side. And when I looked over he was
4 leaned all the way into the passenger's
5 floorboard. He still had one hand on the
6 steering wheel reaching into the passenger
7 floorboard like he was trying to grab something.
8 He did not have a seatbelt on.
9        I got in front of him. Normally that's
10 just what I do in a chase is I try to get in
11 front and try to slow the vehicle down so we can
12 get the speeds down to where it's a minimal risk
13 to anybody as possible.
14        As I got in front of him, then Deputy
15 Anthony Chancelor, he came up beside on the
16 passenger side of Tilman. In my passenger's side
17 mirror I saw where Tilman's vehicle veered to the
18 right and struck the side of Deputy Chancelor's
19 Durango. He went off into the grass. And
20 Tilman's vehicle darted back over towards mine.
21 And at the time I was a K-9 handler, and my K-9
22 was in that back corner of the Tahoe. So I went
23 into the grass in the median and sped up to make
24 sure that my vehicle didn't get hit where my dog
25 was at.

Page 25

1        As I sped up, the next turn-around that
2   he came to, Tilman hit that turn-around and
3   headed back south on Highway 45.  So I advised
4   all other units that he was headed back
5   southbound on 45.  I found a place to turn around
6   and come back.
7        When I was catching back up to it there
8   was one of the crossovers -- I don't remember if
9   -- I believe it was south of 514, but Sheriff
10  Kemp had come across in his vehicle and had come
11  into the southbound lane with his lights and
12  sirens going hoping that Tilman would stop there.
13  Basically Tilman went towards his vehicle and
14  Sheriff Kemp drove off into the median and had to
15  spin off down there.
16       Whenever I caught back up to the
17  vehicle, Chief Moulds was in front and Tilman's
18  vehicle darted over towards his car.  He was able
19  to move to the left to avoid the collision.  And
20  he sped up in front and that's when Deputy
21  Chancelor said that he was going to try to hit
22  the back of the vehicle to get it to spin around
23  on the side of the road so that we could stop the
24  chase because we had three schools in the area
25  that were letting out at that time, and we had to

Page 26

1   get it stopped before we got back anywhere into
2   where school traffic was.
3        Deputy Chancelor hit the rear driver's
4   side fender of the vehicle causing the vehicle to
5   spin around onto side of the road.  Once it came
6   to a stop from that, the vehicle started to move
7   forward again.  And at that time Ben Ivy, he was
8   in a '14 Dodge Ram at the time, he came up and
9   rammed the driver's side door to try to disable
10  the vehicle enough to stop it from getting back
11  on the road.  When he did, Mr. Tilman bounced
12  over to the passenger side of the vehicle because
13  he was not wearing a seatbelt.
14       I pulled up and stopped.  I jumped out,
15  went around the back of the vehicle.  Deputy
16  Chancelor was coming around the front of the
17  vehicle.  At that time I heard two shots that
18  went off.  And I turned and looked, and Deputy
19  Chancelor had shot the passenger's side tire to
20  make sure the vehicle was completely disabled.
21  When he did that, Tilman swung the door open and
22  dove out of the car with his hands out in front
23  of him.  It basically looked like a baseball
24  slide.  And dove out.
25       When he hit the ground he immediately

Page 27

1   put both of his hands under him where he
2   waistband was.  He started to pull his knee up to
3   get up.  I ran over, holstered my weapon.  My
4   right knee I put on his right shoulder to make
5   sure he could not get up until I could get a hold
6   of his hand.  Once I grabbed a hold of his arm, I
7   moved my knee and put it in front of his shoulder
8   on the ground, so that he could not move forward,
9   and I used my left knee to put on his elbow.
10       I was trying to -- I pulled his arm out
11  so that we could make sure he didn't have a gun
12  in his waistband or that he didn't have one in
13  his hands.  And my concern was the safety of my
14  people and also Mr. Tilman if he was laying on a
15  gun of it going off under there.
16       We told him multiple times to release
17  his hands, pull his hands out, put his hands
18  behind his back.  He continued to struggle.
19  Began kicking.  Chief Mulls came up from what
20  would be behind him basically and tried to gain
21  control of his legs by holding his ankles.  And
22  we could not get Tilman to let go of his grip to
23  get his hands out and make sure there was nothing
24  in his hands, nothing under him or so that we
25  could get him handcuffed.

Page 28

1        My intent was to hit him between the
2   shoulder blades to basically get his chest to --
3   his shoulder blades to go back to make him break
4   his grip.  When I did attempt that, Joey Mulls,
5   he leaned forward and I hit him in the head.  And
6   at that time everybody kind of stopped and just
7   looked at Joey.  And I don't know if Mr. Tilman
8   decided to just give up and comply at that point
9   or if he was trying to rest, but you could feel
10  when he released his grip.  So we went ahead and
11  pulled his hands out.  Justin Rawson I believe
12  was the one that handcuffed him.
13       Everybody was trying to catch his
14  breath.  I looked down at Mr. Tilman and he said
15  that he was having trouble breathing.  So I
16  rolled him onto his side and I asked him if that
17  was any better, and he said that he needed to
18  stretch his leg out because it hurt.  When I
19  looked down at his leg that's when I realized
20  that he had a short cast -- I do not remember
21  which leg it was at this point, but he had a
22  short cast on that.
23       So what we did was we sat him up, we
24  leaned him up against the back tire of his
25  vehicle.  We stretched his legs out so that they

Page 29

1 were not in any kind of bind. I asked him was
2 that better. He said his leg felt better. I
3 asked him how was his breathing, and he said it
4 was a lot better.
5      I asked him what happened to his leg,
6 and he said he had been in a car wreck the week
7 before or two weeks before. I don't remember
8 exactly. I believe it was the week before, is
9 what he said, in Meridian. So I asked him was
10 his breathing okay, was he good right there, and
11 he said yes.
12      At that point Sheriff Kemp walked up and
13 said that we still had a couple of vehicles
14 parked in the right lane of Highway 45 and we
15 needed to make sure we had traffic control. And
16 I told the other deputies to sit with Mr. Tilman
17 until they decided which vehicle he was going to
18 be transported in, and I went back out to 45 to
19 help direct traffic because I didn't want to move
20 the vehicles at that point.
21   Q.  All right. Thank you for telling me in
22 your own words what happened on that tragic day
23 of Thursday, March, 21st of 2019.
24      Does your report say everything you just
25 told me verbally?

Page 30

1   A.  Pretty much I would think, yes, sir.
2   Q.  Isn't it true that your report does not
3 mention that his hands went towards his
4 waistband?
5   A.  I do not recall.
6   Q.  Page 2 of your report, isn't it true
7 that it says, "At this time Tilman dove out of
8 the passenger door with his hands out in front of
9 him and laid face down on the ground."?
10   A.  Yes, sir, I believe it does.
11   Q.  "When officers tried to put handcuffs on
12 Tilman, he began resisting and fighting the
13 officers."
14      So can you tell me where in your report
15 that you mentioned his hands going towards his
16 waistband?
17   A.  So if that is what it says, no, sir, I
18 did not put that in there.
19   Q.  Why didn't you put that in there if that
20 was in fact true? No coaching from your counsel.
21   A.  Sir, I don't remember. That was two
22 years ago. I do not remember why.
23   Q.  Do you believe your memory would have
24 been fresher on the day after the incident, or do
25 you believe it's fresher now three years down the

Page 31

1 road -- a couple of years down the road?
2   A.  It's the same on that instance.
3   Q.  So why didn't you put it in your report
4 if you're telling me here today about the
5 waistband?
6   A.  Like I said, I do not remember.
7   Q.  Are you under the influence of any
8 medicines, drugs, or alcohol that would affect
9 your memory here today?
10   A.  No, sir.
11   Q.  Do you use drugs?
12   A.  No, sir.
13   Q.  Alcohol?
14   A.  Yes, sir.
15   Q.  How often do you drink?
16   A.  Maybe once every two or three weeks.
17   Q.  What's your beverage of choice?
18   A.  My beverage of choice would be American
19 Honey.
20   Q.  And you drink American Honey every two
21 to three weeks?
22   A.  Sometimes, yes. It just depends on what
23 the occasion is or if I just want to sit down and
24 have a small glass of alcohol.
25   Q.  Okay. But you prefer liquor over beer

Page 32

1 or wine?
2   A.  Yes, sir.
3   Q.  Isn't it true, Deputy Lewis, that you
4 and your colleagues beat this man unmercifully?
5   A.  No, sir.
6   Q.  That's not true?
7   A.  No, sir.
8   Q.  Isn't it true (inaudible).
9   A.  I'm sorry? All I heard was isn't it
10 true.
11   Q.  Isn't it true that you Billy Lewis
12 (inaudible) while he was in handcuffs?
13      COURT REPORTER:  You broke up again,
14 Mr. Moore.
15 BY MR. MOORE:
16   Q.  Isn't it true that you Deputy Lewis
17 struck Mr. Tilman while he was in handcuffs?
18   A.  No, sir.
19   Q.  Isn't it true that once Mr. Tilman was
20 out of the vehicle that he readily surrendered to
21 the deputies?
22   A.  No, sir, that's not true.
23   Q.  Isn't it true that the deputies stormed
24 Mr. Tilman's vehicle and violently threw
25 Mr. Tilman to the ground and commenced to

Page 33

1  brutally beat him?
2     A.  No, sir.
3     Q.  Isn't it true that Mr. Tilman was beaten
4  by one or more deputies on that day after he was
5  in handcuffs?
6     A.  No, sir.
7     Q.  Isn't it true that he was stomped after
8  being placed in handcuffs?
9     A.  No, sir.
10    Q.  Isn't it true that he was kicked by
11  deputies after being placed in handcuffs?
12    A.  No, sir.
13    Q.  Isn't it true that he was punched by
14  Clarke County deputies after he was placed in
15  handcuffs?
16    A.  No, sir.
17    Q.  Isn't it true that he was kneed by one
18  or more deputies after he was placed in
19  handcuffs?
20    A.  No, sir.
21    Q.  Isn't it true that he was repeatedly
22  assaulted by one or more deputies when he was
23  placed in handcuffs?
24    A.  No, sir.
25    Q.  Isn't it true that he suffered injuries
Page 34

1     Q.  Who (inaudible).
2     A.  I'm sorry, you stopped again.  Who
3  caused?
4        COURT REPORTER:  I believe his question
5  was who caused the car wreck.
6     A.  Okay.  The first one he caused, the
7  second one was deputy Anthony Chancelor, and the
8  third was Deputy Ben Ivy.
9     Q.  Did you ever try to stop any of your
10  colleagues from hitting, kicking, stomping, or
11  injuring Mr. Tilman?
12    A.  No, sir, I didn't try to stop them
13  because nobody did that.
14    Q.  You didn't see anyone hit him at all,
15  assault him at all?
16    A.  No, sir.
17    Q.  Do you believe he's making all of this
18  up?
19    A.  Yes, sir.
20    Q.  Why do you believe he's making this up?
21    A.  I do not know why he would make it up.
22    Q.  Did he ask to be seen at the hospital?
23    A.  I don't know after he got out of jail.
24  He didn't there on the scene while I was there
25  with him.
Page 36

1  to his face, eyes, and chest at the hands of the
2  Clarke County deputies?
3     A.  No, sir.
4     Q.  Did he suffer any injuries?
5     A.  That I do not know.
6     Q.  Did you look at him after he was
7  arrested --
8     A.  I'm sorry, did I look at him when?
9     Q.  After he was placed in handcuffs?
10    A.  Yes, sir.
11    Q.  How did he appear?
12    A.  He appeared fine.  He appeared like he
13  had been in a car wreck.  He was out of breath
14  and everything.  But from what I do remember
15  there was one little spot of blood on his lip.
16  But other than that, no, sir.
17    Q.  Did you bust him in the mouth?
18    A.  No, sir.
19    Q.  Who busted him in the mouth.
20    A.  No one.
21    Q.  How did his lip start bleeding?
22    A.  He was basically in three car wrecks in
23  a matter of a few minutes.
24    Q.  Who caused the car wrecks?
25    A.  Who caused what?
Page 35

1     Q.  He complained of having trouble
2  breathing on the scene.
3     A.  Yes, sir.
4     Q.  Was he transported to the jail or to the
5  hospital?
6     A.  He was transported to the jail, and from
7  my understanding, our Paratech ambulance service
8  met them at the jail.
9     Q.  Why were the Paratech paramedics called
10  to the jail for him?
11    A.  I'm sorry?
12    Q.  Why were the paramedics dispatched to
13  the jail for Mr. Tilman?
14    A.  I do not know.  I didn't call them.
15  From my understanding, Chief Deputy White did.
16  But I would -- I would think it was because the
17  man had just been in three car wrecks basically.
18    Q.  Just because you are involved in a car
19  wreck does that mean you need to go to the
20  hospital if you're not injured?
21    A.  I'm sorry?  Do what now?
22    Q.  Just because you're in a car wreck does
23  that mean you have to go to a hospital?
24    A.  Just because you're in a car wreck?
25    Q.  Correct.
Page 37

1    A.   No, sir.
2    Q.   What was so special about him having to
3  go to the hospital?
4    A.   I do not know.  You would have to ask
5  the ones that called the ambulance.
6    Q.   Did you call the ambulance?
7    A.   Did you ask if I called the ambulance?
8    Q.   Correct.
9    A.   No, sir, I did not.
10   Q.   Why not?
11   A.   Did you ask why not?
12   Q.   Correct.
13   A.   Because that was left up to the
14  supervisor on the scene.
15   Q.   Did you have any supervisory
16  responsibilities on that date?
17   A.   No, sir.
18   Q.   What was your rank that day?
19   A.   Deputy.
20   Q.   Do you have any other rank besides
21  deputy and sheriff?
22   A.   Basically if you're an investigator
23  you're -- the policy says you've labeled as a
24  sergeant, but that really means nothing here.
25  You have no supervisory duties or anything like

Page 38

1  that, so we don't go by that.
2    Q.   So there's no captains, lieutenants,
3  sergeants really?
4    A.   No, sir.
5    Q.   So you're either chief deputy sheriff or
6  deputy?
7    A.   Yes, sir.
8    Q.   No other classifications?
9    A.   Criminal investigator and narcotics
10  investigator is the only other thing.
11   Q.   Okay.  How do you decide who is over a
12  shift?  Is there a shift commander?
13   A.   Usually it's the senior deputy,
14  whoever's got the most experience.  And then
15  usually if there's a serious situation, a call
16  has to be made to the chief deputy or the sheriff
17  to get confirmation of if that's how things need
18  to be approached and dealt with.  We're very
19  small.
20   Q.   What kind of law enforcement (inaudible)
21  do you have?
22   A.   What kind of law enforcement what?
23   Q.   Training.
24   A.   I went to the South Regional Public
25  Safety Institute in 2002 which is the basic

Page 39

1  Police Academy.  I've been to -- I've been to the
2  NRA Firearms Instructor School twice.  I've been
3  through narcotics investigation classes through
4  RCTA in Meridian.  Also some on the coast in
5  Biloxi through RCTA.  I've been to report writing
6  schools.  I've been to courtroom testimony
7  schools.  I've been to new chief training when I
8  was in Stonewall.
9        I've been through a few search and
10  rescue classes through the -- what was the
11  Mississippi Homeland Security Task Force.
12   Q.   All right.  Any college?
13   A.   I've had college but no degree.
14   Q.   Which college did you go to?
15   A.   The first time I went to Jones County
16  Junior College where at first I was a
17  pre-engineering major and then I switched to
18  criminal justice.  Life kind of got in the way.
19  A job opportunity opened up with the Quitman
20  Police Department, and I took it.
21        And then the second time I went back it
22  was to Meridian Community College where I was in
23  the PTA program.  And again, life got in the way.
24  I had a family a lot bigger than could afford it
25  and had to go back to work.

Page 40

1    Q.   All right.  What if anything could have
2  been done differently in regards to accosting
3  Mr. Tilman on March 21st, 2019?
4    A.   In my honest opinion, it was done as
5  best as it could be.
6    Q.   Okay.  Why do you think you're being
7  sued?
8    A.   Honestly, I don't know.  This day and
9  age everybody likes to sue everybody.
10   Q.   Isn't it true that -- could you hear the
11  radio traffic on that day?
12   A.   Yes, sir.
13   Q.   As the vehicle chase was going on you
14  could hear the radio traffic?
15   A.   Yes, sir.
16   Q.   Isn't it true that Sheriff Kemp told the
17  individuals once they caught Mr. Tilman to beat
18  him?
19   A.   Yes, sir.  His actual -- well, I don't
20  know the exact words, but what I do remember is
21  he said shut him down and beat his ass.  Yes,
22  sir.
23   Q.   And how did you feel when you heard
24  this?
25   A.   At that time is when I saw that

Page 41

11 (Pages 38 - 41)

1 Mr. Tilman drove head on into Sheriff Kemp.
2 Sheriff Kemp had to drive down into the ditch and
3 almost wrecked his truck.  That's when he said
4 that.  And what I understood was it was in the
5 heat of the moment and it ticked him off
6 basically.  He said that and nobody paid
7 attention to it.
8    Q.   You have to follow commands of your
9 superior officers, don't you?
10    A.   Unless they violate law or unless they
11 put somebody in danger.
12    Q.   And would it have violated the law for
13 you were to beat Mr. Mr. Tilman's ass as the
14 sheriff commanded you to do?
15    A.   Yes, sir.
16    Q.   Why do you say that?
17    A.   Because that would put him in danger of
18 being harmed.
19    Q.   So you're telling me you didn't follow
20 your commanding officer's direct to beat
21 Mr. Tilman's ass?
22    A.   Yes, sir.
23    Q.   And you still have a job?
24    A.   Yes, sir.
25    Q.   Why do you think you still have a job if

Page 42

1 job like you're supposed to.
2    Q.   Did he ever correct himself when he
3 realized that he had overreacted, and did he ever
4 get back on the radio and tell you disregard my
5 command, disregard my command?
6    A.   No, sir.
7    Q.   Wouldn't that be the proper thing to do
8 once you come to your senses so people won't try
9 to carry out your command?
10    A.   If there had been more time, possibly.
11    Q.   What do you mean?
12    A.   Because a few seconds after that was
13 said -- because whenever he was saying that, the
14 plan was already made to try to spin the car out
15 to get the chase stopped.  So by the time that he
16 actually said that, we were already in the
17 process of trying to get the car stopped.
18    Q.   So what you're telling me, you were
19 already in the process of following his command?
20    A.   No, sir.
21    Q.   You were in the process of shutting it
22 down, correct?
23    A.   Yes, sir, that part of shutting down the
24 chase.
25    Q.   All right.  So you're telling me that

Page 44

1 you didn't follow a command of a superior
2 officer?
3    A.   Because the sheriff didn't mean what he
4 said.  It was heat of the moment.  Afterwards he
5 said I cannot believe I said that.  He said that
6 was stupid.
7         But we know how to do our job and we
8 know how to do our job professional.  And we know
9 that is not right.  That's not how you do things,
10 and we don't do that.
11    Q.   Were you shocked when the sheriff said
12 that, just to hear those words come out of the
13 sheriff's mouth, the chief law enforcement
14 officer for the county told you to beat
15 somebody's ass?  Shut him down and beat his ass?
16    A.   I was disappointed, yes, sir.
17    Q.   Did you convey to the sheriff your
18 disappointment?
19    A.   Yes, sir.
20    Q.   What did you tell him?
21    A.   I told him I can't believe you said
22 that.  When he said, I can't believe I said that,
23 I said I can't either.  I said, everybody heard
24 that and you should not have said it.  He said, I
25 know I shouldn't have said it, but y'all did your

Page 43

1 people only heard the first -- only decided to
2 obey the first part of the command and not the
3 second part?
4    A.   If had nothing to do with the command.
5 It was time -- the chase had to stop before we
6 got back to where schools were letting out.
7    Q.   Do you believe that any of the younger
8 officers with less experience than you may have
9 decided that they had to obey the sheriff?
10    A.   No.
11    Q.   You don't think so?
12    A.   No, sir.
13    Q.   Could you see every deputy's reaction to
14 the sheriff's command?
15    A.   No, sir.
16    Q.   So there may have been some who took the
17 sheriff's command literally and beat the man's
18 ass, correct?
19    A.   I don't know how they took it personally
20 inside of their vehicles, but I know that on the
21 side of the road while he was being placed in
22 handcuffs nobody beat him.  Yes, sir, I do know
23 that.
24    Q.   And you were there from the entirety of
25 the situation?

Page 45

1    A.  Yes, sir, from the time the car stopped
2 and he dove out of the car until we got him in
3 handcuffs and set him up and leaned him against
4 his vehicle so he could breathe and stretch his
5 legs out.  Yes, sir.
6    Q.  So you're telling me Deputy Ivy did not
7 beat the man in handcuffs?
8    A.  No, sir.
9    Q.  You're telling me that Deputy Touchstone
10 did not beat the man in handcuffs?
11    A.  No, sir.
12    Q.  Did you ever see them beat him outside
13 of handcuffs?
14    A.  No, sir.
15    Q.  So nobody beat him at all?
16    A.  No, sir.
17    Q.  You told me there had been a struggle.
18 Your report says there was a struggle; he began
19 resisting and fighting the officers.  So you're
20 telling me that this man was fighting the
21 officers and the officers didn't fight back?
22    A.  Yes, sir.  The main thing we were trying
23 to do was to get his hands out from under him to
24 handcuff him to verify that there either was or
25 was not a gun under him.  Because he never got up

Page 46

1 off the ground.  There was no need for anybody to
2 beat him.  We were just trying to get his arms
3 out from under him for our safety and his.
4    Q.  But you told me that one of the
5 maneuvers you attempted to use on him was a
6 strike to the back of -- that you intended to strike
7 him somewhere on his body.
8    A.  Yes, sir, in between his shoulder
9 blades.
10    Q.  Okay.  And so did anybody else attempt
11 to strike him?
12    A.  No, sir.
13    Q.  So you were Billy Bad Ass, the one going
14 (inaudible) --
15       COURT REPORTER:  Please repeat that.  I
16 didn't hear that question.
17 BY MR. MOORE:
18    Q.  So you were Billy Bad Ass.  You were
19 going to be the one to try to strike him; is that
20 right?
21    A.  No, I was not trying to be a Billy
22 bad ass, but yes, sir, I was trying to strike him
23 for pain compliance to try to get his shoulder
24 blades to pull back to attempt to release his
25 grip so that we could get his hands out and

Page 47

1 handcuff him safely.
2    Q.  Isn't it ironic your name is Billy?
3    A.  I've been called Billy Bob, Billy goat.
4 All kind of things.  My name doesn't bother me.
5    Q.  Have you ever been called Billy Bad Ass?
6    A.  No.
7    Q.  That's a first?
8    A.  Yes, sir.
9    Q.  But you accept the Billy part but not
10 the bad ass?
11    A.  Yes, sir, that is correct.
12    Q.  So you were doing it as a good ass?
13    A.  I was trying to bring -- a quick an end
14 as possible with no one getting hurt.
15    Q.  Okay.  Had you been properly trained to
16 do that as a legit maneuver?
17    A.  I don't know if it was actually part of
18 a training process, but when I was in the academy
19 we went over things like that.  We had an
20 instructor that was there that actually got us to
21 lay down on the ground and hold our hands
22 together underneath us to show that even a
23 110-pound woman, that a 280-pound man is going to
24 have trouble to break her grip underneath.  And
25 one of the things that the officer showed was

Page 48

1 that if you can get them to move their shoulder
2 blades back then sometimes it will release their
3 grip.
4    Q.  But you don't know if that was an
5 authorized procedure or not?
6    A.  Like I said, I don't know what the
7 actual curriculum of the academy was, but there
8 was an instructor that showed us that while I was
9 in the academy.
10    Q.  Had the procedure ever been adopted by
11 the Clarke County Sheriff's Department, that
12 maneuver?
13    A.  Can you repeat that?  It broke up again.
14    Q.  Had that maneuver ever been adopted or
15 authorized by the Clarke County sheriff?
16    A.  That I don't know.
17    Q.  Was the sheriff ever disciplined by any
18 law enforcement agency, state auditor, or state
19 Attorney General or anyone for his comment to
20 beat somebody's ass?
21    A.  I did not hear the first of that.  The
22 first thing I actually was able to hear was state
23 auditor.
24    Q.  Was the sheriff ever disciplined by any
25 law enforcement agency for his command to beat

Page 49

13 (Pages 46 - 49)

1 the man's ass?
2    A.   Not that I'm aware of.
3    Q.   Did you arrest the sheriff for any act
4 that day?
5    A.   Did I arrest the sheriff for his action?
6 Was that your question?
7    Q.   Yes.
8    A.   No, sir, I did not.
9    Q.   Why not?
10    A.   One, it wasn't my place.  And two, I did
11 not see where there should be anything for the
12 sheriff to be charged with.
13    Q.   Assault?
14    A.   No, sir.
15    Q.   Why would that not be assault?
16    A.   For the sheriff?
17    Q.   Yes.
18    A.   Because the sheriff never touched him.
19 He never placed hands on him to even put him in
20 handcuffs.
21    Q.   Do you know if Mr. Tilman heard the
22 command to beat his ass?
23    A.   I do not know.  I wouldn't think so
24 because it was in the radio in our cars, and he
25 was still traveling down the road when that was

Page 50

1 said.
2    Q.   How do you believe Mr. Tilman found out
3 about the statement?
4    A.   In my honest opinion, it was other
5 people that had radios around in the county that
6 know his family, that know him, and said, hey, I
7 heard this on the radio while they were chasing
8 you.
9    Q.   So the public has access to one of the
10 channels on the law enforcement?
11    A.   Some people do.  We have another deputy
12 that is courthouse security that has that radio
13 with that channel.  I know I heard several people
14 were standing there by him listening to the chase
15 as it was going on.  People in dispatch, they
16 heard it.  At the time dispatch was also in the
17 courthouse.  It had not moved to our EMA building
18 yet.  So people could have heard it any place in
19 there pretty much.
20    Q.   Was it the talk of the town or the
21 county that the sheriff had said beat somebody's
22 ass?
23    A.   For about a day.
24    Q.   That news would spread pretty fast,
25 wouldn't it?

Page 51

1    A.   Yes, sir.
2    Q.   Do you believe we would be here if the
3 sheriff hadn't have been crazy enough to say that
4 on the radio?
5    A.   Be here today?
6    Q.   Yes.
7    A.   That I can't say because like I said I
8 don't know if Mr. Tilman would have wanted to do
9 the lawsuit regardless of if he ever knew that
10 was said or if the sheriff had ever said that.  I
11 don't know what his motivation is for the
12 lawsuit.
13    Q.   Has the sheriff been re-elected since he
14 said this in March of 2019?
15    A.   I believe so.  I believe we had another
16 election in 2020.
17    Q.   Okay.  Or it could have been the fall of
18 2019?
19    A.   Could have been.  Maybe he re-took
20 office in 2020.
21    Q.   Okay.  Is there a problem with racism in
22 your county?
23    A.   No, sir.
24    Q.   What's the demographics between black
25 and white, percentage white and percentage black?

Page 52

1    A.   That I don't know definite numbers.  I
2 know the Quitman school district is -- the last I
3 believe was pretty much half and half, but as far
4 as exact numbers, I don't know.
5    Q.   How many blacks on your Board of
6 Supervisors versus whites?
7    A.   Two to three.  Three white, two black.
8    Q.   Are there any black deputies on the
9 force?
10    A.   Yes, sir.
11    Q.   How many?
12    A.   Three.
13    Q.   And how many are white?
14    A.   Including the sheriff and chief deputy
15 or just deputies?
16    Q.   Including the sheriff and chief deputy.
17    A.   Eight or nine I believe.
18    Q.   Okay.  So if there's only three black
19 out of 12 deputies in the sheriff's department,
20 that would be about 25 percent black and 75
21 percent white?
22    A.   I'll give you that.  Sounds about right,
23 yes, sir.
24    Q.   Okay.  Deputy Touchstone, white?
25    A.   Yes, sir.

Page 53

1  Q.  Deputy Rawson, white?
2  A.  Yes, sir.
3  Q.  Deputy Evans, white?
4  A.  Yes, sir.
5  Q.  Deputy Chancelor, white?
6  A.  Yes, sir.
7  Q.  Deputy Ivy, white?
8  A.  Yes, sir.
9  Q.  Where were your black deputies and
10 colleagues?
11 A.  They were in different locations trying
12 to get ahead of the chase or to make sure if he
13 turned around and came back they could be there
14 to -- they could be involved there to try to keep
15 it from getting to the schools.
16 Q.  Does it surprise you that all the people
17 that have been sued are white individuals?
18 A.  No, sir.
19 Q.  Do you think that's just coincidental?
20 A.  Yes, sir.
21 Q.  Or do you believe the black officers are
22 the ones that ignored the sheriff's command to
23 beat his ass and the white officers heeded to the
24 command and beat that black man's ass?
25 A.  No, sir, I do not believe that.

Page 54

1 mistakes like that, do they?
2  A.  By public standard, no.  By human
3 standard, everybody makes those mistakes.
4  Q.  Was Sheriff Kemp present on the scene as
5 Mr. Tilman was handcuffed and taken into custody?
6  A.  I do not believe he was.
7  Q.  Where was he?
8  A.  Still trying to catch back up or still
9 trying to get to the scene.  He was trying to get
10 his truck out of the ditch.
11 Q.  How did his truck get in the ditch?
12 A.  Whenever the chase was southbound on 45
13 Sheriff Kemp pulled out into what would be the
14 left lane with his lights going hoping that
15 Mr. Tilman would see his truck and stop, and
16 Mr. Tilman continued on directly towards him, and
17 the sheriff drove off into the median to avoid
18 the collision.
19 Q.  Do you believe in vigilante justice?
20 A.  No, sir.
21 Q.  Has the sheriff ever commanded deputies
22 to beat a white person's ass in the county?
23 A.  No, sir.
24 Q.  How many black asses has he commanded to
25 be beat?

Page 56

1  Q.  Whether you believe it or not, did it
2 occur?
3  A.  No, sir.
4  Q.  If it did occur, would you admit it?
5  A.  Yes, sir.
6  Q.  Was anybody disciplined as a result of
7 this incident?
8  A.  Not that I'm aware of, no, sir.
9  Q.  Who's over internal affairs for the
10 Sheriff's department?
11 A.  We don't have an actual internal
12 affairs.  Basically the chief deputy and the
13 sheriff, if they feel that something inside the
14 department needs to be investigated, it is turned
15 over to the Mississippi Bureau of Investigation.
16 Q.  Who is chief deputy?
17 A.  Barry White.
18 Q.  Do you believe the sheriff needs to go
19 to anger management?
20 A.  No, sir.
21 Q.  Why not?
22 A.  Because people say things in the heat of
23 moment that they don't mean, and that's what that
24 was.
25 Q.  People in leadership do not get to make

Page 55

1  A.  The only time I've ever heard that was
2 that one time.
3  Q.  It just happened to be black ass that
4 the sheriff command to be beat?
5  A.  Coincidentally, yes, sir, that was the
6 time he chose to make that statement.
7  Q.  Do you believe he would have
8 accidentally given a command to beat a white ass?
9  A.  In the same instance, yes, sir.
10 Q.  Does the sheriff see color?
11 A.  No, sir.
12 Q.  Do you see color?
13 A.  No, sir.
14 Q.  What color am I?
15 A.  Okay, literally, yes, sir I do see
16 color.  And yes, you are a black man, yes, sir.
17 Q.  Do you treat individuals differently
18 based on their color?
19 A.  No, sir.
20 Q.  Do you have any black friends?
21 A.  Yes, sir.
22 Q.  How many?
23 A.  Well, let's see.  Do you consider a
24 friend somebody that you speak with every day or
25 acquaintances that you still reach out to and

Page 57

1 have contact with? What is your definition?
2 Q. I get to ask the questions, you get to
3 answer them, sir. Do you have any black friends?
4 A. Yes, sir.
5 Q. How many?
6 A. That I see daily and speak with daily, I
7 would say probably eight or nine.
8 Q. All right. Can you give me any of their
9 names?
10 A. Yes, sir. Marcus Pugh, Robert Smith,
11 Gary Kelly.
12 Q. Marcus -- you say Marcus?
13 A. Yes, sir.
14 Q. Marcus Pugh?
15 A. Yes, sir.
16 Q. All right. Who was the other black
17 friend?
18 A. Robert Smith.
19 Q. Next one?
20 A. Gary Kelly.
21 Q. Okay. Any other black friends that you
22 can recall?
23 A. Ben Langston.
24 Q. You said eight or nine. You've got
25 about four or five more to go.

Page 58

1 A. Right. Ben Langston.
2 Q. Okay, that's four.
3 A. Sir?
4 Q. I've got you up to four black friends.
5 You told me you had eight or nine.
6 A. Okay. And also if it's my definition of
7 friendship then just like this weekend when I
8 went shopping with my wife I saw -- can you hear
9 me? I just saw where you came back on the
10 screen.
11 Q. I can hear you.
12 A. Okay. Just like this weekend when I
13 went shopping with my wife and we saw Rico
14 Pearson in town, which is an individual I've
15 arrested several times, but I still consider him
16 a friend. There's pretty much -- I mean, it's
17 hard to say this person, this person, this
18 person, this person when everybody that I deal
19 with daily I try to be a friend to them.
20 Q. Okay. Have you ever gone to Marcus
21 Pugh's home?
22 A. No, sir.
23 Q. Has he been in your home?
24 A. Yes, sir.
25 Q. Robert Smith?

Page 59

1 A. No, sir.
2 Q. Have you ever been to his house?
3 A. No, sir.
4 Q. Has he been to your house?
5 A. Yes, sir.
6 Q. Gary Kelly?
7 A. I've been to his house. I don't think
8 he's been in the house I live in now.
9 Q. And Ben Langston?
10 A. No, sir.
11 Q. Okay. So only one that you've been --
12 one of your black friends you've been to their
13 house.
14 A. Okay.
15 Q. Are you afraid to go to your black
16 friends' houses?
17 A. No, sir.
18 Q. Why haven't you been to their houses if
19 y'all are friends?
20 A. I don't go to many people's houses,
21 white, black, Mexican, anything. I like to stay
22 to myself.
23 Q. Have you grabbed a beer or dinner or
24 lunch or breakfast with any of these black
25 friends?

Page 60

1 A. Yes, sir.
2 Q. Which ones?
3 A. Lunch, dinner, breakfast.
4 Q. With which black friends?
5 A. Marcus Pugh, Robert Smith, Ben Langston,
6 Gary Kelly. Pretty much anybody that comes in
7 when we're eating lunch and wants to sit down
8 with us, everybody is welcome.
9 Q. How do you know Marcus?
10 A. From work.
11 Q. He's a coworker?
12 A. Yes, sir.
13 Q. Is he a deputy?
14 A. Yes, sir.
15 Q. What about Robert Smith?
16 A. The same.
17 Q. And Gary Kelly?
18 A. The same.
19 Q. And Ben Langston?
20 A. He works for the Quitman Police
21 Department.
22 Q. So do you have any black friends from
23 high school or earlier?
24 A. Yes, sir.
25 Q. You didn't tell me their names.

Page 61

Alpha Reporting                    800-556-8974
A Veritext Company               www.veritext.com

1    A.  Like I said, I could sit here and try to
2  name people all day long, but it's the same
3  thing.  If you want names of people I went to
4  high school with that I still see today and we
5  still talk and we still talk about the old days.
6  But I do not go to people's houses.  I do not
7  like for people to come to my house.  I'm a very
8  private person and I like to stay to myself.
9       In my work capacity, I make sure that I
10  do my job and I go home.
11    Q.  Do any black people go to your church,
12  or do you not go to church?
13    A.  Yes, sir, I go to church.  And yes, they
14  do.
15    Q.  How many black people go to your church?
16    A.  It varies pretty much all the time, but
17  the regulars that are there when I'm there --
18  let's see.  I'm trying to picture in the
19  sanctuary where they sit because I'm not trying
20  to count.  In the service that I attend on
21  average there's usually about 40 or 50 -- I mean
22  30 or 40 that are in there.
23    Q.  30 or 40 black people?
24    A.  Yes, sir.
25    Q.  How many white people?

Page 62

1    A.  The service I go to probably I'd say
2  about 120.
3    Q.  What's the name of that church?
4    A.  Northcrest Baptist Church in Meridian.
5    Q.  Northcrest Baptist Church, Meridian.
6       Did you play sports coming up?
7    A.  I played a little bit of football in
8  junior high.  Other than that, I hurt my knee.  I
9  played in the band and was in the choir.
10    Q.  What school did you play?
11    A.  Quitman.
12    Q.  So that was public school?
13    A.  Yes, sir.
14    Q.  What about your son; did he play any
15  sports coming up?
16    A.  No, sir.
17    Q.  Your daughter?
18    A.  She was a cheerleader for a couple of
19  years at (indiscernible) Academy.
20    Q.  Was that a private academy?
21    A.  Yes, sir.
22    Q.  How many of the cheerleaders were black
23  and how many were white?
24    A.  I believe they had two black girls on
25  there and four or five white girls.

Page 63

1    Q.  Okay.  What do you refer to black people
2  as?
3    A.  In what capacity?
4    Q.  Do you call them black people?  Do you
5  call them colored?  Do you call them African
6  American, negro, or worse?  What do you call
7  black people?
8    A.  Generally African American.
9    Q.  Have you ever used the N word?
10    A.  Never.
11    Q.  You've never used the N word?
12    A.  No, sir.  My grandmother was extremely
13  strict about that.
14    Q.  Were you raised by your grandmother?
15    A.  For the most part.  I spend most of my
16  time there.  My father was always at work and my
17  mother was always at work, so pretty much I spent
18  most of my time -- my grandmother lived right
19  down the road from us, probably 150 yards down
20  the road.  And she cooked a lot better than my
21  mother, so.
22    Q.  Have you ever heard anyone in the
23  sheriff's department use the N word?
24    A.  No, sir.
25    Q.  Have you ever heard the sheriff use the

Page 64

1 N word?
2    A.  No, sir.
3    Q.  If you had heard a colleague use the N
4 word, what would be your response?
5    A.  Pretty much what my granny used to tell
6 me was if you don't want to be called something,
7 don't call somebody else anything that they
8 wouldn't like to be called.
9    Q.  That's what you try to live by?
10    A.  Yes, sir.
11    Q.  All right.  Let's take a break.  I will
12 be -- I think I'm nearing the end for your
13 deposition.
14       (WHEREUPON, A RECESS WAS TAKEN FROM
15 2:47 p.m. UNTIL 2:49 p.m., AT WHICH TIME THE
16 DEPOSITION CONTINUED AS FOLLOWS:)
17 BY MR. MOORE:
18    Q.  Back on the record.  Deputy Billy Lewis,
19 is there anything you want to tell me that I did
20 not ask, that you were hoping that I asked and
21 you want to convey to me.  This is your
22 opportunity to convey anything that you wanted to
23 convey that I may not have asked you about.
24    A.  I don't believe so.  You've been very
25 thorough.

Page 65

**Page 66**

1   Q.  All right.  Have I been professional

2 with you today?

3   A.  Yes, sir.

4   Q.  All right.

5     MR. MOORE:  I tender the witness.

6     MS. MALONE:  I don't have any questions

7 for this witness.

8     MR. MOORE:  Okay.  We will go to the

9 next one.

10     (WHEREUPON, THE DEPOSITION CONCLUDED AT

11 2:50 P.M.)

12     (FURTHER WITNESS SAITH NOT.)

13       (SIGNATURE NOT WAIVED.)

14

15

16

17

18

19

20

21

22

23

24

25

**Page 68**

1   ERRATA SHEET FOR THE TRANSCRIPT OF:
2      BILLY LEWIS
3
4       CORRECTIONS
   Page Line Now Reads Should Read   Reasons
5   _____
6   _____
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
   (Date)        Signature of Witness
20
   Sworn to and Subscribed before me, _____,
21 this ____ day of _____, 20__.
22
23  _____  _____
24  4810395
25

**Page 67**

1     C E R T I F I C A T E
2
3 STATE OF MISSISSIPPI:
  COUNTY OF DESOTO:
4
5   I, POLLY W. WARDLAW, Court Reporter
  and Notary Public, DeSoto County, Mississippi,
6 CERTIFY:
7     The foregoing proceedings were taken
  before me at the time and place stated in the
8 foregoing styled cause with the appearances as
  noted.
9
     Being a Court Reporter, I then
10 reported the proceeding in Stenotype, and the
  foregoing pages contain a true and correct
11 transcript of my said Stenotype notes then and
  there taken.
12
     I am not in the employ of and am not
13 related to any of the parties or their counsel,
  and I have no interest in the matter involved.
14
     I FURTHER CERTIFY that in order for
15 this document to be considered a true and correct
  copy, it must bear my signature seal, and that
16 any reproduction in whole or in part of this
  document is not authorized and not to be
17 considered authentic.
18   Witness my signature this, the
  12th
19
20
  Polly W. Wardlaw, CCR, LCR
21
22 Notary Public at Large
  For the State of Mississippi
23
24     My Commission Expires:
     June 4, 2025
25

**Page 69**

1 jmalone@aabalegal.com

2       October 12, 2021

3 RE: Tilman, Marquis v. Clarke County, Et Al.

4 DEPOSITION OF: Billy Lewis (# 4810395)

5     The above-referenced witness transcript is

6 available for read and sign.

7     Within the applicable timeframe, the witness

8 should read the testimony to verify its accuracy. If

9 there are any changes, the witness should note those

10 on the attached Errata Sheet.

11     The witness should sign and notarize the

12 attached Errata pages and return to Veritext at

13 errata-tx@veritext.com.

14     According to applicable rules or agreements, if

15 the witness fails to do so within the time allotted,

16 a certified copy of the transcript may be used as if

17 signed.

18          Yours,

19          Veritext Legal Solutions

20

21

22

23

24

25

**[& - anybody]**

| & | |
|---|---|
| **&** 3:10 | |

**1**

**1** 4:10 21:24 22:4
  22:6
**10** 1:6
**100** 24:1,17
**1094** 23:17
**11** 11:20
**110** 48:23
**12** 18:4 53:19 69:2
**120** 63:2
**12th** 67:18
**13** 18:25 19:4
**133** 9:3
**14** 27:8
**15** 18:6,7,14
**150** 64:19
**16** 17:24 18:14,16
**18** 8:23
**19** 17:22,25 18:17
**1980** 7:17
**1998** 7:21
**1:30** 2:5

**2**

**2** 31:6
**20** 16:24,25 18:5,7
  68:21
**2001** 11:4
**2002** 19:9 39:25
**2005** 11:4
**2009** 11:20
**2018** 24:4
**2019** 20:16 22:10
  30:23 41:3 52:14
  52:18
**2020** 52:16,20
**2021** 1:16 2:2
  67:18 69:2

**2025** 67:24
**214** 3:11
**21st** 20:16 22:10
  30:23 41:3
**22** 4:10
**22nd** 21:16
**236** 1:23 3:22
**25** 18:15 53:20
**26643** 67:20
**280** 48:23
**29** 1:16 14:17
**29th** 2:2
**2:20** 1:6
**2:47** 65:15
**2:49** 65:15
**2:50** 66:11

**3**

**30** 14:17 62:22,23
**306** 3:5
**343** 7:1,5
**38103** 1:24 3:22
**38902** 3:5
**39363** 7:2
**39601** 3:11

**4**

**4** 67:24
**40** 62:21,22,23
**41** 7:19 18:2,10,14
**45** 24:2 26:3,5
  30:14,18 56:12
**4810395** 68:24
  69:4

**5**

**5** 4:5
**50** 62:21
**514** 24:20 26:9

**6**

**601-227-9940** 3:6

**601-513-9826** 7:4
**601-833-4361** 3:12
**67** 4:22
**672** 9:1,6,8,14,17
**68** 4:24

**7**

**7** 7:17 18:25
**75** 53:20

**9**

**9** 25:21,21
**901-523-8974** 1:24
  3:23
**93** 4:10 21:1,25
**94** 4:10 21:1 22:1
**978** 7:1,5
**99** 18:17

**a**

**aabalegal.com**
  69:1
**able** 24:9 26:18
  49:22
**academy** 40:1
  48:18 49:7,9
  63:19,20
**accept** 48:9
**access** 51:9
**accidentally** 57:8
**accommodate**
  5:23
**accosting** 41:2
**accuracy** 69:8
**accused** 12:8,11
**acquaintances**
  57:25
**act** 50:3
**action** 50:5
**actual** 24:10 41:19
  49:7 55:11
**adams** 1:23 3:22

**add** 18:9
**address** 6:25 7:6
  7:14 14:2
**admit** 55:4
**adopted** 49:10,14
**adult** 9:10,19
**advised** 26:3
**affairs** 12:6 55:9
  55:12
**affect** 32:8
**affirmatively** 20:9
**afford** 40:24
**afraid** 60:15
**african** 64:5,8
**age** 41:9
**agency** 49:18,25
**agent** 23:6,24
  24:12
**ago** 13:23 31:22
**agreements** 69:14
**ahead** 29:10 54:12
**al** 1:8 69:3
**alcohol** 32:8,13,24
**alias** 6:18,23
**allen** 3:10,10,10
**allotted** 69:15
**alpha** 1:23 3:21
**ambulance** 37:7
  38:5,6,7
**american** 32:18,20
  64:6,8
**amount** 15:7
**anger** 55:19
**ankles** 28:21
**anonymous** 23:11
**answer** 5:16,25
  6:5,15 58:3
**anthony** 25:15
  36:7
**anybody** 25:13
  47:1,10 55:6 61:6

[anyway - branscome]

anyway   15:1
apologize   22:15
appear   35:11
appearances   67:8
appeared   35:12,12
applicable   69:7,14
approached   39:18
approaching
    23:14
approximately   2:4
    7:15
archusa   23:14,16
area   17:7 26:24
arm   28:6,10
arms   47:2
arrest   15:9 50:3,5
arrested   35:7
    59:15
arrived   14:8
arson   14:4
article   20:6,7
asked   10:17 11:22
    11:24 14:4 21:18
    29:16 30:1,3,5,9
    65:20,23
asking   5:10
ass   41:21 42:13,21
    43:15,15 45:18
    47:13,18,22 48:5
    48:10,12 49:20
    50:1,22 51:22
    54:23,24 56:22
    57:3,8
assault   36:15
    50:13,15
assaulted   34:22
asses   56:24
assignment   11:13
assistant   22:1
assume   5:24

attached   22:7
    69:10,12
attempt   29:4
    47:10,24
attempted   47:5
attempting   23:7
attend   62:20
attention   42:7
attorney   49:19
auditor   49:18,23
aunt   9:5,7
aunts   9:24
authentic   67:17
authorized   49:5
    49:15 67:16
available   69:6
avenue   1:23 3:22
    23:14
average   62:21
avoid   26:19 56:17
aware   50:2 55:8

**b**

b   17:10,11
back   11:7 13:7
    14:10,19 15:8
    25:1,1,20,22 26:3
    26:4,6,7,16,22
    27:1,10,15 28:18
    29:3,24 30:18
    40:21,25 44:4
    45:6 46:21 47:6
    47:24 49:2 54:13
    56:8 59:9 65:18
bad   8:5 47:13,18
    47:22 48:5,10
band   63:9
bandwidth   8:7,8
bandwidths   8:9
bankruptcy   18:19
    18:23

baptist   63:4,5
barbara   8:21
barry   55:17
baseball   27:23
based   57:18
basic   39:25
basically   14:21
    16:3 26:13 27:23
    28:20 29:2 35:22
    37:17 38:22 42:6
    55:12
bates   20:25 21:25
bear   67:15
beat   33:4 34:1
    41:17,21 42:13,20
    43:14,15 45:17,22
    46:7,10,12,15 47:2
    49:20,25 50:22
    51:21 54:23,24
    56:22,25 57:4,8
beaten   34:3
beer   32:25 60:23
began   28:19 31:12
    46:18
beginning   2:4
behalf   2:3 5:11
believe   8:6 10:4
    11:19 14:16 16:21
    19:9,16,18,19
    21:16 23:3 26:9
    29:11 30:8 31:10
    31:23,25 36:4,17
    36:20 43:5,21,22
    45:7 51:2 52:2,15
    52:15 53:3,17
    54:21,25 55:1,18
    56:6,19 57:7
    63:24 65:24
belinda   10:7
ben   23:6 27:7 36:8
    58:23 59:1 60:9

    61:5,19
best   20:20 41:5
better   8:12 29:17
    30:2,2,4 64:20
beverage   32:17,18
bigger   40:24
billy   1:15 2:1 4:4
    4:10 5:1 6:18,21
    33:11 47:13,18,21
    48:2,3,3,5,9 65:18
    68:2 69:4
biloxi   40:5
bind   30:1
birth   7:16
bit   8:13 63:7
black   19:16,18,20
    19:22 20:10,13,14
    52:24,25 53:7,8,18
    53:20 54:9,21,24
    56:24 57:3,16,20
    58:3,16,21 59:4
    60:12,15,21,24
    61:4,22 62:11,15
    62:23 63:22,24
    64:1,4,7
blacks   53:5
blades   29:2,3 47:9
    47:24 49:2
bleeding   35:21
block   18:11
blood   35:15
blurred   21:7
board   53:5
bob   48:3
body   47:7
born   17:24
bother   48:4
boulevard   23:21
bounced   27:11
branscome   3:5

[break - conduct]

**break**  6:2,3,6 29:3 48:24 65:11
**breakfast**  60:24 61:3
**breath**  29:14 35:13
**breathe**  46:4
**breathing**  29:15 30:3,10 37:2
**breeland**  3:10
**bring**  48:13
**broke**  33:13 49:13
**broken**  14:14
**brookhaven**  3:11
**brothers**  10:2
**brought**  15:13
**brutally**  34:1
**bucken**  9:2,8
**building**  51:17
**bureau**  55:15
**bust**  35:17
**busted**  35:19
**bystander**  12:12

**c**

**c**  3:1 67:1,1
**call**  14:1 37:14 38:6 39:15 64:4,5 64:5,6 65:7
**called**  23:16 37:9 38:5,7 48:3,5 65:6 65:8
**capacity**  62:9 64:3
**captains**  39:2
**car**  26:18 27:22 30:6 35:13,22,24 36:5 37:17,18,22 37:24 44:14,17 46:1,2
**career**  16:5
**carey**  9:18

**carlos**  3:4 5:6
**carry**  44:9
**cars**  24:6 50:24
**case**  15:3,21 23:21
**cases**  22:21,22
**cast**  29:20,22
**catch**  8:2 23:25 24:10 29:13 56:8
**catching**  26:7
**caught**  24:21,23 25:2 26:16 41:17
**cause**  67:8
**caused**  35:24,25 36:3,5,6
**causing**  27:4
**ccr**  3:21 67:20
**certificate**  4:22
**certified**  69:16
**certify**  67:6,14
**chancelor**  25:15 26:21 27:3,16,19 36:7 54:5
**chancelor's**  25:18
**change**  8:9,11
**changes**  69:9
**channel**  51:13
**channels**  51:10
**chapter**  18:25 19:4
**charge**  14:24 15:2 21:20,21
**charged**  50:12
**charger**  24:8,23
**chase**  23:16 25:10 26:24 41:13 44:15 44:24 45:5 51:14 54:12 56:12
**chasing**  51:7
**chasity**  7:9 17:15
**check**  14:5

**cheerleader**  63:18
**cheerleaders**  63:22
**chest**  29:2 35:1
**chevrolet**  24:5
**chief**  11:10 23:3 24:7 26:17 28:19 37:15 39:5,16 40:7 43:13 53:14 53:16 55:12,16
**children**  9:10,23 17:2
**choice**  32:17,18
**choir**  63:9
**chose**  57:6
**church**  62:11,12 62:13,15 63:3,4,5
**civil**  1:6 2:8
**claim**  12:15,16
**clark**  5:10
**clarke**  1:8 7:13 11:12,15,17 13:24 14:3 17:8 22:10 22:23 34:14 35:2 49:11,15 69:3
**classes**  40:3,10
**classifications**  39:8
**clear**  14:18
**clt**  4:10 21:25 22:1
**cmoore**  3:6
**coaching**  31:20
**coast**  40:4
**cochran**  3:4
**cochranfirm.com**  3:6
**code**  23:16
**coincidental**  54:19
**coincidentally**  57:5

**colleague**  65:3
**colleagues**  12:12 33:4 36:10 54:10
**college**  40:12,13 40:14,16,22
**collision**  26:19 56:18
**color**  57:10,12,14 57:16,18
**colored**  64:5
**come**  26:6,10,10 43:12 44:8 62:7
**comes**  61:6
**coming**  27:16 63:6 63:15
**command**  43:1 44:5,5,9,19 45:2,4 45:14,17 49:25 50:22 54:22,24 57:4,8
**commanded**  42:14 56:21,24
**commander**  39:12
**commanding**  42:20
**commands**  42:8
**commenced**  33:25
**comment**  49:19
**commission**  67:24
**community**  40:22
**comp**  19:10,12
**company**  1:23 3:21
**complained**  37:1
**completely**  27:20
**compliance**  47:23
**comply**  29:8
**concern**  28:13
**concluded**  66:10
**conduct**  14:24 15:10

[conference - district]

**conference** 2:5
**confirmation**
39:17
**connection** 8:5
**connections** 8:12
**consent** 2:4
**consider** 57:23
59:15
**considered** 67:15
67:17
**contact** 58:1
**contain** 67:10
**continued** 28:18
56:16 65:16
**control** 28:21
30:15
**convey** 43:17
65:21,22,23
**convicted** 10:8
**cooked** 64:20
**copy** 67:15 69:16
**corner** 25:22
**correct** 37:25 38:8
38:12 44:2,22
45:18 48:11 67:10
67:15
**corrections** 68:3
**correctly** 5:17
6:16
**counsel** 2:4 13:11
13:14 31:20 67:13
**counseled** 10:20
**count** 62:20
**county** 1:8 5:10
7:1,5,12 9:1,3,6,7
9:9,13,17 11:12,16
11:17 13:24 14:3
15:13 17:8 22:11
22:23 24:4 34:14
35:2 40:15 43:14
49:11,15 51:5,21

52:22 56:22 67:3
67:5 69:3
**couple** 15:14
30:13 32:1 63:18
**court** 1:1 3:20
4:22 5:17 8:2
21:23 22:3 33:13
36:4 47:15 67:5,9
**courthouse** 22:24
23:2 51:12,17
**courtroom** 40:6
**coworker** 61:11
**crazy** 52:3
**crime** 10:9 15:5
**criminal** 39:9
40:18
**cross** 24:25
**crossovers** 26:8
**currently** 11:15
**curriculum** 49:7
**cursing** 14:24
**custody** 14:7,23
56:5
**cv** 1:6

**d**

**d** 4:1
**da's** 22:19
**daily** 58:6,6 59:19
**damage** 14:15
**dana** 16:21,21
**danger** 42:11,17
**danny** 9:8
**darted** 25:20
26:18
**date** 7:16 11:20
21:15 22:14,18
38:16 68:19
**daughter** 9:16
63:17
**day** 2:2 13:8 21:16
30:22 31:24 34:4

38:18 41:8,11
50:4 51:23 57:24
62:2 67:18 68:21
**days** 62:5
**dead** 15:6
**deal** 59:18
**dealt** 39:18
**deceased** 9:25
**decide** 39:11
**decided** 29:8
30:17 45:1,9
**defendant** 3:9
12:22 15:12,25
16:3,12
**defendants** 1:9
15:14
**definite** 16:6 53:1
**definition** 58:1
59:6
**degree** 40:13
**delay** 6:13
**demographics**
52:24
**department** 11:3,6
11:8,10,12,13,16
11:18 12:19 13:25
14:21 22:11,15,17
22:19 23:4 40:20
49:11 53:19 55:10
55:14 61:21 64:23
**depends** 32:22
**deposition** 1:13
2:1,6 13:6,16
21:25 65:13,16
66:10 69:4
**deputies** 5:10
30:16 33:21,23
34:4,11,14,18,22
35:2 53:8,15,19
54:9 56:21

**deputy** 1:15 5:6
13:25 14:10 25:14
25:18 26:20 27:3
27:15,18 33:3,16
36:7,8 37:15
38:19,21 39:5,6,13
39:16 46:6,9
51:11 53:14,16,24
54:1,3,5,7 55:12
55:16 61:13 65:18
**deputy's** 45:13
**description** 4:9
**desoto** 67:3,5
**difference** 19:1
**different** 54:11
**differently** 41:2
57:17
**dinner** 60:23 61:3
**direct** 30:19 42:20
**directly** 56:16
**disable** 27:9
**disabled** 27:20
**disappointed**
43:16
**disappointment**
43:18
**discharged** 19:6
**disciplinary** 12:2
12:2
**disciplined** 10:14
49:17,24 55:6
**disorderly** 14:24
15:10
**dispatch** 51:15,16
**dispatched** 37:12
**disposed** 2:11
**disregard** 44:4,5
**disrict** 1:1
**district** 1:1 8:17
53:2

Alpha Reporting
A Veritext Company

**[ditch - gary]**

ditch  42:2 56:10
  56:11
division  1:2
divorce  16:14
  18:18
divorced  16:10
document  22:5
  67:15,16
dodge  24:8 27:8
dog  25:24
doing  14:15 48:12
door  14:11,11,12
  14:12,19 27:9,21
  31:8
dove  27:22,24 31:7
  46:2
drink  32:15,20
drive  3:5 42:2
driver  23:9
driver's  27:3,9
drove  26:14 42:1
  56:17
drugs  32:8,11
duly  5:2
durango  25:19
duties  38:25
duty  15:4

**e**

e  3:1,1 4:1 67:1,1
earlier  61:23
early  17:25
east  8:23
eastern  1:2
eating  61:7
eight  53:17 58:7
  58:24 59:5
either  39:5 43:23
  46:24
elbow  28:9
elected  52:13

election  52:16
eluding  21:21
ema  51:17
email  22:1
employ  67:12
employed  11:15
enforcement
  39:20,22 43:13
  49:18,25 51:10
engineering  40:17
enterprise  24:8
entirety  45:24
errata  4:24 68:1
  69:10,12,13
esq  3:4,10
et  1:8 69:3
evans  54:3
everybody  12:24
  23:18 29:6,13
  41:9,9 43:23 56:3
  59:18 61:8
ex  16:20 17:13
exact  41:20 53:4
exactly  21:3 30:8
examination  4:3
  5:4
examined  5:3
excessive  12:8,13
exclusive  19:13
exhibit  4:8,9,10
  21:24 22:4,6
experience  39:14
  45:8
expires  67:24
extremely  64:12
eyes  35:1

**f**

f  67:1
face  31:9 35:1
fact  5:25 31:20

fails  69:15
fall  52:17
family  40:24 51:6
far  12:24 16:5
  22:20 53:3
fast  5:20 51:24
faster  24:5
father  9:24 18:16
  64:16
fault  16:14 18:11
february  7:17
federal  2:7
feel  29:9 41:23
  55:13
felony  14:3 21:21
felt  30:2
fender  27:4
fight  46:21
fighting  31:12
  46:19,20
file  12:2
filed  5:9 15:2
  16:14
finally  6:8
fine  35:12
finish  7:20
fire  14:1
firearm  23:12
firearms  40:2
firm  3:4,20
first  5:2 11:13
  17:18,21 36:6
  40:15,16 45:1,2
  48:7 49:21,22
fit  14:21
five  17:17 58:25
  63:25
floorboard  24:14
  25:5,7
follow  42:8,19
  43:1

followed  23:20
following  44:19
follows  5:3 65:16
football  63:7
force  11:14 12:9
  12:13 40:11 53:9
foregoing  67:7,8
  67:10
form  2:10
formalities  2:9
forms  2:9
forward  10:23
  27:7 28:8 29:5
found  26:5 51:2
four  58:25 59:2,4
  63:25
frantically  24:15
free  11:23
fresher  31:24,25
friend  57:24 58:17
  59:16,19
friends  57:20 58:3
  58:21 59:4 60:12
  60:16,19,25 61:4
  61:22
friendship  59:7
front  14:10,11
  25:9,11,14 26:17
  26:20 27:16,22
  28:7 31:8
froze  6:19
frozen  21:2
full  11:9,20
further  66:12
  67:14

**g**

gain  28:20
garbled  22:15
gary  58:11,20 60:6
  61:6,17

[general - instructed]

**general** 49:19
**generally** 20:3
  64:8
**gentleman** 14:4
**getting** 27:10
  48:14 54:15
**girls** 63:24,25
**give** 29:8 53:22
  58:8
**given** 57:8
**glass** 32:24
**go** 14:5 22:20
  28:22 29:3 37:19
  37:23 38:3 39:1
  40:14,25 55:18
  58:25 60:15,20
  62:6,10,11,12,13
  62:15 63:1 66:8
**goat** 48:3
**going** 6:4,10,11
  10:23 18:13 21:20
  21:24 24:16,19
  26:12,21 28:15
  30:17 31:15 41:13
  47:13,19 48:23
  51:15 56:14
**good** 7:3 8:8 30:10
  48:12
**gotten** 23:11
**grab** 24:15 25:7
**grabbed** 28:6
  60:23
**grand** 22:23
**grandfather** 9:25
**grandmother**
  64:12,14,18
**grandmothers**
  8:25 9:23
**granny** 65:5
**grass** 25:19,23

**great** 5:7
**grenada** 3:5
**grip** 28:22 29:4,10
  47:25 48:24 49:3
**ground** 5:15 6:8
  27:25 28:8 31:9
  33:25 47:1 48:21
**group** 19:14
**gun** 28:11,15
  46:25

**h**

**h** 17:10,11
**half** 53:3,3
**hand** 25:5 28:6
**handcuff** 46:24
  48:1
**handcuffed** 28:25
  29:12 56:5
**handcuffs** 31:11
  33:12,17 34:5,8,11
  34:15,19,23 35:9
  45:22 46:3,7,10,13
  50:20
**handler** 25:21
**hands** 27:22 28:1
  28:13,17,17,17,23
  28:24 29:11 31:3
  31:8,15 35:1
  46:23 47:25 48:21
  50:19
**hankins** 10:25
**happened** 21:13
  22:9,14,16 30:5,22
  57:3
**hard** 59:17
**harmed** 42:18
**head** 29:5 42:1
**headed** 24:3 25:1
  26:3,4
**hear** 5:13 8:10,12
  21:3 41:10,14

43:12 47:16 49:21
  49:22 59:8,11
**heard** 23:5 27:17
  33:9 41:23 43:23
  45:1 50:21 51:7
  51:13,16,18 57:1
  64:22,25 65:3
**hearing** 2:12
**heat** 42:5 43:4
  55:22
**heeded** 54:23
**help** 30:19
**hereto** 22:7
**hey** 51:6
**high** 7:20,22,22,23
  8:1,3,4 10:22,24
  61:23 62:4 63:8
**highway** 8:23 24:2
  24:20 26:3 30:14
**hire** 11:20
**hired** 11:12
**history** 10:22
**hit** 25:24 26:2,21
  27:3,25 29:1,5
  36:14
**hitting** 36:10
**hold** 28:5,6 48:21
**holding** 28:21
**holstered** 28:3
**home** 14:20 59:21
  59:23 62:10
**homeland** 40:11
**homeowner** 14:20
**honest** 41:4 51:4
**honestly** 16:13
  41:8
**honey** 32:19,20
**honor** 5:8
**hoping** 26:12
  56:14 65:20

**hospital** 36:22
  37:5,20,23 38:3
**hour** 24:1,17
**house** 14:8,9,13,17
  15:5 60:2,4,7,8,13
  62:7
**houses** 60:16,18
  60:20 62:6
**human** 56:2
**hurt** 29:18 48:14
  63:8

**i**

**identified** 21:10
  23:9
**ignored** 54:22
**immediately** 27:25
**inaudible** 9:6 33:8
  33:12 36:1 39:20
  47:14
**incident** 13:8
  31:24 55:7
**including** 19:20
  53:14,16
**income** 19:4
**index** 4:3,8
**indiscernible**
  63:19
**individual** 59:14
**individuals** 41:17
  54:17 57:17
**influence** 32:7
**injured** 15:6 37:20
**injuries** 19:10,12
  34:25 35:4
**injuring** 36:11
**inside** 14:14 15:5,7
  45:20 55:13
**instance** 32:2 57:9
**institute** 39:25
**instructed** 14:23

Alpha Reporting
A Veritext Company

[instructor - low]

**instructor** 40:2
48:20 49:8
**intended** 47:6
**intent** 29:1
**interest** 67:13
**internal** 12:6 55:9
55:11
**investigated** 55:14
**investigation** 12:6
40:3 55:15
**investigator** 21:20
38:22 39:9,10
**involved** 13:18
18:19,22 37:18
54:14 67:13
**ironic** 48:2
**ivy** 23:6,24 24:12
27:7 36:8 46:6
54:7

**j**

**j.c.** 11:1
**jackson** 10:5
23:22,23
**jail** 36:23 37:4,6,8
37:10,13
**jailer** 14:22
**jana** 9:16
**jerra** 9:1
**jessica** 3:10
**jmalone** 69:1
**job** 10:12,15,18,20
10:22 19:2 20:19
40:19 42:23,25
43:7,8 44:1 62:10
**jobs** 11:21,22 12:3
**joey** 24:7,22 29:4
29:7
**jones** 40:15
**jordan** 9:13
**judge** 15:2 16:17

**jumped** 27:14
**june** 67:24
**junior** 40:16 63:8
**jury** 22:23
**justice** 3:11 40:18
56:19
**justified** 15:7
**justin** 29:11

**k**

**k** 25:21,21
**keep** 54:14
**kelly** 58:11,20
60:6 61:6,17
**kemp** 12:23 23:3
23:20 26:10,14
30:12 41:16 42:1
42:2 56:4,13
**keyed** 23:6 24:12
**kicked** 34:10
**kicking** 28:19
36:10
**kind** 18:19 29:6
30:1 39:20,22
40:18 48:4
**knee** 28:2,4,7,9
63:8
**kneed** 34:17
**knew** 52:9
**knocked** 14:11,12
**know** 5:19,23 6:3
12:19,21 13:23
15:21 16:5,6 20:4
29:7 35:5 36:21
36:23 37:14 38:4
41:8,20 43:7,8,8
43:25 45:19,20,22
48:17 49:4,6,16
50:21,23 51:6,6,13
52:8,11 53:1,2,4
61:9

**ks** 1:6

**l**

**labeled** 16:16
38:23
**lady** 15:13
**laid** 31:9
**lane** 26:11 30:14
56:14
**langston** 58:23
59:1 60:9 61:5,19
**large** 67:22
**lauderdale** 24:3
**laurel** 11:2
**law** 39:20,22
42:10,12 43:13
49:18,25 51:10
**lawsuit** 5:9 12:18
13:1,18 15:8,13
16:1,8 52:9,12
**lawyer's** 15:19
**lay** 5:15 48:21
**laying** 28:14
**lcr** 3:21 67:20
**leadership** 55:25
**leaned** 25:4 29:5
29:24 46:3
**leave** 11:23,24
**left** 11:1,5,11,23
26:19 28:9 38:13
56:14
**leg** 29:18,19,21
30:2,5
**legal** 69:19
**legit** 48:16
**legs** 28:21 29:25
46:5
**letting** 26:25 45:6
**lewis** 1:15 2:1 4:4
4:10 5:1,6 6:18,21
9:1,7,13,16 33:3
33:11,16 65:18

68:2 69:4
**lieutenants** 39:2
**life** 18:1 20:14
40:18,23
**lights** 26:11 56:14
**likes** 41:9
**likewise** 6:11
**line** 68:4
**lip** 35:15,21
**liquor** 32:25
**listening** 51:14
**literally** 45:17
57:15
**litigation** 18:18
**little** 8:13 24:17,18
35:15 63:7
**live** 8:16,22 9:12
17:5 60:8 65:9
**lived** 7:14 64:18
**lives** 7:5 9:1,3,6,7
9:8,13,17 10:3
17:6 19:16,18,19
19:20,22 20:10,13
20:19,20
**lobby** 14:22
**locate** 14:6
**locations** 54:11
**long** 7:14 11:17
16:23 17:15 23:21
62:2
**lonzell** 9:2
**look** 35:6,8
**looked** 24:19 25:3
27:18,23 29:7,14
29:19
**looks** 18:13
**loss** 11:2
**lot** 18:11 30:4
40:24 64:20
**low** 8:7

Alpha Reporting
A Veritext Company

800-556-8974
www.veritext.com

**[lumber - okay]**

**lumber** 10:25
**lunch** 60:24 61:3,7

**m**

**madam** 21:23
**maiden** 7:10
**mail.com** 3:23
**main** 46:22
**major** 40:17
**making** 36:17,20
**malone** 3:10 66:6
**man** 33:4 37:17
   46:7,10,20 48:23
   57:16
**man's** 45:17 50:1
   54:24
**management**
   55:19
**maneuver** 48:16
   49:12,14
**maneuvers** 47:5
**march** 20:16
   21:16 22:10 30:23
   41:3 52:14
**marcus** 58:10,12
   58:12,14 59:20
   61:5,9
**mark** 21:24
**marked** 22:6
**marquis** 1:4 5:8
   20:14 21:13 22:11
   22:17 23:9 69:3
**married** 16:23
   17:16,18,20,25
   18:4,7,14,15,17
   41:1
**marshals** 14:1
**matter** 19:16,18
   19:19,23 20:10,13
   20:14,19 35:23
   67:13
**mcharra** 23:3

**mean** 13:4 37:19
   37:23 43:3 44:11
   55:23 59:16 62:21
**means** 38:24
**median** 24:24
   25:23 26:14 56:17
**medicines** 32:8
**meeting** 22:19,24
   23:1
**member** 19:13
**memory** 31:23
   32:9
**memphis** 1:24
   3:22
**mention** 31:3
**mentioned** 11:22
   22:5 31:15
**meridian** 11:5
   30:9 40:4,22 63:4
   63:5
**met** 37:8
**mexican** 60:21
**mike** 23:3
**miles** 24:1,17
**mill** 10:25
**mine** 25:20
**minimal** 25:12
**minutes** 35:23
**mirror** 25:17
**mississippi** 1:1,8
   3:5,11 7:2 8:17
   10:4 11:14 14:2
   17:6 40:11 55:15
   67:3,5,22
**mistakes** 56:1,3
**moment** 42:5 43:4
   55:23
**moore** 3:4 4:5 5:5
   5:6 8:4,8,11,14
   21:9,11,23 22:8
   33:14,15 47:17

65:17 66:5,8
**morning** 13:11
**mosely** 16:22
**mother** 8:21 9:23
   64:17,21
**motivation** 52:11
**moulds** 24:7,22
   26:17
**mouth** 35:17,19
   43:13
**move** 26:19 27:6
   28:8 30:19 49:1
**moved** 28:7 51:17
**mtp** 1:6
**mulls** 28:19 29:4
**multiple** 24:12
   28:16

**n**

**n** 3:1 4:1 64:9,11
   64:23 65:1,3
**name** 5:6 6:17,20
   6:22 7:8,10 8:2
   9:5 10:6 15:16,18
   15:19 48:2,4 62:2
   63:3
**named** 12:21,24
   15:12,14,25 16:4
**names** 8:19 58:9
   61:25 62:3
**narcotics** 11:14
   23:6 39:9 40:3
**nature** 12:3
**nearby** 8:16
**nearing** 65:12
**need** 5:16,21 6:2
   37:19 39:17 47:1
**needed** 29:17
   30:15
**needs** 55:14,18
**negro** 64:6

**network** 8:7
**never** 11:24 46:25
   50:18,19 64:10,11
**new** 40:7
**news** 20:4 51:24
**newspaper** 20:7
**nine** 53:17 58:7,24
   59:5
**nineteen** 17:23
**normally** 25:9
**north** 23:22,23,24
   24:3 25:1
**northcrest** 63:4,5
**notarize** 69:11
**notary** 67:5,22
**note** 69:9
**noted** 67:8
**notes** 67:11
**notice** 2:3 6:13
**nra** 40:2
**number** 7:3 15:23
**numbers** 53:1,4

**o**

**obey** 45:2,9
**objections** 2:10
**occasion** 32:23
**occur** 55:2,4
**occurred** 13:9
**october** 67:18 69:2
**office** 14:1 22:19
   52:20
**officer** 15:3 43:2
   43:14 48:25
**officer's** 42:20
**officers** 31:11,13
   42:9 45:8 46:19
   46:21,21 54:21,23
**official** 11:19
**okay** 5:11,25 6:11
   6:12 8:24 10:24
   11:21 16:15 18:18

**[okay - quitman]**

22:18 30:10 32:25
36:6 39:11 41:6
47:10 48:15 52:17
52:21 53:18,24
57:15 58:21 59:2
59:6,12,20 60:11
60:14 64:1 66:8
**old** 7:18 62:5
**once** 18:24 24:2,4
27:5 28:6 32:16
33:19 41:17 44:8
**ones** 16:5 38:5
54:22 61:2
**open** 14:12 27:21
**opened** 40:19
**opinion** 41:4 51:4
**opportunity** 40:19
65:22
**order** 67:14
**outside** 23:1,18
46:12
**overreacted** 44:3

**p**

**p** 3:1,1
**p.m.** 2:5 65:15,15
66:11
**pachuta** 14:2
**page** 4:9 21:1 31:6
68:4
**pages** 67:10 69:12
**paid** 42:6
**pain** 47:23
**paperwork** 16:18
**paramedics** 37:9
37:12
**paratech** 37:7,9
**parked** 30:14
**part** 11:8 15:10
44:23 45:2,3 48:9
48:17 64:15 67:16

**parties** 67:13
**pass** 24:9
**passed** 25:2
**passenger** 24:14
25:6,16 27:12
31:8
**passenger's** 25:3,4
25:16 27:19
**patrol** 13:24
**patrolman** 11:16
**pause** 6:14
**pearson** 59:14
**pending** 6:4,5
**penney** 11:1
**people** 28:14 44:8
45:1 51:5,11,13,15
51:18 54:16 55:22
55:25 62:2,3,7,11
62:15,23,25 64:1,4
64:7
**people's** 60:20
62:6
**percent** 53:20,21
**percentage** 52:25
52:25
**perfect** 22:3
**person** 59:17,17
59:18,18 62:8
**person's** 56:22
**personally** 45:19
**personnel** 22:11
**phone** 7:3
**phonetic** 9:2
**phrase** 20:6,10
**picture** 62:18
**place** 15:5 22:25
23:18 26:5 50:10
51:18 67:7
**placed** 34:8,11,14
34:18,23 35:9
45:21 50:19

**plaintiff** 1:5 2:3
3:3 16:7,12
**plaintiff's** 15:16
**plan** 44:14
**play** 63:6,10,14
**played** 63:7,9
**please** 47:15
**point** 29:8,21
30:12,20
**police** 11:3,6,8,9
11:10,11 23:4
40:1,20 61:20
**policy** 38:23
**polly** 3:21 67:5,20
**pollywardlawccr**
3:23
**possible** 20:20
25:13 48:14
**possibly** 44:10
**pound** 48:23,23
**pre** 40:17
**prefer** 32:25
**preparation** 13:15
**prepare** 13:5
**present** 56:4
**pretty** 20:5 31:1
51:19,24 53:3
59:16 61:6 62:16
64:17 65:5
**prevention** 11:2
**previously** 5:7
**prior** 11:22
**private** 62:8 63:20
**probably** 58:7
63:1 64:19
**problem** 52:21
**procedure** 2:8
49:5,10
**proceeding** 18:20
18:23 67:10

**proceedings** 67:7
**process** 44:17,19
44:21 48:18
**professional** 43:8
66:1
**program** 40:23
**progress** 23:17
**proper** 44:7
**properly** 48:15
**protect** 20:20
**provisions** 2:7
**pta** 40:23
**public** 39:24 51:9
56:2 63:12 67:5
67:22
**pugh** 58:10,14
61:5
**pugh's** 59:21
**pull** 28:2,17 47:24
**pulled** 27:14 28:10
29:11 56:13
**punched** 34:13
**pursuant** 2:3,6
**pursuit** 24:11
**put** 22:21 28:1,4,7
28:9,17 31:11,18
31:19 32:3 42:11
42:17 50:19

**q**

**question** 2:11 5:18
5:19,25 6:4,5,14
36:4 47:16 50:6
**questions** 5:11
58:2 66:6
**quick** 14:13 48:13
**quiet** 6:10
**quitman** 8:1,4,23
9:2,3,14 11:1,3,7
22:24 23:4 40:19
53:2 61:20 63:11

**[r - see]**

| r | reflect 21:9 | request 5:23 | s |
|---|---|---|---|

**r** 3:1 67:1
**racially** 19:13
**racism** 52:21
**radio** 14:16 23:5,6
  23:10 41:11,14
  44:4 50:24 51:7
  51:12 52:4
**radios** 51:5
**raised** 64:14
**raleigh** 10:4
**ram** 27:8
**ramage** 10:7
**rammed** 27:9
**ran** 14:9 23:15,18
  28:3
**rank** 38:18,20
**rawson** 29:11 54:1
**rcta** 40:4,5
**reach** 57:25
**reaching** 24:13
  25:6
**reaction** 45:13
**read** 12:20 13:1,7
  21:6 68:4 69:6,8
**readily** 33:20
**reading** 12:24
**reads** 68:4
**realized** 29:19
  44:3
**really** 12:16 38:24
  39:3
**rear** 14:9 27:3
**reasons** 68:4
**recall** 31:5 58:22
**recess** 65:14
**record** 21:9 65:18
**refer** 64:1
**referenced** 69:5
**referring** 20:6

**reflect** 21:9
**reflected** 20:25
**regardless** 52:9
**regards** 21:12
  22:10 41:2
**regional** 39:24
**regulars** 62:17
**related** 67:13
**relations** 8:20
**relatives** 8:16,19
  9:4,19
**release** 28:16
  47:24 49:2
**released** 29:10
**remain** 6:10
**remember** 13:23
  15:16,17,19,23
  16:13,16 21:19
  26:8 29:20 30:7
  31:21,22 32:6
  35:14 41:20
**renee** 9:7
**repeat** 5:19,21
  47:15 49:13
**repeatedly** 34:21
**rephrase** 5:19
**report** 30:24 31:2
  31:6,14 32:3 40:5
  46:18
**reported** 67:10
**reporter** 5:17 8:2
  21:23 22:3 33:13
  36:4 47:15 67:5,9
**reporter's** 4:22
**reporting** 1:23
  3:20,21
**reports** 22:22
**representing** 5:8
**reproduction**
  67:16

**request** 5:23
**rescue** 40:10
**reserved** 2:10
**residence** 14:5
**resign** 10:17
**resisting** 31:12
  46:19
**response** 65:4
**responsibilities**
  38:16
**rest** 29:9
**result** 55:6
**return** 69:12
**rico** 59:13
**right** 6:6 9:15
  13:14 16:20 17:2
  17:13 18:8,13
  20:24 21:22 25:18
  28:4,4 30:10,14,21
  40:12 41:1 43:9
  44:25 47:20 53:22
  58:8,16 59:1
  64:18 65:11 66:1
  66:4
**risk** 25:12
**road** 7:1,5 9:1,3,6
  9:8,14,17 26:23
  27:5,11 32:1,1
  45:21 50:25 64:19
  64:20
**road133** 9:9
**robert** 58:10,18
  59:25 61:5,15
**rolled** 29:16
**rule** 6:8
**rules** 2:7 5:15
  69:14
**running** 23:25

**s** 3:1 17:10,11
**safely** 48:1
**safety** 14:13 28:13
  39:25 47:3
**saith** 66:12
**sanctuary** 62:19
**sat** 29:23
**saw** 24:22 25:17
  41:25 59:8,9,13
**saying** 44:13
**says** 8:6 31:7,17
  38:23 46:18
**scene** 36:24 37:2
  38:14 56:4,9
**school** 7:20,22,22
  7:24 8:1,3,4 10:23
  10:24 27:2 40:2
  53:2 61:23 62:4
  63:10,12
**schools** 26:24 40:6
  40:7 45:6 54:15
**scope** 15:4
**screen** 59:10
**seal** 67:15
**search** 40:9
**seatbelt** 25:8
  27:13
**second** 7:24 36:7
  40:21 45:3
**seconds** 14:18
  44:12
**secured** 14:19
**security** 10:25
  40:11 51:12
**see** 8:25 10:24
  14:5 21:5,6,7
  22:20 36:14 45:13
  46:12 50:11 56:15
  57:10,12,15,23
  58:6 62:4,18

[seen - stay]

seen 13:4 36:22
senior 39:13
senses 44:8
sent 22:22
september 1:16
  2:2 11:20
sergeant 38:24
sergeants 39:3
serious 39:15
served 12:18
service 37:7 62:20
  63:1
set 46:3
settled 15:9,21
sheet 4:24 68:1
  69:10
sheriff 12:23 23:2
  23:20 26:9,14
  30:12 38:21 39:5
  39:16 41:16 42:1
  42:2,14 43:3,11,17
  45:9 49:15,17,24
  50:3,5,12,16,18
  51:21 52:3,10,13
  53:14,16 55:13,18
  56:4,13,17,21 57:4
  57:10 64:25
sheriff's 11:13,16
  11:18 13:24 14:20
  22:11,14,16,18
  43:13 45:14,17
  49:11 53:19 54:22
  55:10 64:23
shift 39:12,12
shocked 43:11
shopping 59:8,13
short 11:6 29:20
  29:22
shot 27:19
shots 27:17

shoulder 28:4,7
  29:2,3 47:8,23
  49:1
show 48:22
showed 14:16
  16:17 48:25 49:8
shubuta 17:6,9
shut 41:21 43:15
shutting 44:21,23
side 24:14 25:3,16
  25:16,18 26:23
  27:4,5,9,12,19
  29:16 45:21
sign 23:15 69:6,11
signature 2:13
  21:5,6,8,10 66:13
  67:15,18,20 68:19
signed 16:18 20:22
  69:17
sir 5:12,14 6:7,24
  8:18 9:5,11 10:1,3
  10:10,13,16,19,21
  11:24 12:4,7,10,14
  12:23 13:2,20
  15:15,20,22 16:9
  16:11 17:1,8,12,14
  17:24 18:3,21
  19:5,7,15,21,24
  20:1,12,15,17,23
  21:8,14 31:1,10,17
  31:21 32:10,12,14
  33:2,5,7,18,22
  34:2,6,9,12,16,20
  34:24 35:3,10,16
  35:18 36:12,16,19
  37:3 38:1,9,17
  39:4,7 41:12,15,19
  41:22 42:15,22,24
  43:16,19 44:6,20
  44:23 45:12,15,22
  46:1,5,8,11,14,16

46:22 47:8,12,22
  48:8,11 50:8,14
  52:1,23 53:10,23
  53:25 54:2,4,6,8
  54:18,20,25 55:3,5
  55:8,20 56:20,23
  57:5,9,11,13,15,16
  57:19,21 58:3,4,10
  58:13,15 59:3,22
  59:24 60:1,3,5,10
  60:17 61:1,12,14
  61:24 62:13,24
  63:13,16,21 64:12
  64:24 65:2,10
  66:3
sirens 26:12
sister 10:3
sit 30:16 32:23
  61:7 62:1,19
situation 39:15
  45:25
skipped 7:24
slide 27:24
slow 5:21 25:11
slowing 24:18
small 32:24 39:19
smith 58:10,18
  59:25 61:5,15
solutions 69:19
somebody 15:23
  42:11 57:24 65:7
somebody's 43:15
  49:20 51:21
son 9:13 17:24
  63:14
sorry 6:19 7:23
  8:10 17:19 18:8
  19:17 21:2 33:9
  35:8 36:2 37:11
  37:21

sounds 53:22
south 11:14 23:22
  26:3,9 39:24
southbound 26:5
  26:11 56:12
southern 1:1 8:16
speak 57:24 58:6
special 38:2
specific 20:5
sped 25:23 26:1,20
speeds 23:25
  24:16 25:12
spell 17:9
spend 64:15
spent 64:17
spin 26:15,22 27:5
  44:14
spoken 13:15
sports 63:6,15
spot 35:15
spread 51:24
stamped 20:25
  21:25
standard 56:2,3
standing 23:1,4
  51:14
start 16:4 17:25
  35:21
started 27:6 28:2
state 6:20 14:1
  49:18,18,22 67:3
  67:22
stated 67:7
statement 4:10
  13:7,12 20:21,22
  20:24 21:1,4,12,15
  21:18,24 51:3
  57:6
states 1:1
stay 60:21 62:8

**[stealing - traveling]**

**stealing** 14:15
**steering** 25:6
**stenotype** 67:10
 67:11
**stolen** 23:12
**stomped** 34:7
**stomping** 36:10
**stonewall** 7:1,12
 11:9,11 40:8
**stop** 23:7,15,23
 26:12,23 27:6,10
 36:9,12 45:5
 56:15
**stopped** 27:1,14
 29:6 36:2 44:15
 44:17 46:1
**stopping** 23:8
**stormed** 33:23
**street** 3:11
**stretch** 29:18 46:4
**stretched** 29:25
**strict** 64:13
**strike** 47:6,6,11,19
 47:22
**struck** 25:18 33:17
**struggle** 28:18
 46:17,18
**stupid** 43:6
**styled** 67:8
**subject** 12:5 14:6
**subscribed** 68:20
**sue** 41:9
**sued** 41:7 54:17
**suffer** 35:4
**suffered** 34:25
**suit** 15:2
**superior** 42:9 43:1
**supervisor** 38:14
**supervisors** 53:6
**supervisory** 38:15
 38:25

**supposed** 23:11
 44:1
**sure** 12:16,17
 13:12 14:9,14,18
 20:12 25:24 27:20
 28:5,11,23 30:15
 54:12 62:9
**surprise** 54:16
**surrendered** 33:20
**suspect** 23:15
**sweep** 14:13
**switched** 40:17
**sworn** 5:2,7 68:20
**swung** 27:21

**t**

**t** 17:10,11 67:1,1
**tahoe** 24:5 25:22
**take** 6:2,3 14:6,23
 65:11
**taken** 2:1,6 15:5
 56:5 65:14 67:7
 67:11
**talk** 5:20 6:9 51:20
 62:5,5
**talked** 13:11
**talking** 6:9,11 20:3
 23:2
**task** 11:14 40:11
**tell** 10:22 13:21
 22:9,13 31:14
 43:20 44:4 61:25
 65:5,19
**telling** 30:21 32:4
 42:19 44:18,25
 46:6,9,20
**tendency** 5:20
**tender** 66:5
**tennessee** 1:24
 3:22
**terminated** 10:11

**terms** 2:7
**testified** 5:3
**testimony** 22:6
 40:6 69:8
**thank** 22:3 30:21
**thing** 39:10 44:7
 46:22 49:22 62:3
**things** 22:20,21
 39:17 43:9 48:4
 48:19,25 55:22
**think** 14:17 19:1
 31:1 37:16 41:6
 42:25 45:11 50:23
 54:19 60:7 65:12
**thinking** 15:22
**third** 36:8
**thorough** 65:25
**three** 26:24 31:25
 32:16,21 35:22
 37:17 53:7,7,12,18
**threw** 33:24
**throwing** 14:21
**thursday** 30:23
**ticked** 42:5
**tilman** 1:4 4:10
 5:8,11 20:25
 21:13,25 22:1,12
 22:17 23:10 24:13
 24:19,25 25:2,16
 26:2,12,13 27:11
 27:21 28:14,22
 29:7,14 30:16
 31:7,12 33:17,19
 33:25 34:3 36:11
 37:13 41:3,17
 42:1 50:21 51:2
 52:8 56:5,15,16
 69:3
**tilman's** 20:14
 23:21 24:23 25:17
 25:20 26:17 33:24

 42:13,21
**time** 6:2 11:7,8,9
 11:20 14:23 15:7
 17:18,21 18:12
 23:5,13 24:6,21
 25:2,21 26:25
 27:7,8,17 29:6
 31:7 40:15,21
 41:25 44:10,15
 45:5 46:1 51:16
 57:1,2,6 62:16
 64:16,18 65:15
 67:7 69:15
**timeframe** 69:7
**times** 18:22 24:13
 28:16 59:15
**tip** 23:11
**tire** 27:19 29:24
**today** 32:4,9 52:5
 62:4 66:2
**today's** 13:15
**told** 12:23 23:10
 28:16 30:16,25
 41:16 43:14,21
 46:17 47:4 59:5
**touched** 50:18
**touchstone** 46:9
 53:24
**town** 51:20 59:14
**traffic** 14:16 27:2
 30:15,19 41:11,14
**tragic** 30:22
**trained** 48:15
**training** 39:23
 40:7 48:18
**transcript** 67:11
 68:1 69:5,16
**transported** 30:18
 37:4,6
**traveling** 50:25

[treat - working]

**treat** 57:17
**tried** 23:24 28:20
  31:11
**trouble** 29:15 37:1
  48:24
**truck** 42:3 56:10
  56:11,15
**true** 31:2,6,20
  33:3,6,8,10,11,16
  33:19,22,23 34:3,7
  34:10,13,17,21,25
  41:10,16 67:10,15
**try** 18:11 20:20
  23:22 24:10 25:10
  25:11 26:21 27:9
  36:9,12 44:8,14
  47:19,23 54:14
  59:19 62:1 65:9
**trying** 19:1 24:15
  25:7 28:10 29:9
  29:13 44:17 46:22
  47:2,21,22 48:13
  54:11 56:8,9,9
  62:18,19
**turn** 24:19,25 26:1
  26:2,5
**turned** 23:20,22
  23:24 24:3,24
  27:18 54:13 55:14
**tv** 20:7
**twelve** 11:19
**twenty** 18:6
**twice** 40:2
**two** 7:15 9:22 21:1
  27:17 30:7 31:21
  32:16,20 50:10
  53:7,7 63:24
**tx** 69:13

**u**

**u** 17:10,10,11,11
  24:25
**uncle** 9:8,24
**underneath** 48:22
  48:24
**understand** 5:18
  5:22
**understanding**
  37:7,15
**understood** 5:24
  42:4
**united** 1:1
**units** 24:10 26:4
**university** 9:18
**unmercifully** 33:4
**upwards** 24:1,16
**use** 32:11 47:5
  64:23,25 65:3
**usually** 20:6 39:13
  39:15 62:21
**utilizing** 12:13

**v**

**v** 69:3
**varies** 62:16
**veered** 25:17
**vehicle** 23:7,8,12
  23:15,21 24:23
  25:11,17,20,24
  26:10,13,17,18,22
  27:4,4,6,10,12,15
  27:17,20 29:25
  30:17 33:20,24
  41:13 46:4
**vehicles** 23:19
  30:13,20 45:20
**verbally** 5:16
  30:25
**verify** 46:24 69:8

**veritext** 1:23 3:21
  69:12,19
**veritext.com.**
  69:13
**versus** 53:6
**vicinity** 9:20
**video** 2:5
**vigilante** 56:19
**violate** 42:10
**violated** 42:12
**violently** 33:24
**vs** 1:6

**w**

**w** 3:21 67:5,20
**waistband** 28:2,12
  31:4,16 32:5
**waived** 2:9,14
  66:13
**walked** 30:12
**want** 30:19 32:23
  62:3 65:6,19,21
**wanted** 22:20 52:8
  65:22
**wants** 61:7
**wardlaw** 3:21
  67:5,20
**warrant** 14:4,7
**way** 24:13 25:4
  40:18,23
**weapon** 28:3
**wearing** 27:13
**week** 9:17 30:6,8
**weekend** 59:7,12
**weekends** 9:16
**weeks** 30:7 32:16
  32:21
**welcome** 61:8
**went** 11:1,2,5,8
  13:7 14:8,10
  23:15 25:19,22
  26:13 27:15,18

  29:10 30:18 31:3
  39:24 40:15,21
  48:19 59:8,13
  62:3
**west** 24:19
**wheel** 25:6
**whichever** 21:20
**white** 7:11 37:15
  52:25,25 53:7,13
  53:21,24 54:1,3,5
  54:7,17,23 55:17
  56:22 57:8 60:21
  62:25 63:23,25
**whites** 53:6
**whoever's** 39:14
**wife** 7:7 8:15 9:22
  16:20 59:8,13
**wife's** 7:8
**william** 9:18
**williams** 16:21
**wine** 33:1
**witness** 2:13 8:6
  8:10,13 16:4 22:7
  66:5,7,12 67:18
  68:19 69:5,7,9,11
  69:15
**wives** 17:13
**woman** 48:23
**word** 64:9,11,23
  65:1,4
**words** 19:22 20:2
  21:7,7 22:9,13
  30:22 41:20 43:12
**work** 11:7 40:25
  61:10 62:9 64:16
  64:17
**worked** 10:25 11:2
  11:4,6,9
**workers** 19:10,12
**working** 13:24

Alpha Reporting
A Veritext Company
800-556-8974
www.veritext.com

**[works - zoom]**

| | |
|---|---|
| **works** 61:20 | |
| **worse** 64:6 | |
| **wreck** 30:6 35:13 | |
| 36:5 37:19,22,24 | |
| **wrecked** 42:3 | |
| **wrecks** 35:22,24 | |
| 37:17 | |
| **writing** 40:5 | |
| **wrote** 13:8 20:21 | |
| **www.veritext.com** | |
| 1:25 3:24 | |

| **x** |
|---|
| **x** 4:1 |

| **y** |
|---|
| **y'all** 8:11 16:23 |
| 43:25 60:19 |
| **yards** 64:19 |
| **yeah** 7:25 18:11 |
| **year** 19:8 |
| **years** 7:15 11:19 |
| 13:23 16:24,25 |
| 17:17 18:4,5,15 |
| 31:22,25 32:1 |
| 63:19 |
| **young** 8:21 17:18 |
| 17:20 |
| **younger** 45:7 |

| **z** |
|---|
| **zoom** 2:5 |

Alpha Reporting
A Veritext Company
800-556-8974
www.veritext.com

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

# VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.