**CLARKE COUNTY SHERIFF'S DEPARTMENT**
**444 West Donald Street**
**Quitman, MS 39355**
**601-776-1027**

**DATE:** March 22, 2019

**NAME:** Deputy Billy Lewis

**ADDRESS:** 444 West Donald Street
Quitman, MS 39355

**PHONE:** 601-776-5252

**Statement:**

On Thursday, March 21, 2019, I, Deputy Billy Lewis, was leaving a meeting at the Clarke County Courthouse when I heard Narcotics Agent Ben Ivy trying to make a traffic stop on Thompson Avenue in Quitman. I went to my patrol vehicle and was pulling out of the courthouse parking lot when Agent Ivy said the vehicle was not stopping and had turned east on Chestnut Street and crossed over North Archusa Avenue and was headed toward North Jackson Avenue. I turned east on Long Boulevard behind Sheriff Todd Kemp to go to North Jackson Avenue in case the vehicle came south. Agent Ivy advised the vehicle turned north on North Jackson Avenue and that the vehicle was driven by Marquis Tillman and that he had received information that there were stolen firearms in the vehicle and Tillman was wanted by the US Marshals. I continued north on North Jackson Avenue and then north onto Highway 145 attempting to catch up to the pursuit. Once the pursuit reached Highway 45 Agent Ivy advised the vehicle turned north heading towards Lauderdale County. Agent Ivy advised the pursuit was maintaining speeds of 100 MPH and over. Once the pursuit reached the intersection of Highway 45 and Highway 514 Agent Ivy advised that the vehicle was slowing down and was turning west onto Highway 514. I caught up to the pursuit at this point and saw Tillman's vehicle make a u-turn in the cross over of Highway 45 at the Highway 514 intersection and then continue back north onto Highway 45. I went around Tillman's vehicle on the passenger side to get in front of him in an attempt to keep him slowed down until other units could catch back up and attempt to stop the vehicle. As I went around Tillman's vehicle I could see that he was leaned all the way over to the passenger side of the vehicle and frantically trying to grab for something in the passenger floorboard and the he did not have a seatbelt on. After I was in front of Tillman's vehicle in the left lane Deputy Anthony Chancelor started to come up beside Tillman's vehicle in the right lane. In my passenger side mirror I saw Tillman dart to the right and hit Deputy Chancelor's vehicle causing Deputy Chancelor to go off the roadway onto the shoulder of the road. Tillman then darted back left coming towards my vehicle. I was able to speed up and get farther ahead of him to avoid a collision. At the next turn around Tillman made a u-turn and headed south on Highway 45. I had to find a place to cross the median and then attempt to catch back up to the pursuit. When I caught back up to the pursuit other units were attempting to get in front of Tillman's vehicle to slow him down again. Tillman was becoming more desperate and darting at the other vehicles like he was trying to hit them also. Deputy Chancelor hit the rear passenger side of Tillman's vehicle with his patrol vehicle causing Tillman's vehicle to spin off the highway and onto the shoulder of Highway 45. Once Tillman's vehicle was coming to a stop he started trying to drive forward again. At this point Agent Ivy hit the driver's side of Tillman's vehicle with the front of his patrol vehicle to stop him from driving off again. Tillman did not have a seatbelt on and was knocked to the center of the vehicle. I exited my patrol vehicle and ran around the rear of Tillman's vehicle. Deputy Chancelor was coming around the front of Tillman's vehicle

**Signature:** *[signed]*   **Date:** 3/22/19

EXHIBIT G

CLT-(TILMAN)-000093

## Statement Form Page 2

as Tillman was sitting up in the front passenger seat. Deputy Chancelor fired two rounds into the front passenger tire in an attempt to further disable the vehicle in case Tillman attempted to try and drive away again. At this time Tillman dove out of the passenger door with his hands out in front of him and laid face down on the ground. When officers tried to put handcuffs on Tillman he began resisting and fighting the officers. Officers were able to handcuff Tillman and he said he was having trouble breathing because he was lying on his stomach. We rolled Tillman onto his side to try and help his breathing. Tillman the said that he needed to stretch his leg out because it was hurting and he was still having trouble breathing. Tillman said he had been in a wreck not long ago and hurt his leg and chest. We sat Tillman up to a seated position so he could stretch his legs and he said his breathing was ok in that position. Tillman was then helped up and walked to Deputy Austin Touchstone's patrol vehicle. Deputy Touchstone transported Tillman to the Clarke County Jail. I remained on scene to help with traffic control until Investigators were through with the scene and Scott's wrecker service recovered Tillman's vehicle. After the scene was cleared I returned to routine patrol.

**Signature:** _[signature]_     **Date:** 5/22/15