```
 1      IN THE UNITED STATES DISTRICT COURT FOR THE
            SOUTHERN DISRICT OF MISSISSIPPI
 2                  EASTERN DIVISION
        _____
 3
 4   MARQUIS TILMAN,
 5        Plaintiff,
 6
     VS.                Civil No. 2:20-cv-10-KS-MTP
 7
 8   CLARKE COUNTY, MISSISSIPPI, et al.
 9
          Defendants.
10   _____
11
12
13                   DEPOSITION
14                      OF
15             DEPUTY AUSTIN TOUCHSTONE
16               SEPTEMBER 29, 2021
17
18
19
20
21
22
23      ALPHA REPORTING -- A VERITEXT COMPANY
                 236 Adams Avenue
24            Memphis, Tennessee 38103
                  901-523-8974
25              www.Veritext.com


                                        Page 1
```



1  The deposition of AUSTIN TOUCHSTONE is
2 taken on this, the 29th day of September 2021, on
3 behalf of the Plaintiff, pursuant to notice and
4 consent of counsel, beginning at approximately
5 3:00 p.m. via Zoom video conference.
6  This deposition is taken pursuant to the
7 terms and provisions of the Federal Rules of
8 Civil Procedure.
9  All forms and formalities are waived.
10 Objections are reserved, except as to form of the
11 question, to be disposed of at or before the
12 hearing.
13  The signature of the witness is not
14 waived.

Page 2

1  I N D E X
2
3  EXAMINATION INDEX
4
  AUSTIN TOUCHSTONE
5  BY MR. MOORE                5
6
7
8  EXHIBIT INDEX
9 EXHIBIT NO.    DESCRIPTION         PAGE
10 EXHIBIT NO. 1 Statement by Austin      17
         Touchstone. CLT Tilman 88.
11
...
21 COURT REPORTER'S CERTIFICATE      33
22
23 ERRATA SHEET              34

Page 4

1       A P P E A R A N C E S
2
3 FOR THE PLAINTIFF:
4    CARLOS MOORE, ESQ.
     Cochran Firm
5    306 Branscome Drive
     Grenada, Mississippi 38902
6    601-227-9940
     cmoore@cochranfirm.com
7
8
9 FOR THE DEFENDANT:
10   JESSICA MALONE, ESQ.
     Allen, Allen, Breeland & Allen
11   214 Justice Street
     Brookhaven, Mississippi 39601
12   601-833-4361
...
20 COURT REPORTING FIRM:
21   ALPHA REPORTING -- A VERITEXT COMPANY
     Polly W. Wardlaw, LCR, CCR
22   236 Adams Avenue
     Memphis, Tennessee 38103
23   901-523-8974
     pollywardlawccr@mail.com
24   www.Veritext.com

Page 3

1       AUSTIN TOUCHSTONE,
2  Having been first duly sworn, was
3 examined and testified as follows:
4       EXAMINATION
5 BY MR. MOORE:
6  Q. State your name.
7  A. Robert Austin Touchstone.
8  Q. Were you present for the last
9 deposition?
10  A. No, sir.
11  Q. Okay. I'll give you the ground rules
12 for your deposition. Continue to answer verbally
13 as you're doing so the court reporter, Polly, can
14 get everything down correctly. Okay?
15  A. Yes, sir.
16  Q. When I'm talking I'm going to ask that
17 you remain quiet, and when you're talking I will
18 do the same so that we do not talk over each
19 other and confuse the court reporter. Okay?
20  A. Yes, sir.
21  Q. I have a tendency to talk fast, so if
22 you can't understand me, let me know. I will
23 repeat or rephrase the question. Okay?
24  A. Okay.
25  Q. I will assume you understood the

Page 5

2 (Pages 2 - 5)

```
 1  question if in fact you answer.  Is that fair?
 2      A.  Yes.
 3      Q.  If you need to take a break at any time,
 4  let me know.  I will allow you to take a break.
 5  However, if there's a pending question, I ask
 6  that you answer that question before taking any
 7  break.  Deal?
 8      A.  Yes, sir.
 9      Q.  Have you ever gone by any other name or
10  alias besides Robert Austin Touchstone?
11      A.  No, sir.
12      Q.  What is your address?
13      A.  610 South River Road, Enterprise, 39330.
14      Q.  Enterprise, Mississippi?
15      A.  Yes, sir.
16      Q.  3930 --
17      A.  39330.
18      Q.  39330, okay.  How long have you lived at
19  that address?
20      A.  I just had an anniversary, so six years.
21      Q.  Do you live there with your wife?
22      A.  Yes, sir.
23      Q.  Or your wife lives there with you?
24      A.  Well, either way.  We both live there.
25      Q.  Okay.  What is your wife's name?
```
Page 6

```
 1      A.  Jessica Touchstone.
 2      Q.  What's her maiden name?
 3      A.  Risher.  It's R-I-S-H-E-R.
 4      Q.  Jessica Risher Touchstone?
 5      A.  Yes, sir.
 6      Q.  And y'all have been married six years?
 7      A.  This past Sunday.
 8      Q.  Congratulations.
 9      A.  Thank you.
10      Q.  Do you have an ex-wife?
11      A.  No, sir.
12      Q.  Do you have any adult children?
13      A.  No, sir.
14      Q.  Any other adult relatives in the general
15  vicinity in south Mississippi?
16      A.  Yes, sir.  They're all over Enterprise
17  and Clarke County, but they're mostly Touchstones
18  and Rishers.  And that's it as far as off the top
19  of my head.
20      Q.  What's your mother's maiden name?
21      A.  Bachelor.
22      Q.  Is she from the area?
23      A.  No, sir.
24      Q.  Okay.  Give me a phone number where you
25  can be reached?
```
Page 7

```
 1      A.  601-513-8962.
 2      Q.  Your date of birth?
 3      A.  Excuse me?
 4      Q.  Your date of birth?
 5      A.  Oh, I'm sorry.  June 30, 1988.
 6      Q.  How old are you?
 7      A.  Thirty-three.
 8      Q.  What year did you finish high school?
 9      A.  2006.
10      Q.  Where did you go?
11      A.  Enterprise.
12      Q.  Enterprise High school?
13      A.  Yes, sir.
14      Q.  Is that in Clarke County?
15      A.  Yes, sir.
16      Q.  What did you do after high school?
17      A.  Sir, you broke up.
18      Q.  What did you do job wise after high
19  school?
20      A.  Well, at first I went to work with a
21  telecommunications place.  And then I went to
22  East Mississippi Community College to get an
23  electrical lineman degree, and then I went to
24  work.
25      Q.  Did you finish at East Mississippi in
```
Page 8

```
 1  electrical lineman?
 2      A.  Yes, sir.
 3      Q.  So you went there about two years?
 4      A.  No, sir.  It was only a semester deal,
 5  like an 18-week class.
 6      Q.  Okay.  So what was your first job after
 7  East Mississippi?
 8      A.  I went to work with Southern Electric
 9  out of -- around Jackson.
10      Q.  How long did you stay there?
11      A.  I'm not exactly sure to be honest with
12  you.  It wasn't very long.  I had gotten another
13  job with another company, and I worked there for
14  like three months and went to work for the East
15  Mississippi Electric Power Association.
16      Q.  How long did you stay as a lineman
17  before you changed to law enforcement?
18      A.  I was there for two years.  Then in 2009
19  or '10 -- I can't exactly remember -- I went to
20  the part-time academy at Meridian community
21  College.  Well, it was actually at Meridian
22  Training Facility, but I believe it was through
23  the community college.  And I went to work for
24  Stonewall PD.
25          And from Stonewall PD I went to work at
```
Page 9

## Page 10

1  Quitman Police Department, and they're the ones
2  that sent me to the academy.
3     Q.  You finished the academy?
4     A.  Yes, sir.
5     Q.  Was that the police academy at Pearl?
6     A.  No, sir.  It was the one at Camp Shelby.
7     Q.  What year did you finish the police
8  academy at Camp Shelby?
9     A.  2012.
10    Q.  What was your first job after that?
11    A.  I stayed at Quitman until the end of
12  that year and then I went to work for Clarke
13  County Sheriff's Office.
14    Q.  You've been with Clarke County Sheriff's
15  Department since.
16    A.  No, sir.  I left not long after that and
17  went to the oil field.  And I stayed gone for
18  approximately three, maybe four years.  I'm not
19  exactly sure.  I think it was three -- four
20  because I came back in '17 I believe it was.
21  October 2nd of 2017 is when I came back.
22    Q.  And you've been back with the Sheriff's
23  Department since then?
24    A.  Yes, sir.
25    Q.  Why did you go back to the Sheriff's

## Page 11

1  Department?
2     A.  I got laid off and I needed some health
3  insurance.  That's just the truth.
4     Q.  And what's your rank at the Sheriff's
5  Department?
6     A.  Deputy.
7     Q.  Do you supervise anyone?
8     A.  No, sir.
9     Q.  Have you ever been convicted of a crime?
10    A.  No, sir.
11    Q.  Have you ever been involved in any
12  lawsuit besides this one?
13    A.  No, sir.
14    Q.  You've never been sued before?
15    A.  I've never been sued, no, sir.
16    Q.  Have you ever sued anybody?
17    A.  No, sir.
18    Q.  Have you ever had a workers' comp
19  injury?
20    A.  I have.
21    Q.  Tell me about that.
22    A.  Well, it's my finger.  These two fingers
23  (indicating).  When I worked for the East
24  Mississippi Electric Power Association my finger
25  got hung in a chain.  I mean, they paid me

## Page 12

1  workman's comp while I was off.
2     Q.  Okay.  No other injuries on the job that
3  you know of?
4     A.  No, sir.
5     Q.  Have you ever filed bankruptcy?
6     A.  No, sir.
7     Q.  Have you ever been accused of excessive
8  force?
9     A.  No, sir.
10    Q.  Have you ever been disciplined on the
11  job?
12    A.  No, sir.
13    Q.  Have you ever been asked to leave a job?
14    A.  No, sir.
15    Q.  Ever terminated?
16    A.  No, sir.
17    Q.  Have you ever been a member of any
18  racially exclusive group or organization?
19    A.  You froze.  I apologize; you froze up,
20  sir.
21    Q.  I asked you have you ever been a member
22  of any racially exclusive group or organization?
23    A.  Oh, no, sir.
24    Q.  Can you hear me?  Can you hear me?
25    A.  Yes, sir.  I heard you.

## Page 13

1     Q.  Okay.  Do black lives matter?
2     A.  One more time?
3     Q.  Do black lives matter?
4     A.  All lives matter.
5     Q.  I didn't ask you about all lives.  My
6  question is do black lives matter?
7     A.  Yes, sir, all lives matter, so that
8  would include black lives matter.
9     Q.  All right.  What made you refrain or
10  have the retort all lives matter because I asked
11  you about black lives matter?
12    A.  Well, because to me all lives matter.  I
13  don't care if you're black or what.  Everybody
14  matters.
15    Q.  Can you say black lives matter without
16  saying all lives matter?
17    A.  Black lives matter.
18    Q.  Okay.  Happy to hear you say that.
19        Do you have any black friends?
20    A.  Sir?
21    Q.  Do you have any black friends?
22    A.  Yes, sir.
23    Q.  All right.  How many?
24    A.  Oh, I don't know.  I don't know exactly
25  how many.  I mean, I've got several.  I mean, I

```
 1  grew up -- where I grew up at we had neighbors
 2  and we all hung out.  And some of them are older
 3  and dead and gone, and some of them now that I've
 4  got I still talk to on a daily basis.
 5       Q.  Can you give me some of their names,
 6  your black friends' names?
 7       A.  Well, one of them is Winston Gray and
 8  his son Darrion.  Matter of fact, they just came
 9  and used my tractor the other day, matter of
10  fact.  Jacob Burns was an older guy I used to
11  live next to, and we used to pin cows and stuff
12  together with him.  He was a good fellow.  I hate
13  he had a heart attack.  I know you didn't ask for
14  that, but anyway.
15          There's just several that we work with
16  around.  I don't really -- I guess I could sit
17  here all day and answer that.
18       Q.  I've got time if you've got names.
19       A.  Well, you know what I mean.  It's hard
20  on a day-to-day basis the people that you come in
21  contact with, is what I'm saying.  I mean, I
22  don't know.  You know what I'm saying?  It's
23  like...
24       Q.  Well, let the record reflect you named
25  two black friends that you could immediately
```
Page 14

```
 1  recall their names.  Winston and Jacob.  And
 2  Jacob is deceased.  He had a heart attack
 3  unfortunately.
 4          Do you go to church with anybody black
 5  people?
 6       A.  Yeah.  Cogan and Pee Wee McGruger.  They
 7  go to my church and their family, but I don't
 8  really know their family too much.
 9       Q.  Is it safe to say that most of the folks
10  at your church are white?
11       A.  Yes, sir.
12       Q.  Did you play ball coming up?
13       A.  I played -- like in junior high I played
14  football and baseball, but I was more like a
15  horse person.  So I mean I rodeoed.  I stayed on
16  the road.  I didn't really hang out with nobody
17  that played ball and stuff.
18       Q.  Okay.  Did you do a report concerning
19  the Marquis Tilman incident that happened on
20  March 21st, 2019?
21       A.  I did a statement, yes, sir.
22       Q.  You did a statement?  what's the
23  difference between a report and a statement?
24       A.  A statement is -- I guess from what I
25  recall, a report would be something that we would
```
Page 15

```
 1  turn in -- I guess a statement would be because
 2  it was requested by an investigating officer of
 3  our account.  The report would be done by the
 4  investigating officer.
 5       Q.  Okay.  Who asked you to do a statement?
 6       A.  I believe it was Ben Ivy I think is who
 7  asked me.
 8       Q.  Okay.  Who is Ben Ivy?
 9       A.  He was a narcotics agent.
10       Q.  Did he work for Clarke County Sheriff's
11  Department?
12       A.  Yes, sir, he used to.
13       Q.  Okay.  So you did a report.  Did you do
14  your report on the same day of the incident?
15  Your statement?
16       A.  Can I look at my statement to see
17  exactly when it was dated?
18          MS. MALONE:  Ask him to show it to you.
19       A.  Can you show me mine to see when it was
20  dated?
21          (WHEREUPON, THE ABOVE-MENTIONED DOCUMENT
22  WAS DISPLAYED TO THE WITNESS.)
23       A.  Yes, sir, that's the day it was dated.
24  BY MR. MOORE:
25       Q.  3/21/19?
```
Page 16

```
 1       A.  Yes, sir.
 2       Q.  Is that your signature?
 3       A.  Yes, sir, that is.  It's got the C-8
 4  after it.
 5       Q.  Okay.
 6          MR. MOORE:  We're going to make this
 7  Exhibit 1 to his deposition.  That's CLT Tilman
 8  00088.  So CLT Tilman 88.
 9          (WHEREUPON, THE ABOVE-MENTIONED DOCUMENT
10  WAS MARKED AS EXHIBIT NO. 1 TO THE TESTIMONY OF
11  THE WITNESS AND IS ATTACHED HERETO.)
12       Q.  So you go by Austin instead of Robert?
13       A.  Yes, sir.
14       Q.  Why is that?
15       A.  That's what my mom called me.
16       Q.  Okay.  In your own words tell me what
17  happened in regards to Marquis Tilman and Clarke
18  County Sheriff's Department on or about March
19  21st, 2019.
20          Hello?  Can you hear me?
21       A.  I can't hear you.  You're frozen.  I can
22  see you now.
23       Q.  My question was can you tell me in your
24  own words what happened in regards to Marquis
25  Tilman and Clarke County Sheriff's Department on
```
Page 17

## Page 18

1  March 21st, 2019?
2      A.  Yes, sir.  I was -- I'm a school
3  resource officer for Enterprise, and it was about
4  time for bus traffic.  I remember hearing, I
5  believe it was, Agent Ivy said he was in a chase
6  and they were northbound on 45.
7          So I radioed to see if my supervisor at
8  the time -- or not really my supervisor but the
9  next guy we had down at the time wanted me to go
10 across Highway 514 which went across to 45.  And
11 while I was on 514 they had said that Mr. Tilman
12 was going to turn and get on 514 and come towards
13 the school.
14         Well, at that time there's an
15 intersection a crossroad highway, County Road
16 350.  If he would have took a right he would have
17 went straight to Clarkdale School.  If he would
18 have went straight, he would have went to my
19 school.  So what I did was at the time I placed
20 my vehicle where the only way he could go is
21 either he was going to hit my vehicle or go
22 towards Stonewall, which at the time was the
23 safest place being that we've got 2,000 kids
24 fixing to be on the road.
25         But I don't know what happened.  He

## Page 19

1  turned around and went back south.  When I heard
2  him go south I left where I was at.  And by the
3  time I got to them I believe they were just a few
4  miles south of 514.  I'm not exactly sure.  They
5  were just a few miles south of 514.  When I got
6  there they basically put him in my truck I had at
7  the time, and I transported him to the jail.
8      Q.  So did you witness any of the beating?
9      A.  As far as I know there was no beating.
10 I wasn't there.  He was in handcuffs when I got
11 there.
12     Q.  Was he in anyone else's vehicle when you
13 got there?  Was he sitting on the ground?  What
14 did you see?  Tell me exactly what you saw when
15 you got there.
16     A.  He was -- they had him up and he was
17 walking like back toward my truck.  Like, they
18 were -- I think the sheriff said to put him in
19 the vehicle and take him on, you know.  And he
20 was walking back towards my truck because I was
21 pulling up and they wanted me to transport him.
22     Q.  So you didn't punch, kick, stomp, beat
23 Mr. Tilman?
24     A.  No, sir.
25     Q.  Did you see any of your colleagues do

## Page 20

1  that to him?
2      A.  No, sir.  The only time -- I apologize
3  for interrupting.  No, sir, I didn't see nobody
4  touch him as far as -- or beat him or anything.
5      Q.  How did he look in his face -- how did
6  his face and body look to you when you arrived?
7      A.  Can you repeat that because you froze
8  again.
9      Q.  How did he look?  How did Mr. Tilman
10 look when you arrived?
11     A.  I don't recall.  I mean, he had just
12 been in a car wreck.  But I mean, as far as like
13 -- I mean, what are you asking?
14     Q.  How he looked.  How did his face look?
15 How did his body look?
16     A.  If I'm not mistaken -- now, don't hold
17 me to this.  I can't exactly remember.  But I
18 think he had a busted lip maybe.  But then again,
19 he had just been in a car wreck.
20     Q.  He had just been in a car wreck or he
21 had just had his ass beat.  One or the other,
22 correct?
23     A.  I don't believe he got his ass beat, but
24 he had just been in a car wreck.
25     Q.  You were not there, were you?  So you

## Page 21

1  can't say --
2      A.  (Inaudible).
3      Q.  Excuse me?  Deputy?
4      A.  You froze up again, sir.
5      Q.  You were not there so you don't know if
6  he got his ass beat or not, do you?
7      A.  You broke up again, sir.
8      Q.  You were not there so you don't know if
9  he got his ass beat or not, do you?
10     A.  Correct, I was not there.
11     Q.  You do know that Sheriff Kemp said on
12 the radio to shut him down and beat his ass.  Did
13 you hear that on the radio?
14     A.  I did hear that on the radio.
15     Q.  And did you obey the command of the
16 sheriff to beat his ass?
17     A.  No, sir, I didn't beat his ass.
18     Q.  Why didn't you obey your superior
19 officer?
20     A.  Because I don't know what the
21 circumstances was for saying that, but the way
22 personally I handle myself and these other guys
23 is in a professional manner.  And just going up
24 and beating somebody's ass isn't something that
25 we do.

1    Q.  Even if your boss tells you to do it?
2    A.  I don't just go around beating people's
3 ass.
4    Q.  But you had permission, Deputy.  Why
5 didn't you do what you were told to do by your
6 boss?
7    A.  Sir, you broke up.  I heard you say you
8 had permission, but that was all I heard.
9    Q.  So why didn't you obey your boss when
10 you had permission to beat somebody's ass?
11   A.  Well, for one, like I said, I just don't
12 go around beating people's ass.  Number two,
13 that's unprofessional.  And like I said,
14 everybody here handles their self in as much of a
15 professional manner as we can.
16       I don't know the circumstances of why
17 the sheriff said what he said, but what I know is
18 my sheriff -- that's not how he is.  So I don't
19 exactly know what made him say that.  I didn't
20 see none of that.  But I know that my sheriff
21 isn't like that.
22       So if he would have said something like
23 that, something had to have happened.  And I
24 don't know what it was.  But we don't just go
25 around beating people's ass.  We handle ourselves

1 in a professional manner as possible and that's
2 just how we operate around here.
3    Q.  Were you shocked when you heard the
4 sheriff say those words?
5    A.  In all honesty, I was shocked because,
6 like I said, he's never acted that way.  I've
7 never seen or heard him act that way ever.
8 That's why I'm saying we don't -- I mean,
9 something had to have happened, and I don't know
10 what happened because I didn't see it.
11   Q.  Would there ever be a time to justify
12 the sheriff saying beat somebody's ass like that?
13   A.  Sir, you're frozen.  I see you now.
14   Q.  Would there ever be a time where the
15 sheriff would be justified in saying beat
16 somebody's ass?
17   A.  I don't -- I mean, what are you asking
18 as far as beating somebody's ass?
19   Q.  When would it be proper for the sheriff
20 to make that statement or give that command?
21   A.  I don't exactly know that -- I mean, if
22 it was said like -- I don't know if you would say
23 it would be proper, but if you said something
24 like that in the heat of the moment maybe, I mean
25 I can see him maybe saying it.  But I wouldn't

1 say it would be proper and I wouldn't say it
2 would by okay.
3        Now, you can use defense tactics if you
4 had to, to do what you had to do to make an
5 arrest.
6    Q.  But you know that defense tactics is not
7 the same thing as beating somebody's ass --
8    A.  That's correct.
9    Q.  That's --
10   A.  Sir?
11   Q.  Defense tactics is to protect yourself
12 from being hurt, correct?
13   A.  Yes, sir, and the suspect as well.
14   Q.  So that's not beating somebody's ass, is
15 it?
16   A.  No, sir, it's not.
17   Q.  Did you talk to the sheriff about his
18 statement after he said it?
19   A.  No, sir, I didn't.  I never talked to
20 him about it.
21   Q.  Why not?
22   A.  Honestly, after that I didn't think
23 nothing about it, to be honest with you, because
24 like I said it's not something -- that's not my
25 sheriff and I really just -- I didn't think

1 nothing else about it.  Once I transported
2 Mr. Tilman to the jail I didn't think anything
3 else about it.
4    Q.  Why didn't you quit after hearing
5 something so egregious said by your boss?
6    A.  Sir?
7    Q.  Why didn't you just quit after he said
8 that?
9    A.  Quit what?
10   Q.  Quit your job.
11   A.  Why would I quit my job because of my
12 sheriff saying something like that under whatever
13 circumstances it was.  Because I know my sheriff
14 and I know he's a good man, and I know that's not
15 how he operates.
16   Q.  So you think it was just a Freudian slip
17 or something?
18   A.  Do what now?
19   Q.  You think it was just a Freudian slip of
20 the tongue?
21   A.  Yes, sir, I believe.  Like I said, I
22 believe something had to have happened for him to
23 say it.
24   Q.  Or do you believe that's something that
25 was really in his heart that he just let come out

1  that's been in his heart for a while?
2     A.  No, sir.
3     Q.  Have you ever heard the sheriff use the
4  N word?
5     A.  No, sir.
6     Q.  Do you use the N word?
7     A.  No, sir, I don't.
8     Q.  Have you ever used it?
9     A.  Probably in my past, but I have a lot of
10 things -- I mean, everybody has a past I guess.
11    Q.  What would make you use the N word in
12 your past?
13    A.  The crowd I was hanging around I guess.
14 I don't know.
15    Q.  You knew it was wrong when you said it?
16    A.  Yes, sir.  And like I said, I don't use
17 those -- I don't talk like that anymore.
18    Q.  When's the last time you think you
19 talked like that?
20    A.  Man, I don't know.  I don't know.  It's
21 been a while.
22    Q.  Last year.  Two years ago?
23    A.  Oh, no.  This was probably -- if -- I
24 mean, when and if I said it, it was way when I
25 was younger probably not far out of high school
Page 26

1  A.  I'm sure just like most everybody else
2  did at the time when they were younger.
3     Q.  So if the crowd was beating Mr. Tilman
4  on March 21st, 2019, did you join in the crowd
5  since you're a follower?
6     A.  No, sir.  And that's what I'm trying to
7  tell you.  No, sir, I wouldn't have.
8     Q.  How much do you weigh?
9     A.  How much do I weigh?
10    Q.  Yes.
11    A.  Well, I weighed this morning and I
12 weighed 278 pounds.
13    Q.  278 pounds.  And how tall are you?
14    A.  510, I think.
15    Q.  And were you about the same size in 2019
16 on the date of this incident?
17    A.  I'm not really sure.  Probably, yes,
18 sir.  I'm a big guy.  Always been a big guy.
19    Q.  Okay.  How big is Mr. Tilman?  He was a
20 pretty small guy, wasn't he?
21    A.  Best of my memory, yes, sir.  I really
22 don't exactly recall.  That was a long time ago.
23    Q.  Did you ever come to his rescue while he
24 was getting beaten?
25    A.  I've never been nowhere where he was
Page 28

1  maybe.
2     Q.  You said if and when and maybe, not far
3  maybe.  But you don't know for certain?  It could
4  have been five years ago, three years ago?
5     A.  No, sir.  I mean, like I said, I've done
6  things that I'm not happy with, but I couldn't
7  tell you when it was because, I mean, five years
8  ago I was on a drilling rig and I wouldn't said
9  it then.  Because like I said, I was a changed
10 person.
11    Q.  What changed you?  Did you find the
12 Lord?
13    A.  Man, I mean, I don't know.  Settling
14 down I guess.
15    Q.  Well, you've only been married for six
16 years, so that's called settling down.  So once
17 you got married you stopped using the N word?
18    A.  No, sir, it was before then.  I don't
19 know exact dates of when or whatever.  I mean,
20 I'm not going to sit here and tell you I've never
21 said it.  Like I said, I'm sure I have, but it's
22 been a long time ago.  I'm not the same person I
23 was even in high school.
24    Q.  You were just following the crowd back
25 then?
Page 27

1  getting beaten.
2     Q.  Okay.  So you think he made all this up?
3     A.  I wasn't there.  I don't know -- I've
4  never seen him get beaten.  But I do know that my
5  fellow officers handle their selves in a very
6  professional manner on everything that we do.
7  But I wasn't there, so I never saw him getting
8  beaten.
9     Q.  Have all of your answers been true and
10 correct?
11    A.  Yes, sir.
12    Q.  How old is the sheriff, Sheriff Kemp?
13 What age is he?
14    A.  I really don't know.  He's probably --
15 he's probably late 50s maybe.  I'm really not
16 sure to be honest with you.
17    Q.  Okay.  Do you think he has a problem
18 with anger management?
19    A.  I don't think so.  He hasn't ever gotten
20 angry with me personally.
21    Q.  But you're white and this guy was black.
22 Do you think he's calm with white people and get
23 angry with blacks?
24    A.  No, sir.  Like I told you earlier, my
25 sheriff isn't like that.
Page 29

8 (Pages 26 - 29)

1  Q.  So you just believe this was just a one
2  occurrence where he just said something he
3  shouldn't have said over the radio?
4  A.  I think -- personally out of my own
5  opinion, I think something had to have happened.
6  And I don't know exactly what happened, but
7  something had to have happened for him to say it.
8  And that's what I know.  I know that my sheriff
9  has got a good heart, and I know that he didn't
10  mean it probably the way that it come out to be.
11  Q.  Did it fly all over town that he had
12  said it?  It spread over town pretty fast, didn't
13  it?
14  A.  I don't have no idea about none of that
15  now.
16  Q.  Have you ever heard the term somebody is
17  out of their rabid mind?
18  A.  I've heard it, yes, sir.
19  Q.  Do you know that could have applied to
20  the sheriff, that he had lost his rabid mind on
21  that day when he said that statement?
22  A.  What exactly is rabid mind?  I mean,
23  I've heard the statement, but I don't know
24  exactly know if it refers to somebody going crazy
25  or -- what is it?

Page 30

1  Q.  I get to ask the questions.  You get to
2  answer them.  Do you think he had lost his mind
3  when he said it?
4  A.  No, sir.  I think he was possibly in the
5  heat of the moment somehow.  Like I said, I don't
6  know how.  I wasn't there.  I don't know, sir.
7  Q.  Does being in the heat of the moment
8  justify his statement?
9  A.  I know that when some people get in,
10  say, the heat of the moment or something happens
11  that may endanger their lives, we all do it.
12  Every one of us is human.  We all make human
13  mistakes.  So I'm not saying it was justified,
14  but what I'm saying is I know we all probably do
15  and say things when something like that happens.
16     So that's why I said something had to
17  have happened.  We're all human.  We're not
18  perfect.  I know everybody thinks the police is
19  supposed to be perfect.  But I mean, he slipped.
20  And like I said, I know his heart and that's not
21  his heart.  And that's just what happened I'm
22  assuming.  That's why we're here today.
23  Q.  Do you think you would be here today
24  being deposed by me if he had not have made that
25  statement?

Page 31

1  A.  I don't really know to be honest with
2  you.
3  Q.  All right.
4     MR. MOORE:  I tender the witness.
5     MS. MALONE:  I don't have any questions
6  for this witness.
7     (WHEREUPON, THE DEPOSITION CONCLUDED AT
8  3:27 p.m.)
9     (FURTHER DEPONENT SAITH NOT.)
10     (SIGNATURE NOT WAIVED.)

Page 32

1      C E R T I F I C A T E
2
3  STATE OF MISSISSIPPI:
   COUNTY OF DESOTO:
4
5     I, POLLY W. WARDLAW, Court Reporter
   and Notary Public, DeSoto County, Mississippi,
6  CERTIFY:
7     The foregoing proceedings were taken
   before me at the time and place stated in the
8  foregoing styled cause with the appearances as
   noted.
9
      Being a Court Reporter, I then
10  reported the proceeding in Stenotype, and the
   foregoing pages contain a true and correct
11  transcript of my said Stenotype notes then and
   there taken.
12
      I am not in the employ of and am not
13  related to any of the parties or their counsel,
   and I have no interest in the matter involved.
14
      I FURTHER CERTIFY that in order for
15  this document to be considered a true and correct
   copy, it must bear my signature seal, and that
16  any reproduction in whole or in part of this
   document is not authorized and not to be
17  considered authentic.
18     Witness my signature this, the
   12th
19
20     *Polly Wardlaw*
      Polly W. Wardlaw, CCR, LCR
21
22  Notary Public at Large
   For the State of Mississippi
23
24     My Commission Expires:
      June 4, 2025
25

Page 33

```
 1    ERRATA SHEET FOR THE TRANSCRIPT OF:
 2              AUSTIN TOUCHSTONE
 3
                   CORRECTIONS
 4
    Page Line Now Reads  Should Read   Reasons
 5
      ___  ___ _____  _____  _____
 6
      ___  ___ _____  _____  _____
 7
      ___  ___ _____  _____  _____
 8
      ___  ___ _____  _____  _____
 9
      ___  ___ _____  _____  _____
10
      ___  ___ _____  _____  _____
11
      ___  ___ _____  _____  _____
12
      ___  ___ _____  _____  _____
13
      ___  ___ _____  _____  _____
14
      ___  ___ _____  _____  _____
15
      ___  ___ _____  _____  _____
16
      ___  ___ _____  _____  _____
17
      ___  ___ _____  _____  _____
18
19   _____   _____
      (Date)          Signature of Witness
20
     Sworn to and Subscribed before me, _____,
21   this ____ day of _____, 20__.
22
     _____    _____
23
24
25
```
Page 34

 1  jmalone@aabalegal.com
 2             October 12, 2021
 3  RE: Tilman, Marquis v. Clarke County, Et Al.
 4  DEPOSITION OF: Austin Touchstone (# 4810395)
 5      The above-referenced witness transcript is
 6  available for read and sign.
 7      Within the applicable timeframe, the witness
 8  should read the testimony to verify its accuracy. If
 9  there are any changes, the witness should note those
10  on the attached Errata Sheet.
11      The witness should sign and notarize the
12  attached Errata pages and return to Veritext at
13  errata-tx@veritext.com.
14      According to applicable rules or agreements, if
15  the witness fails to do so within the time allotted,
16  a certified copy of the transcript may be used as if
17  signed.
18              Yours,
19              Veritext Legal Solutions
20
21
22
23
24
25
Page 35

## [& - beating]

| & | | | |
|---|---|---|---|
| **&** 3:10 | **33** 4:21 | **accused** 12:7 | **ass** 20:21,23 21:6 |
| **0** | **34** 4:23 | **act** 23:7 | 21:9,12,16,17,24 |
| **00088** 17:8 | **350** 18:16 | **acted** 23:6 | 22:3,10,12,25 |
| **1** | **38103** 1:24 3:22 | **adams** 1:23 3:22 | 23:12,16,18 24:7 |
| **1** 4:10 17:7,10 | **38902** 3:5 | **address** 6:12,19 | 24:14 |
| **10** 1:6 9:19 | **3930** 6:16 | **adult** 7:12,14 | **association** 9:15 |
| **12** 35:2 | **39330** 6:13,17,18 | **age** 29:13 | 11:24 |
| **12th** 33:18 | **39601** 3:11 | **agent** 16:9 18:5 | **assume** 5:25 |
| **17** 4:10 10:20 | **3:00** 2:5 | **ago** 26:22 27:4,4,8 | **assuming** 31:22 |
| **18** 9:5 | **3:27** 32:8 | 27:22 28:22 | **attached** 17:11 |
| **1988** 8:5 | **4** | **agreements** 35:14 | 35:10,12 |
| **2** | **4** 33:24 | **al** 1:8 35:3 | **attack** 14:13 15:2 |
| **2,000** 18:23 | **45** 18:6,10 | **alias** 6:10 | **austin** 1:15 2:1 4:4 |
| **20** 34:21 | **4810395** 35:4 | **allen** 3:10,10,10 | 4:10 5:1,7 6:10 |
| **2006** 8:9 | **5** | **allotted** 35:15 | 17:12 34:2 35:4 |
| **2009** 9:18 | **5** 4:5 | **allow** 6:4 | **authentic** 33:17 |
| **2012** 10:9 | **50s** 29:15 | **alpha** 1:23 3:21 | **authorized** 33:16 |
| **2017** 10:21 | **510** 28:14 | **anger** 29:18 | **available** 35:6 |
| **2019** 15:20 17:19 | **514** 18:10,11,12 | **angry** 29:20,23 | **avenue** 1:23 3:22 |
| 18:1 28:4,15 | 19:4,5 | **anniversary** 6:20 | **b** |
| **2021** 1:16 2:2 | **6** | **answer** 5:12 6:1,6 | **bachelor** 7:21 |
| 33:18 35:2 | **601-227-9940** 3:6 | 14:17 31:2 | **back** 10:20,21,22 |
| **2025** 33:24 | **601-513-8962** 8:1 | **answers** 29:9 | 10:25 19:1,17,20 |
| **214** 3:11 | **601-833-4361** 3:12 | **anybody** 11:16 | 27:24 |
| **21st** 15:20 17:19 | **610** 6:13 | 15:4 | **ball** 15:12,17 |
| 18:1 28:4 | **8** | **anymore** 26:17 | **bankruptcy** 12:5 |
| **236** 1:23 3:22 | **8** 17:3 | **anyway** 14:14 | **baseball** 15:14 |
| **26643** 33:20 | **88** 4:10 17:8 | **apologize** 12:19 | **basically** 19:6 |
| **278** 28:12,13 | **9** | 20:2 | **basis** 14:4,20 |
| **29** 1:16 | **901-523-8974** 1:24 | **appearances** 33:8 | **bear** 33:15 |
| **29th** 2:2 | 3:23 | **applicable** 35:7,14 | **beat** 19:22 20:4,21 |
| **2:20** 1:6 | **a** | **applied** 30:19 | 20:23 21:6,9,12,16 |
| **2nd** 10:21 | **aabalegal.com** | **approximately** 2:4 | 21:17 22:10 23:12 |
| **3** | 35:1 | 10:18 | 23:15 |
| **3/21/19** 16:25 | **academy** 9:20 | **area** 7:22 | **beaten** 28:24 29:1 |
| **30** 8:5 | 10:2,3,5,8 | **arrest** 24:5 | 29:4,8 |
| **306** 3:5 | **account** 16:3 | **arrived** 20:6,10 | **beating** 19:8,9 |
| | **accuracy** 35:8 | **asked** 12:13,21 | 21:24 22:2,12,25 |
| | | 13:10 16:5,7 | 23:18 24:7,14 |
| | | **asking** 20:13 | 28:3 |
| | | 23:17 | |

**[beginning - egregious]**

| | | | |
|---|---|---|---|
| **beginning** 2:4 | **chain** 11:25 | **congratulations** 7:8 | **dead** 14:3 |
| **behalf** 2:3 | **changed** 9:17 27:9 27:11 | **consent** 2:4 | **deal** 6:7 9:4 |
| **believe** 9:22 10:20 16:6 18:5 19:3 20:23 25:21,22,24 30:1 | **changes** 35:9 | **considered** 33:15 33:17 | **deceased** 15:2 |
| **ben** 16:6,8 | **chase** 18:5 | **contact** 14:21 | **defendant** 3:9 |
| **best** 28:21 | **children** 7:12 | **contain** 33:10 | **defendants** 1:9 |
| **big** 28:18,18,19 | **church** 15:4,7,10 | **continue** 5:12 | **defense** 24:3,6,11 |
| **birth** 8:2,4 | **circumstances** 21:21 22:16 25:13 | **convicted** 11:9 | **degree** 8:23 |
| **black** 13:1,3,6,8 13:11,13,15,17,19 13:21 14:6,25 15:4 29:21 | **civil** 1:6 2:8 | **copy** 33:15 35:16 | **department** 10:1 10:15,23 11:1,5 16:11 17:18,25 |
| **blacks** 29:23 | **clarkdale** 18:17 | **correct** 20:22 21:10 24:8,12 29:10 33:10,15 | **deponent** 32:9 |
| **body** 20:6,15 | **clarke** 1:8 7:17 8:14 10:12,14 16:10 17:17,25 35:3 | **corrections** 34:3 | **deposed** 31:24 |
| **boss** 22:1,6,9 25:5 | **class** 9:5 | **correctly** 5:14 | **deposition** 1:13 2:1,6 5:9,12 17:7 32:7 35:4 |
| **branscome** 3:5 | **clt** 4:10 17:7,8 | **counsel** 2:4 33:13 | **deputy** 1:15 11:6 21:3 22:4 |
| **break** 6:3,4,7 | **cmoore** 3:6 | **county** 1:8 7:17 8:14 10:13,14 16:10 17:18,25 18:15 33:3,5 35:3 | **description** 4:9 |
| **breeland** 3:10 | **cochran** 3:4 | **court** 1:1 3:20 4:21 5:13,19 33:5 33:9 | **desoto** 33:3,5 |
| **broke** 8:17 21:7 22:7 | **cochranfirm.com** 3:6 | **cows** 14:11 | **difference** 15:23 |
| **brookhaven** 3:11 | **cogan** 15:6 | **crazy** 30:24 | **disciplined** 12:10 |
| **burns** 14:10 | **colleagues** 19:25 | **crime** 11:9 | **displayed** 16:22 |
| **bus** 18:4 | **college** 8:22 9:21 9:23 | **crossroad** 18:15 | **disposed** 2:11 |
| **busted** 20:18 | **come** 14:20 18:12 25:25 28:23 30:10 | **crowd** 26:13 27:24 28:3,4 | **disrict** 1:1 |
| **c** | **coming** 15:12 | **cv** 1:6 | **district** 1:1 |
| **c** 3:1 17:3 33:1,1 | **command** 21:15 23:20 | **d** | **division** 1:2 |
| **called** 17:15 27:16 | **commission** 33:24 | **d** 4:1 | **document** 16:21 17:9 33:15,16 |
| **calm** 29:22 | **community** 8:22 9:20,23 | **daily** 14:4 | **doing** 5:13 |
| **camp** 10:6,8 | **comp** 11:18 12:1 | **darrion** 14:8 | **drilling** 27:8 |
| **car** 20:12,19,20,24 | **company** 1:23 3:21 9:13 | **date** 8:2,4 28:16 34:19 | **drive** 3:5 |
| **care** 13:13 | **concerning** 15:18 | **dated** 16:17,20,23 | **duly** 5:2 |
| **carlos** 3:4 | **concluded** 32:7 | **dates** 27:19 | **e** |
| **cause** 33:8 | **conference** 2:5 | **day** 2:2 14:9,17,20 14:20 16:14,23 30:21 33:18 34:21 | **e** 3:1,1 4:1 7:3 33:1 33:1 |
| **ccr** 3:21 33:20 | **confuse** 5:19 | | **earlier** 29:24 |
| **certain** 27:3 | | | **east** 8:22,25 9:7,14 11:23 |
| **certificate** 4:21 | | | **eastern** 1:2 |
| **certified** 35:16 | | | **egregious** 25:5 |
| **certify** 33:6,14 | | | |

[either - incident]

| | | | |
|---|---|---|---|
| **either**  6:24 18:21<br>**electric**  9:8,15<br>  11:24<br>**electrical**  8:23 9:1<br>**else's**  19:12<br>**employ**  33:12<br>**endanger**  31:11<br>**enforcement**  9:17<br>**enterprise**  6:13,14<br>  7:16 8:11,12 18:3<br>**errata**  4:23 34:1<br>  35:10,12,13<br>**esq**  3:4,10<br>**et**  1:8 35:3<br>**everybody**  13:13<br>  22:14 26:10 28:1<br>  31:18<br>**ex**  7:10<br>**exact**  27:19<br>**exactly**  9:11,19<br>  10:19 13:24 16:17<br>  19:4,14 20:17<br>  22:19 23:21 28:22<br>  30:6,22,24<br>**examination**  4:3<br>  5:4<br>**examined**  5:3<br>**excessive**  12:7<br>**exclusive**  12:18,22<br>**excuse**  8:3 21:3<br>**exhibit**  4:8,9,10<br>  17:7,10<br>**expires**  33:24<br>**f**<br>**f**  33:1<br>**face**  20:5,6,14<br>**facility**  9:22<br>**fact**  6:1 14:8,10<br>**fails**  35:15<br>**fair**  6:1 | **family**  15:7,8<br>**far**  7:18 19:9 20:4<br>  20:12 23:18 26:25<br>  27:2<br>**fast**  5:21 30:12<br>**federal**  2:7<br>**fellow**  14:12 29:5<br>**field**  10:17<br>**filed**  12:5<br>**find**  27:11<br>**finger**  11:22,24<br>**fingers**  11:22<br>**finish**  8:8,25 10:7<br>**finished**  10:3<br>**firm**  3:4,20<br>**first**  5:2 8:20 9:6<br>  10:10<br>**five**  27:4,7<br>**fixing**  18:24<br>**fly**  30:11<br>**folks**  15:9<br>**follower**  28:5<br>**following**  27:24<br>**follows**  5:3<br>**football**  15:14<br>**force**  12:8<br>**foregoing**  33:7,8<br>  33:10<br>**form**  2:10<br>**formalities**  2:9<br>**forms**  2:9<br>**four**  10:18,19<br>**freudian**  25:16,19<br>**friends**  13:19,21<br>  14:6,25<br>**froze**  12:19,19<br>  20:7 21:4<br>**frozen**  17:21 23:13<br>**further**  32:9 33:14 | **g**<br>**general**  7:14<br>**getting**  28:24 29:1<br>  29:7<br>**give**  5:11 7:24 14:5<br>  23:20<br>**go**  8:10 10:25 15:4<br>  15:7 17:12 18:9<br>  18:20,21 19:2<br>  22:2,12,24<br>**going**  5:16 17:6<br>  18:12,21 21:23<br>  27:20 30:24<br>**good**  14:12 25:14<br>  30:9<br>**gotten**  9:12 29:19<br>**gray**  14:7<br>**grenada**  3:5<br>**grew**  14:1,1<br>**ground**  5:11 19:13<br>**group**  12:18,22<br>**guess**  14:16 15:24<br>  16:1 26:10,13<br>  27:14<br>**guy**  14:10 18:9<br>  28:18,18,20 29:21<br>**guys**  21:22<br>**h**<br>**h**  7:3<br>**handcuffs**  19:10<br>**handle**  21:22<br>  22:25 29:5<br>**handles**  22:14<br>**hang**  15:16<br>**hanging**  26:13<br>**happened**  15:19<br>  17:17,24 18:25<br>  22:23 23:9,10<br>  25:22 30:5,6,7<br>  31:17,21 | **happens**  31:10,15<br>**happy**  13:18 27:6<br>**hard**  14:19<br>**hate**  14:12<br>**head**  7:19<br>**health**  11:2<br>**hear**  12:24,24<br>  13:18 17:20,21<br>  21:13,14<br>**heard**  12:25 19:1<br>  22:7,8 23:3,7 26:3<br>  30:16,18,23<br>**hearing**  2:12 18:4<br>  25:4<br>**heart**  14:13 15:2<br>  25:25 26:1 30:9<br>  31:20,21<br>**heat**  23:24 31:5,7<br>  31:10<br>**hello**  17:20<br>**hereto**  17:11<br>**high**  8:8,12,16,18<br>  15:13 26:25 27:23<br>**highway**  18:10,15<br>**hit**  18:21<br>**hold**  20:16<br>**honest**  9:11 24:23<br>  29:16 32:1<br>**honestly**  24:22<br>**honesty**  23:5<br>**horse**  15:15<br>**human**  31:12,12<br>  31:17<br>**hung**  11:25 14:2<br>**hurt**  24:12<br>**i**<br>**idea**  30:14<br>**immediately**  14:25<br>**inaudible**  21:2<br>**incident**  15:19<br>  16:14 28:16 |

**[include - number]**

| | | | |
|---|---|---|---|
| **include** 13:8 | 22:16,17,19,20,24 | **m** | **mine** 16:19 |
| **index** 4:3,8 | 23:9,21,22 24:6 | | **mississippi** 1:1,8 |
| **indicating** 11:23 | 25:13,14,14 26:14 | **maiden** 7:2,20 | 3:5,11 6:14 7:15 |
| **injuries** 12:2 | 26:20,20 27:3,13 | **mail.com** 3:23 | 8:22,25 9:7,15 |
| **injury** 11:19 | 27:19 29:3,4,14 | **malone** 3:10 16:18 | 11:24 33:3,5,22 |
| **insurance** 11:3 | 30:6,8,8,9,19,23 | 32:5 | **mistaken** 20:16 |
| **interest** 33:13 | 30:24 31:6,6,9,14 | **man** 25:14 26:20 | **mistakes** 31:13 |
| **interrupting** 20:3 | 31:18,20 32:1 | 27:13 | **mom** 17:15 |
| **intersection** 18:15 | **ks** 1:6 | **management** | **moment** 23:24 |
| **investigating** 16:2 | | 29:18 | 31:5,7,10 |
| 16:4 | **l** | **manner** 21:23 | **months** 9:14 |
| **involved** 11:11 | | 22:15 23:1 29:6 | **moore** 3:4 4:5 5:5 |
| 33:13 | **laid** 11:2 | **march** 15:20 | 16:24 17:6 32:4 |
| **ivy** 16:6,8 18:5 | **large** 33:22 | 17:18 18:1 28:4 | **morning** 28:11 |
| | **late** 29:15 | **marked** 17:10 | **mother's** 7:20 |
| **j** | **law** 9:17 | **marquis** 1:4 15:19 | **mtp** 1:6 |
| | **lawsuit** 11:12 | 17:17,24 35:3 | |
| **jackson** 9:9 | **lcr** 3:21 33:20 | **married** 7:6 27:15 | **n** |
| **jacob** 14:10 15:1,2 | **leave** 12:13 | 27:17 | |
| **jail** 19:7 25:2 | **left** 10:16 19:2 | **matter** 13:1,3,4,6 | **n** 3:1 4:1 26:4,6,11 |
| **jessica** 3:10 7:1,4 | **legal** 35:19 | 13:7,8,10,11,12,15 | 27:17 |
| **jmalone** 35:1 | **line** 34:4 | 13:16,17 14:8,9 | **name** 5:6 6:9,25 |
| **job** 8:18 9:6,13 | **lineman** 8:23 9:1 | 33:13 | 7:2,20 |
| 10:10 12:2,11,13 | 9:16 | **matters** 13:14 | **named** 14:24 |
| 25:10,11 | **lip** 20:18 | **mcgruger** 15:6 | **names** 14:5,6,18 |
| **join** 28:4 | **live** 6:21,24 14:11 | **mean** 11:25 13:25 | 15:1 |
| **june** 8:5 33:24 | **lived** 6:18 | 13:25 14:19,21 | **narcotics** 16:9 |
| **junior** 15:13 | **lives** 6:23 13:1,3,4 | 15:15 20:11,12,13 | **need** 6:3 |
| **justice** 3:11 | 13:5,6,7,8,10,11 | 23:8,17,21,24 | **needed** 11:2 |
| **justified** 23:15 | 13:12,15,16,17 | 26:10,24 27:5,7,13 | **neighbors** 14:1 |
| 31:13 | 31:11 | 27:19 30:10,22 | **never** 11:14,15 |
| **justify** 23:11 31:8 | **long** 6:18 9:10,12 | 31:19 | 23:6,7 24:19 |
| | 9:16 10:16 27:22 | **member** 12:17,21 | 27:20 28:25 29:4 |
| **k** | 28:22 | **memory** 28:21 | 29:7 |
| | **look** 16:16 20:5,6 | **memphis** 1:24 | **northbound** 18:6 |
| **kemp** 21:11 29:12 | 20:9,10,14,15 | 3:22 | **notarize** 35:11 |
| **kick** 19:22 | **looked** 20:14 | **mentioned** 16:21 | **notary** 33:5,22 |
| **kids** 18:23 | **lord** 27:12 | 17:9 | **note** 35:9 |
| **knew** 26:15 | **lost** 30:20 31:2 | **meridian** 9:20,21 | **noted** 33:8 |
| **know** 5:22 6:4 | **lot** 26:9 | **miles** 19:4,5 | **notes** 33:11 |
| 12:3 13:24,24 | | **mind** 30:17,20,22 | **notice** 2:3 |
| 14:13,19,22,22 | | 31:2 | **number** 7:24 |
| 15:8 18:25 19:9 | | | 22:12 |
| 19:19 21:5,8,11,20 | | | |

[obey - robert]

| o | pd 9:24,25 | problem 29:17 | recall 15:1,25 |
|---|---|---|---|
| obey 21:15,18 22:9 | pearl 10:5 | procedure 2:8 | 20:11 28:22 |
| objections 2:10 | pee 15:6 | proceeding 33:10 | record 14:24 |
| occurrence 30:2 | pending 6:5 | proceedings 33:7 | referenced 35:5 |
| october 10:21 33:18 35:2 | people 14:20 15:5 29:22 31:9 | professional 21:23 22:15 23:1 29:6 | refers 30:24 |
| office 10:13 | people's 22:2,12 22:25 | proper 23:19,23 24:1 | reflect 14:24 |
| officer 16:2,4 18:3 21:19 | perfect 31:18,19 | protect 24:11 | refrain 13:9 |
| officers 29:5 | permission 22:4,8 22:10 | provisions 2:7 | regards 17:17,24 |
| oh 8:5 12:23 13:24 26:23 | person 15:15 27:10,22 | public 33:5,22 | related 33:13 |
| oil 10:17 | personally 21:22 29:20 30:4 | pulling 19:21 | relatives 7:14 |
| okay 5:11,14,19 5:23,24 6:18,25 7:24 9:6 12:2 13:1 13:18 15:18 16:5 16:8,13 17:5,16 24:2 28:19 29:2 29:17 | phone 7:24 | punch 19:22 | remain 5:17 |
| | pin 14:11 | pursuant 2:3,6 | remember 9:19 18:4 20:17 |
| | place 8:21 18:23 33:7 | put 19:6,18 | repeat 5:23 20:7 |
| | placed 18:19 | q | rephrase 5:23 |
| | plaintiff 1:5 2:3 3:3 | question 2:11 5:23 6:1,5,6 13:6 17:23 | report 15:18,23,25 16:3,13,14 |
| old 8:6 29:12 | play 15:12 | questions 31:1 32:5 | reported 33:10 |
| older 14:2,10 | played 15:13,13 15:17 | quiet 5:17 | reporter 5:13,19 33:5,9 |
| once 25:1 27:16 | police 10:1,5,7 31:18 | quit 25:4,7,9,10,11 | reporter's 4:21 |
| ones 10:1 | polly 3:21 5:13 33:5,20 | quitman 10:1,11 | reporting 1:23 3:20,21 |
| operate 23:2 | pollywardlawccr 3:23 | r | reproduction 33:16 |
| operates 25:15 | possible 23:1 | r 3:1 7:3,3 33:1 | requested 16:2 |
| opinion 30:5 | possibly 31:4 | rabid 30:17,20,22 | rescue 28:23 |
| order 33:14 | pounds 28:12,13 | racially 12:18,22 | reserved 2:10 |
| organization 12:18,22 | power 9:15 11:24 | radio 21:12,13,14 30:3 | resource 18:3 |
| p | present 5:8 | radioed 18:7 | retort 13:10 |
| p 3:1,1 | pretty 28:20 30:12 | rank 11:4 | return 35:12 |
| p.m. 2:5 32:8 | probably 26:9,23 26:25 28:17 29:14 29:15 30:10 31:14 | reached 7:25 | rig 27:8 |
| page 4:9 34:4 | | read 34:4 35:6,8 | right 13:9,23 18:16 32:3 |
| pages 33:10 35:12 | | reads 34:4 | risher 7:3,4 |
| paid 11:25 | | really 14:16 15:8 15:16 18:8 24:25 25:25 28:17,21 29:14,15 32:1 | rishers 7:18 |
| part 9:20 33:16 | | | river 6:13 |
| parties 33:13 | | reasons 34:4 | road 6:13 15:16 18:15,24 |
| | | | robert 5:7 6:10 17:12 |

**[rodeoed - three]**

**rodeoed** 15:15
**rules** 2:7 5:11
  35:14

**s**

**s** 3:1 7:3
**safe** 15:9
**safest** 18:23
**saith** 32:9
**saw** 19:14 29:7
**saying** 13:16 14:21
  14:22 21:21 23:8
  23:12,15,25 25:12
  31:13,14
**school** 8:8,12,16
  8:19 18:2,13,17,19
  26:25 27:23
**seal** 33:15
**see** 16:16,19 17:22
  18:7 19:14,25
  20:3 22:20 23:10
  23:13,25
**seen** 23:7 29:4
**self** 22:14
**selves** 29:5
**semester** 9:4
**sent** 10:2
**september** 1:16
  2:2
**settling** 27:13,16
**sheet** 4:23 34:1
  35:10
**shelby** 10:6,8
**sheriff** 19:18
  21:11,16 22:17,18
  22:20 23:4,12,15
  23:19 24:17,25
  25:12,13 26:3
  29:12,12,25 30:8
  30:20
**sheriff's** 10:13,14
  10:22,25 11:4

  16:10 17:18,25
**shocked** 23:3,5
**show** 16:18,19
**shut** 21:12
**sign** 35:6,11
**signature** 2:13
  17:2 32:10 33:15
  33:18,20 34:19
**signed** 35:17
**sir** 5:10,15,20 6:8
  6:11,15,22 7:5,11
  7:13,16,23 8:13,15
  8:17 9:2,4 10:4,6
  10:16,24 11:8,10
  11:13,15,17 12:4,6
  12:9,12,14,16,20
  12:23,25 13:7,20
  13:22 15:11,21
  16:12,23 17:1,3,13
  18:2 19:24 20:2,3
  21:4,7,17 22:7
  23:13 24:10,13,16
  24:19 25:6,21
  26:2,5,7,16 27:5
  27:18 28:6,7,18,21
  29:11,24 30:18
  31:4,6
**sit** 14:16 27:20
**sitting** 19:13
**six** 6:20 7:6 27:15
**size** 28:15
**slip** 25:16,19
**slipped** 31:19
**small** 28:20
**solutions** 35:19
**somebody** 30:16
  30:24
**somebody's** 21:24
  22:10 23:12,16,18
  24:7,14

**son** 14:8
**sorry** 8:5
**south** 6:13 7:15
  19:1,2,4,5
**southern** 1:1 9:8
**spread** 30:12
**state** 5:6 33:3,22
**stated** 33:7
**statement** 4:10
  15:21,22,23,24
  16:1,5,15,16 23:20
  24:18 30:21,23
  31:8,25
**states** 1:1
**stay** 9:10,16
**stayed** 10:11,17
  15:15
**stenotype** 33:10
  33:11
**stomp** 19:22
**stonewall** 9:24,25
  18:22
**stopped** 27:17
**straight** 18:17,18
**street** 3:11
**stuff** 14:11 15:17
**styled** 33:8
**subscribed** 34:20
**sued** 11:14,15,16
**sunday** 7:7
**superior** 21:18
**supervise** 11:7
**supervisor** 18:7,8
**supposed** 31:19
**sure** 9:11 10:19
  19:4 27:21 28:1
  28:17 29:16
**suspect** 24:13
**sworn** 5:2 34:20

**t**

**t** 33:1,1
**tactics** 24:3,6,11
**take** 6:3,4 19:19
**taken** 2:2,6 33:7
  33:11
**talk** 5:18,21 14:4
  24:17 26:17
**talked** 24:19 26:19
**talking** 5:16,17
**tall** 28:13
**telecommunicati...**
  8:21
**tell** 11:21 17:16,23
  19:14 27:7,20
  28:7
**tells** 22:1
**tendency** 5:21
**tender** 32:4
**tennessee** 1:24
  3:22
**term** 30:16
**terminated** 12:15
**terms** 2:7
**testified** 5:3
**testimony** 17:10
  35:8
**thank** 7:9
**thing** 24:7
**things** 26:10 27:6
  31:15
**think** 10:19 16:6
  19:18 20:18 24:22
  24:25 25:2,16,19
  26:18 28:14 29:2
  29:17,19,22 30:4,5
  31:2,4,23
**thinks** 31:18
**thirty** 8:7
**three** 8:7 9:14
  10:18,19 27:4

[tilman - zoom]

| | | | |
|---|---|---|---|
| **tilman** 1:4 4:10 15:19 17:7,8,17,25 18:11 19:23 20:9 25:2 28:3,19 35:3 **time** 6:3 9:20 13:2 14:18 18:4,8,9,14 18:19,22 19:3,7 20:2 23:11,14 26:18 27:22 28:2 28:22 33:7 35:15 **timeframe** 35:7 **today** 31:22,23 **told** 22:5 29:24 **tongue** 25:20 **top** 7:18 **touch** 20:4 **touchstone** 1:15 2:1 4:4,10 5:1,7 6:10 7:1,4 34:2 35:4 **touchstones** 7:17 **town** 30:11,12 **tractor** 14:9 **traffic** 18:4 **training** 9:22 **transcript** 33:11 34:1 35:5,16 **transport** 19:21 **transported** 19:7 25:1 **truck** 19:6,17,20 **true** 29:9 33:10,15 **truth** 11:3 **trying** 28:6 **turn** 16:1 18:12 **turned** 19:1 **two** 9:3,18 11:22 14:25 22:12 26:22 **tx** 35:13 | **u** **understand** 5:22 **understood** 5:25 **unfortunately** 15:3 **united** 1:1 **unprofessional** 22:13 **use** 24:3 26:3,6,11 26:16 **v** **v** 35:3 **vehicle** 18:20,21 19:12,19 **verbally** 5:12 **verify** 35:8 **veritext** 1:23 3:21 35:12,19 **veritext.com.** 35:13 **vicinity** 7:15 **video** 2:5 **vs** 1:6 **w** **w** 3:21 33:5,20 **waived** 2:9,14 32:10 **walking** 19:17,20 **wanted** 18:9 19:21 **wardlaw** 3:21 33:5,20 **way** 6:24 18:20 21:21 23:6,7 26:24 30:10 **we've** 18:23 **wee** 15:6 **week** 9:5 **weigh** 28:8,9 **weighed** 28:11,12 | **went** 8:20,21,23 9:3,8,14,19,23,25 10:12,17 18:10,17 18:18,18 19:1 **when's** 26:18 **white** 15:10 29:21 29:22 **wife** 6:21,23 7:10 **wife's** 6:25 **winston** 14:7 15:1 **wise** 8:18 **witness** 2:13 16:22 17:11 19:8 32:4,6 33:18 34:19 35:5 35:7,9,11,15 **word** 26:4,6,11 27:17 **words** 17:16,24 23:4 **work** 8:20,24 9:8 9:14,23,25 10:12 14:15 16:10 **worked** 9:13 11:23 **workers** 11:18 **workman's** 12:1 **wreck** 20:12,19,20 20:24 **wrong** 26:15 **www.veritext.com** 1:25 3:24 **x** **x** 4:1 **y** **y'all** 7:6 **yeah** 15:6 **year** 8:8 10:7,12 26:22 **years** 6:20 7:6 9:3 9:18 10:18 26:22 27:4,4,7,16 | **younger** 26:25 28:2 **z** **zoom** 2:5 |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

```
                VERITEXT LEGAL SOLUTIONS
         COMPANY CERTIFICATE AND DISCLOSURE STATEMENT
```

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.