```
 1   preparation for today's deposition besides your
 2   lawyer?
 3        A.   That's it.
 4        Q.   Do you have any military experience?
 5        A.   No, sir.
 6        Q.   Did you go to the law enforcement academy?
 7        A.   I did.
 8        Q.   Tell me about that.
 9        A.   I went to the Mississippi Law Enforcement
10   Officers Training Academy in Jackson.
11        Q.   In?
12        A.   2007.
13        Q.   Did you successfully complete that?
14        A.   Yes, sir.
15        Q.   Tell me about every law enforcement job
16   you've since you left the academy.
17        A.   We may be here for a while.  I worked for
18   the sheriff here in Clarke County.
19        Q.   Clarke County sheriff?
20        A.   Yes, sir.  I worked for the Mississippi
21   Highway Patrol.
22        Q.   Okay.
23        A.   And the sheriff.  Those are my law
24   enforcement career.
25        Q.   Who are you working for now?
```