Page 38:

1  A. No.
2  Q. What why were you chasing him?
3  A. Because he was fleeing. If he wasn't
4  fleeing I wouldn't have to chase him.
5  Q. You don't have to chase after him -- a
6  misdemeanor -- a high speed chase, is that wise to
7  chase a misdemeanor?
8  A. Repeat that.
9  Q. You put several lives in danger of somebody
10 that failed to wear a seat belt -- is somebody
11 talking to you?
12 A. The speaker is to my right. So when I lean
13 over I'm trying to listen to the computer speaker.
14 Q. That's a good one.
15 A. I can turn the camera if you wish.
16 Q. I do want to turn the camera.
17 A. The speaker is coming out right here.
18 Q. Okay.
19 A. Hold on one second.
20 Q. All right. So you went on a high speed
21 chase with someone you had seen without a seat belt,
22 you did not know at that point if he was a felon in
23 possession of a firearm or not, did you?
24 A. That's correct.
25 Q. All right. Did you follow policy or not?

Page 39:

1  A. Yes, sir.
2  Q. What policy did you follow?
3  A. Our pursuit policy.
4  Q. You can pursue somebody on a high speed
5  chase for a misdemeanor?
6  A. Yes, sir.
7  Q. Wow. Can you point me to the page in the
8  policy?
9  A. I would have to request a copy of it and
10 show it you.
11 Q. Okay. That's the way you were trained by
12 the Clarke County Sheriff's Department, to pursue
13 people at a high rate of speed for not having a seat
14 belt on?
15 A. I was trained at the Mississippi Law
16 Enforcement Officers Training Academy.
17 Q. You can put all those people's lives in
18 danger at a high rate of speed over someone not
19 having their seat belt on?
20 A. Say that again.
21 Q. That's the way you were trained, to put
22 lives at danger at a high rate of speed over
23 somebody not having a seat belt on?
24 A. I was trained to apprehend suspects that are
25 putting lives at danger.

Page 40:

1  Q. If you had stopped following him he wouldn't
2  have been speeding, correct?
3  A. I don't know that.
4  Q. Go ahead. You're looking the opposite
5  direction now. Is the speaker on that side?
6  A. I can turn my head and put my ear toward it.
7  And I thought I heard another dog barking.
8  Q. I see your counselor's arm on the other
9  side.
10 MS. MALONE: If you have something you wish
11 to address with me or you are accusing me of some
12 sort of unethical conduct please put it on the
13 record now. I am not instructing this witness in
14 any shape or fashion.
15 MR. MOORE: I didn't say you were. I just
16 said he put his head toward your direction. I was
17 trying to see what was going on. I was simply
18 trying see why he was moving his head that
19 direction. I would never want to believe that
20 Jessica was doing anything improper. That let's
21 keep going.
22 BY MR. MOORE:
23 Q. Keep telling me what was going on that day
24 as you recall it, Mr. Ivy.
25 A. Mr. Tilman proceeded north on North Jackson

Page 41:

1  Avenue and then north on Highway 145 and then north
2  on State Highway 45.
3     Once we got on the four-lane other deputies
4  become involved in the pursuit. I fell back a few
5  cars because their vehicles were faster than mine
6  and I was driving a pick-up truck and the person
7  that took the lead was Joey Molds, which is the
8  chief of police for Enterprise -- (inaudible) --
9  Turner and the Deputy Anthony Chancelor got in front
10 of me as well. So I was probably third to fourth at
11 this point once we got on the highway.
12    And then Mr. Tilman looked like he was about to
13 travel westbound on Highway 514 but instead he went
14 back south on State Highway 45. And then once we
15 got around County Road 344 that's when Deputy
16 Chancelor hit Mr. Tilman and spun him out on the
17 side of the highway. Then I put my front bumper
18 into his driver door to prevent him from leaving the
19 scene or continuing the pursuit.
20 Q. And you ran your vehicle into his vehicle as
21 well?
22 A. It was -- yes. It was a low speed --
23 probably three to five miles an hour maybe.
24 Q. Okay. Who did the pit maneuver?
25 A. Deputy Chancelor is the one that hit him and

