# GENERAL AFFIDAVIT

**THE STATE OF MISSISSIPPI**
**CLARKE COUNTY**

**BEFORE ME,** Sheila Johnson **, A Justice Court Deputy Clerk of Clarke County**

Eric O'Neil **ON Information and belief**

**Makes affidavit that** Marquise Terrell Tillman **on or about** 3/21/2019 **in the County aforesaid, did willfully and unlawfully violate the state laws to wit:**

did willfully, unlawfully, feloniously while driving a motor vehicle, fail to stop the vehicle in compliance with a visible and audible signal given. by Ben Ivy, a law enforcement officer, acting in the lawful performance of his duty and who had a reasonable suspicion to believe that the driver had committed a crime. The signal to stop was given by emergency lights and siren The failure to stop resulted in willful disregard for the safety of persons and property in a manner manifesting extreme indifference to the value of human life by running four cars off the road, from 1 car on North Jackson Ave. in Quitman and a Pedestrian by that car, two cars on highway 145, and 1 car on highway 45 north.

Failure to stop motor vehicle when officer signals 97-9-72

**Against the peace and dignity of the State of Mississippi**

*[signature: Eric O'Neil]*

**Sworn to and subscribed before me, this** 22 **day of** March **,2019.**

**Clarke County Justice Court Clerk**
**By:** *[signature: Sheila A Johnson]* **D.C.**

Case Number F190046

EXHIBIT L

CLT-(TILMAN)-000014

## Warrant

Warrant # _____

**THE STATE OF MISSISSIPPI**
**CLARKE COUNTY**

### TO ANY LAWFUL OFFICER OF CLARKE COUNTY, IN SAID STATE

We command you forthwith to take the body of

Marquise Terrell Tillman
_____

To safely keep and bring him/her before a Justice Court Judge of said County at the Courthouse Annex in said County to answer to the State of Mississippi on a charge of

Failure to stop motor vehicle
when officer signals
_____

**Mississippi State Code:** 97-9-72

Witness my hand, this the 3rd day of March, 2019.

_____
**Justice Court Judge**

**OFFICER'S RETURN:**

I have this day executed this warrant by personally arresting Marquise Terrell Tillman

This the ____ day of _____, 2019.

Race/Sex: b\m
DOB: ████
Address: _____
SSN: ████
Phone Number _____

_____
**Deputy Sheriff**

Case Number F190046

# Warrant

Warrant # _____

**THE STATE OF MISSISSIPPI**
**CLARKE COUNTY**

### TO ANY LAWFUL OFFICER OF CLARKE COUNTY, IN SAID STATE

We command you forthwith to take the body of

Marquise Terrell Tillman
_____

To safely keep and bring him/her before a Justice Court Judge of said County at the Courthouse Annex in said County to answer to the State of Mississippi on a charge of

## Weapon possession by felon
_____

**Mississippi State Code:** 97-37-5

Witness my hand, this the 25th day of March, 2019.

_____
**Justice Court Judge**

**OFFICER'S RETURN:**

I have this day executed this warrant by personally arresting Marquise Terrell Tillman

This the _____ day of _____, 2019.

Race/Sex: B\M
DOB: ▇▇▇
Address: _____
SSN: ▇▇▇
Phone Number _____

_____
**Deputy Sheriff**

Case Number F190046

# GENERAL AFFIDAVIT

**THE STATE OF MISSISSIPPI**
**CLARKE COUNTY**

**BEFORE ME,** Sheila Johnson **, A Justice Court Deputy Clerk of Clarke County**

Eric O'Neil    **ON Information and belief**

**Makes affidavit that** Marquise Terrell Tillman **on or about** 3/21/19 **in the County aforesaid, did willfully and unlawfully violate the state laws to wit:**

did willfully, unlawfully, feloniously after having been convicted of a felony under the laws of the State Of Mississippi to wit: on 06/13/2014 was convicted in Bridgeport West Virginia of a felony charge of delivery of control substance. possess a firearm and had said firearm with him in a vehicle while he was eluding law enforcement on highway 45 in Clarke County Ms.

Weapon possession by felon [97-37-5]

**Against the peace and dignity of the State of Mississippi**

*/s/ Eric O'Neil*

**Sworn to and subscribed before me, this** 22 **day of** March **, 2019.**

**Clarke County Justice Court Clerk**

**By:** *Sheila A Johnson* **D.C.**

Case Number F190046

CLT-(TILMAN)-000017

IN THE CIRCUIT COURT OF CLARKE COUNTY, MISSISSIPPI
10TH JUDICIAL DISTRICT

**THE STATE OF MISSISSIPPI**

**VS.**                                                        Cause No. 2019-95, Counts I & II

**MARQUISE TERRELL TILLMAN**                                   **DEFENDANT**
B/M; DOB: ▊▊▊▊▊▊   SSN: ▊▊▊▊▊▊

## ORDER OF NOLLE PROSSE

Came this day to be heard this cause upon motion *ore tenus* of the District Attorney for an Order of Nolle Prosequi of Counts I & II of the Indictment in this Cause in which the Defendant is charged with Possession of Weapon by a Convicted Felon in Count I, in violation of Section 97-37-5, and Felony Fleeing in Count II, in violation of Section 97-9-72(2), both of the Mississippi Code of 1972, Annotated, due to his plea in Count III of this cause. Dismissal of these two (2) counts was part of the plea agreement in Count III.

**IT IS THEREFORE, ORDERED AND ADJUDGED** that Counts I & II of the Indictment in this cause against the Defendant **MARQUISE TERRELL TILLMAN** are hereby Nolle Prosequi.

**SO ORDERED AND ADJUDGED**, this the __12__ day of December, 2019.

_____
HON. CHARLES W. WRIGHT, JR.
CIRCUIT JUDGE, 10TH DISTRICT

Submitted by:

_____
OFFICE OF THE DISTRICT ATTORNEY
Tenth Judicial District
Post Office Box 5172
Meridian, Mississippi 39302-5172