IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MARQUIS TILMAN**                                                                   **PLAINTIFF**

**v.**                         **CIVIL ACTION NO. 2:20-CV-10-KS-MTP**

**CLARKE COUNTY,** *et al.*                                          **DEFENDANTS**

<u>ORDER</u>

On October 29, 2021, Defendants filed a Motion for Partial Summary Judgment [80]. Plaintiff shall respond on or before **November 12, 2021**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). Defendant may reply on or before **November 19, 2021**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

The original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and the response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this 1st day of November, 2021.

                                                     /s/     Keith Starrett
                                                              KEITH STARRETT
                                      UNITED STATES DISTRICT JUDGE