1        IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
2                  EASTERN DIVISION
   _____
3

   MARQUIS TILMAN,              )
4                               )
        Plaintiff,              )
5                               )
   VS.                          )NO.2:20-CV-10-KS-MTP
6                               )
   CLARKE COUNTY, et al,        )
7                               )
        Defendant.              )
8    _____
9
10
11                   DEPOSITION
12
13                       OF
14
15                 BENJAMIN IVY
16
                 SEPTEMBER 30, 2021
17
18
19
20
21
22
             ALPHA REPORTING CORPORATION
23                236 Adams Avenue
                Memphis, TN 38103
24                 901-523-8974
              www.alphareporting.com
25

                                        Page 1



1            The deposition of BENJAMIN IVY, taken on

2     this, the 30th day of September 2021, on behalf of

3     the Plaintiff, pursuant to notice and consent of

4     counsel, beginning at approximately 11:45 a.m. via

5     Zoom video conference.

6            This deposition is taken pursuant to the

7     terms and provisions of the Federal Rules of Civil

8     Procedure.

9            All forms and formalities, excluding the

10    signature of the witness, are waived, and objections

11    alone as to matters of competency, irrelevancy and

12    immateriality of the testimony are reserved to be

13    presented and disposed of at or before the hearing.

14

15

16

17

18

19

20

21

22

23

24

25

Alpha Reporting                    800-556-8974
A Veritext Company                www.veritext.com

```
 1                    A P P E A R A N C E S
 2
 3
    FOR THE PLAINTIFF:   CARLOS E. MOORE, ESQ.
 4                       THE COCHRAN FIRM
                         306 Branscome Drive
 5                       Grenada, Mississippi 38902
 6
 7
 8
 9
    FOR THE DEFENDANTS: JESSICA MALONE, ESQ.
10                       ALLEN ALLEN BREELAND & ALLEN
                         214 Justice Street
11                       Brookhaven, Mississippi 39602
12
13
14
15
16
    COURT REPORTING FIRM:
17
                         ALPHA REPORTING CORPORATION
18                       Andrea C. Myers, CSR
                         236 Adams Avenue
19                       Memphis, Tennessee 38103
                         901-523-8974
20
21
22
23
24
25
```

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

```
1                    EXAMINATION INDEX

2

3    BENJAMIN IVY
          BY MR. MOORE . . . . . . . . . . . . . . . .  5

4

5

6
                       EXHIBIT INDEX

7

8

9    EXHIBIT NO. 1  STATEMENT                          34

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    REPORTER'S CERTIFICATE . . . . . . . . . . . . .  55
```

Alpha Reporting            800-556-8974
A Veritext Company         www.veritext.com

BENJAMIN IVY,

having first been duly sworn, was examined and

testified as follows:


                    EXAMINATION


BY MR. MOORE:

     Q.  Mr. Ivy, my name is Carlos Moore.  I have

the pleasure of representing Marquis Tilman in this

lawsuit that's been filed against you and several

others in Clarke County.  I will be asking you

questions on his behalf.

     Have you ever given a deposition before?

     A.  No, sir.

     Q.  Let me give you the ground rules for the

deposition.  Continue to answer verbally so Andrea

can get everything down correctly.

     A.  Yes, sir.

     Q.  If you need to take a break let me know and

I'll allow you to take a break.  However, if there's

a pending question I ask that you answer that

question before taking any break.  Okay?

     A.  Yes, sir.

     Q.  I have a tendency to talk fast.  If you need

me to repeat or rephrase the question please advise

me of the same and I will accommodate your request.

Alpha Reporting                     800-556-8974
A Veritext Company                  www.veritext.com

```
1    However, if you answer the question I will assume
2    you understood the question.  Is that fair?
3         A.  Yes, sir.
4         Q.  Finally, let's agree not to talk over each
5    other.  I'm not going to talk over you and I will
6    expect you to not talk over me.  Okay?
7         A.  Yes, sir.
8         Q.  State your name.
9         A.  Frank Benjamin Ivy, Jr.
10        Q.  Have you ever gone by any other name or
11   alias?
12        A.  I'm commonly called Ben, short for Benjamin.
13        Q.  Okay.  What is your address?
14        A.  ████████████████.  That's Quitman,
15   Mississippi 39355.
16        Q.  What county is that?
17        A.  Clarke County.
18        Q.  What is your phone number?
19        A.  Area code ████████.
20        Q.  Who resides at your address with you?
21        A.  My wife and children.
22        Q.  Your wife's name?
23        A.  Alison Brook Ivy.
24        Q.  How long have y'all been married?
25        A.  January will be 15 years.  So a little over
```

Page 6

1    14 and a half years.

2         Q.   Any prior marriages?

3         A.   No, sir.

4         Q.   Any adult children?

5         A.   No, sir.

6         Q.   Do you have any other relatives in Clarke

7    County or surrounding counties?

8         A.   I do.

9         Q.   Do you have any relation to -- (inaudible)

10   -- start with your parents.

11        A.   My dad is deceased, he passed away in 2003.

12   My mother is still living, her name is Pamela

13   Benton, B-E-N-T-O-N.

14        Q.   All right.  Has she remarried?

15        A.   Yes, sir, she has.

16        Q.   Who is she married to now?

17        A.   George Benton.

18        Q.   Okay.  Where do they reside?

19        A.   ███████████████████, Quitman, Mississippi.

20   That's in Clarke County.

21        Q.   Let's go through your siblings.  Brothers

22   and sisters?

23        A.   I have one sister.

24        Q.   Her name is?

25        A.   Brandy Plamondon, P-L-A-M-O-N-D-O-N.  Her

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

1    husband is Filipino. That's where the last name

2    comes from.

3        Q.  Brandy Plamondon?

4        A.  Plamondon.

5        Q.  What's the husband's name?

6        A.  Jason Plamondon.

7        Q.  Okay.  And no brothers?

8        A.  No brothers.

9        Q.  All right.  Any grandparents?

10       A.  I have one grandparent living and that would

11   be my dad's mother.  Her name is Wybonne,

12   W-Y-B-O-N-N-E.

13       Q.  Okay.  She lives in Quitman, Mississippi in

14   Clarke County.  Her last name?

15       A.  Ivy.

16       Q.  All right.  Any adult nieces and nephews?

17       A.  None.

18       Q.  Okay.  Your wife's family, are they from

19   that area?

20       A.  Yes, sir.

21       Q.  All right.  Start with your parents-in-law.

22       A.  My father-in-law is Robert Williams and he

23   is from Quitman in Clarke County.

24       Q.  Okay.

25       A.  My mother-in-law's name is Sandra Williams

                Alpha Reporting            800-556-8974
                A Veritext Company         www.veritext.com

1   also from Quitman inside of Clarke County.

2       Q.  Okay.  Where does the Brook come from?

3       A.  My wife's name?

4       Q.  Yes.

5       A.  Her middle name is Brook, B-R-O-O-K.  That's

6   what we call her.

7       Q.  Alison Brook.  She was a Williams before she

8   became an Ivy?

9       A.  Her middle name is Brook.  Her first name is

10  Alison and her middle name is Brook.  Her last name

11  is Ivy.  Her maiden name is Alison Brook Williams.

12      Q.  Does she have brothers and sisters?

13      A.  She has one sister.

14      Q.  What is her name?

15      A.  Bethany Jones is her married name.  She

16  lives in Waynesboro, Mississippi which is inside of

17  Wayne County.

18      Q.  Okay.  What is her husband's name?

19      A.  Matt Jones.

20      Q.  All right.  I think I have the family tree

21  now.

22      Have you ever been arrested?

23      A.  I have.

24      Q.  Tell me about that.

25      A.  When I was 18 years old I was stationary at

Alpha Reporting        800-556-8974
A Veritext Company      www.veritext.com

a stop sign in Meridian, Mississippi.  I had a
juvenile skateboard down a driveway and hit the side
of my truck.  So his parents come out and told me,
you know, he's fine, you're good to go.  I go two
houses down to my cousin's house.  About an hour
later the police show up, knock on the door because
the parents had called me in for a hit and run.

     So physically I wasn't restrained.  They allowed
me to drive myself to the police department because
the parents of the juvenile signed an affidavit
against me for leaving the scene of an accident.
But it was thrown out in city court when I went in
front of the city court judge.

     Q.  Have you ever been convicted of anything?

     A.  No, sir.  Other than, like, speeding
tickets, you know, traffic violations when I was
younger.

     Q.  So no criminal conviction besides traffic
violations.

     What's your date of birth?

     A.  ███████████.

     Q.  How old are you?

     A.  39.

     Q.  Have you ever been accused of excessive
force?

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1    A.  Yes.

2    Q.  Tell me about each occasion.

3    A.  It was once in Meridian Police Department.

4  In 2012 I effected an arrest on a subject for

5  stealing a car.  He threatened to head butt me and

6  bite me in the face and he ran at me and I pushed

7  him away to create distance.

8      At the time we had a new administration, a new

9  mayor and a new police chief and the police chief we

10  had was not a certified police officer, never had

11  formal civilian police training and at first he

12  recommended termination for excessive force due to

13  the fact that I pushed this guy while he was

14  restrained in handcuffs.  So I hired legal counsel

15  and got it reduced -- well, he changed his mind to I

16  believe it was a 30 working day suspension.

17      Now, by the time we went from his recommendation

18  of termination to a suspension I had already found

19  another full-time job.  So I didn't fight the

20  suspension.  I just let it go and went to work

21  full-time somewhere else.

22    Q.  You got a 30-day suspension?

23    A.  Yes, sir.  And the suspect ultimately signed

24  an affidavit against me for simple assault and we

25  went to a probable cause hearing in front of a

Alpha Reporting          800-556-8974
A Veritext Company       www.veritext.com

1  circuit court judge and he threw it out saying that

2  the amount of force used was not excessive.

3       Q.  Was the victim black or white?

4       A.  Black.

5       Q.  What was that black victim's name?

6       A.  I could not tell you his name.  I can tell

7  you his nickname but I don't know his real name.

8       Q.  Give me his nickname.

9       A.  Ray Ray.

10      Q.  How many Ray Rays are there in Meridian?

11      A.  I would not know.  I know my daughter's

12  nickname is Ray Ray because her full name is

13  ███████.  That's what we call her, too.

14      Q.  All right.  Black male victim in Meridian,

15  30-day suspension, chief recommended termination.

16  What was the chief's name at the time?

17      A.  James Reed.

18      Q.  James Reed?

19      A.  Yes, sir.  He was ultimately terminated just

20  a month or so after that due to his not being

21  certified or having any formal police training.

22      Q.  When you pushed this guy that was handcuffed

23  --

24      A.  I created a space, created distance which I

25  was taught in the police academy.

Alpha Reporting                 800-556-8974
A Veritext Company              www.veritext.com

1      Q.  You knew it was wrong to push a guy in
2  handcuffs, didn't you?
3      A.  It was not wrong.
4      Q.  Mr. Ivy, you received a 30-day suspension
5  for something that was not wrong?
6      A.  I accepted the 30-day suspension due to the
7  fact that I didn't fight it because I had already
8  been employed somewhere else.
9      Q.  Did you get a regular high school diploma?
10     A.  I did.
11     Q.  What high school was that?
12     A.  Quitman High School.
13     Q.  Were you in regular classes or special ed
14 classes?
15     A.  Regular.
16     Q.  You didn't get a certificate of completion,
17 you got a high school diploma?
18     A.  High school diploma.
19     Q.  What year?
20     A.  2000.
21     Q.  You're telling me you still understand that
22 you got a 30-day suspension because you did
23 something wrong?
24     A.  I got a 30-day suspension due to the fact I
25 didn't keep my legal counsel and offer rebuttal.  I

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1    accepted it and moved on because I was already
2    employed somewhere else.
3        Q.  You accepted it because you knew they caught
4    you?
5        A.  I accepted it due to the fact I was already
6    employed and I didn't feel like dealing with it.
7        Q.  You knew it was wrong to push somebody in
8    handcuffs, didn't you?
9        A.  No.  It was not wrong.  Matter of fact, the
10   use of force expert testified at the probable cause
11   hearing and he testified to the fact I could have
12   used more force.
13       Q.  Have you ever done a white person like that
14   in handcuffs?
15       A.  I would have to think back.  You know, I've
16   been a police officer almost 17 years.  I've dealt
17   with a lot of people.  And I have, you know,
18   probably tried to be assaulted by a restrained white
19   person.  I've dealt with some rough white
20   individuals.
21       Q.  My question was have you ever did similar
22   things to a white person in handcuffs?
23       A.  I would have to think over the last 16 and a
24   half years of experience to properly answer that.
25       Q.  I will allow you to think.  Go ahead.  Start

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1  thinking.

2      A.  I had to struggle with a white male at the

3  Lauderdale County Jail because he -- I had arrested

4  him for stealing a case of Budweiser and he

5  continually called me the "N" word because he was a

6  member of the Aryan brotherhood and when he got out

7  of the car he attempted to bump his chest against me

8  and head butt me.  So I had to -- (inaudible) -- he

9  was a white male.

10     Q.  Was he in handcuffs?

11     A.  Yes, sir.

12     Q.  Did you push him?

13     A.  Pushed him off of me.

14     Q.  He was trying to assault you, correct?

15     A.  Yes, sir.

16     Q.  I'm going to similar incidents to the black

17  guy who had not assaulted you that you pushed him

18  while he was in handcuffs.

19     A.  He tried to head butt me.

20     Q.  He tried to head butt you?  How do you try

21  to head butt somebody?

22     A.  He ran at me and tried to head butt me.

23  That's why I pushed him.

24     Q.  And you got a 30-day suspension and that was

25  inappropriate?

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

1    A.  Yes.

2    Q.  Why didn't you move out of the way?  You

3  could have moved out of the way, correct?

4    A.  I was -- actually, my patrol car was behind

5  me.  So if I went backwards if I would have landed

6  on the hood of my patrol.

7    Q.  That would have been better than pushing a

8  man in handcuffs, correct?

9    A.  No, sir because then he would have been on

10  top of me.

11    Q.  So you're telling me you had a

12  recommendation for termination and then a 30-day

13  suspension and you did nothing wrong?

14    A.  That's correct.

15    Q.  You had probable cause according to Meridian

16  Police Department?

17    A.  According to the circuit court judge, I did.

18    Q.  According to the City of Meridian had you --

19    A.  Well, the representative at the time was not

20  a term rank police officer.  So I didn't have a

21  proper representation of a decent chief of police.

22  He was an untrained individual.

23    Q.  Was he black or white?

24    A.  Black.

25    Q.  Okay.  So you have a problem with black

Alpha Reporting                      800-556-8974
A Veritext Company              www.veritext.com

1  people, don't you?

2     A.  Not at all.

3     Q.  You don't?

4     A.  No, sir.

5     Q.  Have you ever been a member of any racially

6  exclusive group?

7     A.  No.

8     Q.  Clan maybe?

9     A.  Never.

10    Q.  Have they ever invited you to membership?

11    A.  No, sir.

12    Q.  Have you ever said the "N" word?

13    A.  Never.

14    Q.  You have never said the "N" word?

15    A.  Never.

16    Q.  I need a yes or no.  Have you ever said the

17 "N" word?

18    A.  No.

19    Q.  There's a witness that says otherwise.

20 Would you dispute that?

21    A.  Yes, sir.

22    Q.  Do black lives matter?

23    A.  Yes, sir.

24    Q.  How so?

25    A.  Black people are human beings.  They have

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1  beautiful souls and beautiful hearts.  I look at --
2  I look at hearts and people's personalities and
3  there are a lot of good people of all colors and
4  black people do matter absolutely.
5      Q.  Do you have any black friends?
6      A.  I do.
7      Q.  How many?
8      A.  Several.
9      Q.  Give me some of their names?
10     A.  Dwight Malone, Exel Jackson, Tony Laten,
11  Latrice Roberts, Lakeith Jones, John Edwards,
12  Michael Lockhart.
13     Q.  Anymore?
14     A.  There's more, yes, sir.
15     Q.  Got anymore?
16     A.  Several.  I have several black friends.  I
17  have all my life.
18     Q.  You have?
19     A.  Yes, sir.
20     Q.  Where does Dwight Malone work?
21     A.  Georgia Pacific.
22     Q.  Exel Jackson?
23     A.  He works for Auto Trends in Meridian,
24  Mississippi.
25     Q.  Tony Laten?

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1    A.  I don't know where Tony is working at now.

2   He's probably retired.  Him and I used to work

3   together at Southwood Doors which is a machine shop,

4   used to be in Quitman.  He lives in Jasper County.

5    Q.  Latrice?

6    A.  She works at Quitman building supply in

7   Quitman, Mississippi.

8    Q.  Lakeith?

9    A.  Pardon me.

10   Q.  Lakeith?

11   A.  I don't know where Lakeith is working.  The

12  last time I had contact with Lakeith was roughly six

13  months to a year wag ago and he was working at a

14  fast food place.  Lakeith Jones was roughly 12 or 13

15  years old when I basically -- I basically took him

16  in and helped raise him.

17   Q.  John Edwards?

18   A.  Georgia Pacific in Pennington, Alabama.

19   Q.  Lockhart?

20   A.  Unfortunately, Michael Lockhart was murdered

21  over a month ago over in Alabama, Choctaw County.

22   Q.  Why do you list him as one of your black

23  friends if he already passed?

24   A.  Because he just recently passed and him and

25  I hung out outside of work.  He was a very good

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1 friend of mine.

2      Q.  I was not asking about past friends.  I was

3 asking about current black friends.

4           MS. MALONE:  I am going to object.  You did

5 not specify whether he needed to list every single

6 black person he ever had any contact with or whether

7 he needed to only list living people or deceased

8 folks.

9 BY MR. MOORE:

10      Q.  For the record, when I asked you about

11 friends, if I don't say past friends I'm talking

12 about current friends.

13      A.  Yes, sir.

14      Q.  If you would be so kind as to always

15 distinguish between living and dead going forward I

16 would appreciate it.

17      A.  Yes, sir.

18      Q.  You do not have conversations with dead

19 people, do you?

20      A.  Pardon me?

21      Q.  You do not have current conversations with

22 dead people, do you?

23      A.  No, I don't.  I don't talk to the deceased.

24 I pray a little bit, try to send a message to my

25 dad.  I don't know if it gets there or not.

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

1      Q.  So you could not maintain a relationship
2  with someone after they're deceased?
3      A.  Unfortunately you cannot because Michael was
4  a really good friend.
5      Q.  May his soul rest in peace and may his
6  memory be a blessing.
7      A.  Right.
8      Q.  Any other black people you raised or help
9  raised?
10      A.  Lakeith Jones is the only one that I kind of
11  took in and helped.
12      Q.  How did you take him in?  Took him in your
13  home?
14      A.  I did.
15      Q.  Gave him a place to stay?
16      A.  I did part-time, not full-time.  Because,
17  you know, his mom had an apartment in Meridian but
18  he would always want to come stay with me because
19  the home environment wasn't great and I took him in,
20  help him do homework, bought him food.
21      Q.  How many nights did he stay in your home?
22      A.  A total, the whole time, probably more than
23  50.
24      Q.  Over what time span?
25      A.  I met him when he was roughly 12 to 13 years

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

1    old up until when he started college at 18.

2         Q.  So it was six years and you call yourself

3    taking him in and he's only spent 50 nights --

4    approximately 50 nights there?

5         A.  Roughly.  Yes.  He typically would come on

6    the weekend on Friday afternoon and I would take him

7    back home either Sunday night before he had to go

8    school.

9         Q.  And you call that helping raise somebody and

10   taking them in, over six years, 50 nights?

11        A.  I absolutely helped him out.  There were

12   several times he needed food or needed clothes for

13   school, needed money.

14        Q.  Are you patting yourself on the back?

15        A.  No, sir.

16        Q.  Do you exaggerate, Mr. Ivy?

17        A.  No, sir.

18        Q.  Do you have any military experience?

19        A.  No, sir.

20        Q.  Any other accusation of excessive force

21   besides the one Mr. Tilman made against you and then

22   the other black person that you pushed while he was

23   in handcuffs?

24        A.  I was named in a lawsuit roughly around 2006

25   or 2007-ish where a different police officer got

                        Alpha Reporting            800-556-8974
                        A Veritext Company         www.veritext.com

1  into a physical altercation with someone but I was

2  not physically there for that altercation.  They

3  also named a police officer that was on vacation for

4  that shift as well.

5      Q.  All right.  Give me the name of the

6  plaintiff or the attorney or both.

7      A.  The plaintiff, his name was Tyrone Holiday

8  but I don't remember his attorney's name.

9      Q.  All right.  Was he successful in that

10  lawsuit?

11      A.  No, sir.

12      Q.  Okay.  That was filed in which county?

13      A.  Lauderdale.

14      Q.  Do you consider yourself a redneck?

15      A.  What is your definition of redneck?  We may

16  have a difference of opinion on that.  I don't know.

17      Q.  I don't answer the questions.  I only ask

18  them.  Do you consider yourself a redneck?

19      A.  No, I do not.

20      Q.  Has anyone ever called you a redneck?

21      A.  Yes, sir.

22      Q.  Did you correct them?

23      A.  Typically if someone calls me anything like

24  that I typically don't respond.

25      Q.  But sometimes you do?

Alpha Reporting                 800-556-8974
A Veritext Company              www.veritext.com

1      A.  Most of the time I don't.  I think it's best
2  just to -- if you're not -- especially if you're
3  trying to effect an arrest or dealing with somebody
4  you're going to have to carry to jail, it's best not
5  to respond to verbiage like that.
6      Q.  How many times have you been called a
7  redneck?
8      A.  I couldn't even begin to tell you.
9      Q.  Have you been called redneck by other white
10  people?
11      A.  Let me think on that before I answer.  It's
12  possible that maybe somebody called me that jokingly
13  or maliciously, you know, on duty or off.  You know,
14  I don't know.  I don't know exactly what a redneck
15  is.  I don't know what qualification one would need
16  to be a redneck, you know.  Other than a physically
17  red neck, you know, I could -- I could describe that
18  to you but I don't -- I don't understand the
19  qualifications for being a redneck.
20      Q.  Do you dip snuff?
21      A.  I don't.
22      Q.  Have you ever dipped snuff?
23      A.  I have.
24      Q.  Do you chew tobacco?
25      A.  I never have chewed tobacco.

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1      Q.  But you have dipped snuff?

2      A.  I have dipped snuff, probably around 2003 or

3  2004 but that's been many moons ago.

4      Q.  You ever drank any moonshine?

5      A.  I have not.  I heard that stuff will hurt

6  you.

7      Q.  Do you drink alcohol at all?

8      A.  Occasionally I will.

9      Q.  What's your beverage of choice?

10      A.  If I go and buy alcohol I will buy, like,

11  Michelob Ultra or Corona, Dos Equis, you know.

12      Q.  Okay.  Have you ever been called Bubba

13  before?

14      A.  I've never been called Bubba.  I had a

15  friend named Bubba that died in a vehicle crash

16  though.

17      Q.  Sorry to hear that.  There's been a lot of

18  death around you.  I'm sorry to hear that.

19      A.  Thank you.  My cousin took his own life

20  about the same time my friend Michael was murdered.

21      Q.  I hope things get better.

22      A.  Thank you.

23      Q.  Did you know Marquis Tilman prior to

24  3/21/19?

25      A.  I don't think I had ever personally met

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1  Mr. Tilman before that day.

2      Q.  All right.  After you left high school --

3  you told me you got a regular high school diploma in

4  2000.  Give me the benefit of all your jobs since

5  then.

6      A.  I was hired by Meridian Police Department

7  June 25th, 2003.

8      Q.  (Inaudible question)

9      A.  Well, I was 18 years old when I graduated

10  high school and you've got to be 21 to be a police

11  officer.  I got emancipated a month before I was 21

12  so I could be -- two months before I was 21 so I

13  could be hired with them.

14      Q.  Okay.

15      A.  But I went to college in between high school

16  and Meridian Police Department.

17      Q.  Which college did you go to?

18      A.  The first one was Meridian Community

19  College.

20      Q.  Okay.

21      A.  The second one was Jones County Junior

22  College.

23      Q.  Did you get a degree from either one?

24      A.  No, sir.  My dad passed away in my third

25  semester at Jones and one of my dad's friend was a

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1    police captain with Meridian Police Department and I

2    saw him at my dad's funeral and he told me they were

3    about to take applications.  So I went and applied I

4    got a job and never finished my last semester.

5         Q.  What were you majoring in?

6         A.  Criminal justice at Jones.  At Meridian

7    Community College it was marketing management.

8         Q.  Okay.  Was your daddy in law enforcement?

9         A.  No, sir.

10        Q.  All right.  So you started with Meridian

11   Police Department in 2003.  How long did you stay

12   there?

13        A.  My official last day was January of 2013.

14        Q.  With them almost 10 years?

15        A.  Yes, sir.

16        Q.  Where did you go next?

17        A.  Clarke County Sheriff's Department.

18        Q.  Why did you leave Meridian --

19        A.  Because I seen how easily an untrained

20   police chief can take -- (inaudible) --

21        Q.  So the incident happened in 2013 where you

22   pushed the guy?

23        A.  2012.

24        Q.  And shortly thereafter you resigned?

25        A.  Yes, sir.

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1    Q.  You resigned while suspended?

2    A.  No, sir.  I completed the suspension and

3 then turned in my two-weeks notice of resignation.

4    Q.  Okay.  Had you ever been disciplined any

5 other time with Meridian Police Department besides

6 that 30-day suspension?

7    A.  No, sir.

8    Q.  Did they tell you that if you did not resign

9 they were going to fire you?

10    A.  No, sir.

11    Q.  Okay.  You went to Clarke County Sheriff's

12 Department in what year?

13    A.  2013, January.

14    Q.  January.  How long you did you stay with

15 them?

16    A.  Until October -- I believe October 19th of

17 2019.

18    Q.  Why did you leave October 19 of '19?

19    A.  I was burned out in law enforcement and I

20 had a job offer with a civilian company, had a much

21 higher pay rate.

22    Q.  That's where you're working now?

23    A.  I have come back to law enforcement.  I'm

24 currently employed through the Wayne County

25 Sheriff's Department.

1     Q.   How long were you burned out?

2     A.   I took a job with Georgia Pacific at

3  Pennington Paper Mill as a technician and I worked

4  there from October of 2019 until March -- no --

5  April of '21.

6     Q.   Then April of 2021 you went where?

7     A.   May 1st of '21 I started with Wayne County

8  Sheriff's Department.

9     Q.   How far is Wayne County from Clarke County?

10    A.   Roughly 25 to 30 miles from my house to the

11 sheriff's house.

12    Q.   What do you do?

13    A.   Patrol deputy, answer calls, observe

14 traffic, offer backup to other deputies, serve

15 papers, execute warrants.

16    Q.   Were you ever disciplined during your time

17 with Clarke County Sheriff's Department?

18    A.   No.

19    Q.   Were you ever counseled?

20    A.   No.

21    Q.   Admonished?

22    A.   Pardon me?

23    Q.   Admonished?

24    A.   I don't understand what that means.

25    Q.   Were you ever reprimanded?

Alpha Reporting                    800-556-8974
A Veritext Company               www.veritext.com

1      A.  No, sir.

2      Q.  So you want the jury to believe that you

3  just all of a sudden got burned out a few months

4  after you beat Mr. Tilman?

5      A.  I didn't beat Mr. Tilman.

6      Q.  A few months after March 21st, 2019, a few

7  months after the incident with Mr. Tilman you all of

8  a sudden left law enforcement and call yourself

9  being burned out?

10     A.  Yes.

11     Q.  You say you left because you made much more

12 money but yet you only stayed there less than two

13 years and landed back in law enforcement, correct?

14     A.  Yes.  I missed it.

15     Q.  Why did you leave Georgia Pacific?

16     A.  Because I missed law enforcement.  They

17 treat their employees pretty bad and I wasn't home

18 that much, my home life was being affected by the

19 amount of hours I was working with Georgia Pacific.

20     The way they work, it's like a union job.  So

21 like if a piece of equipment goes down, they put us

22 on double coverage which is working every day with

23 no off days.  And when that piece of equipment is

24 fixed and back running you go back to your regular

25 shift and you don't get off time.  So there was

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1   several times I worked 14 in a row, 17 in a row, 21
2   in a row.
3       It was an hour drive one way for me.  I had to
4   get up at 4:00 in the morning and I wouldn't get
5   home until after 7:00.  Then on the union job, if
6   your relief don't show up -- let's say I'm scheduled
7   to be off at 6:00 p.m. and my relief don't show up,
8   I then have to work until 10:00 p.m.  So my home
9   live was greatly affected.
10      Q.  Okay.  Let's take a -- you said your home
11  life was greatly affected.  But you were making way
12  more money than you had ever made?
13      A.  Yes.
14      Q.  And you couldn't tough it out for your
15  family?
16      A.  Well, one of the reasons I come back to law
17  enforcement was my wife, she asked me to come back.
18      Q.  At a lower rate of pay?
19      A.  Yes.  We're financially smart.  We don't --
20  we don't out live our means.  I mean, I have been on
21  law enforcement salary for, you know, over 16 and a
22  half years and when I went to Georgia Pacific I
23  stayed on a law enforcement budget if you would.  I
24  didn't go out and buy a bunch of things and create
25  debt.  So the extra money I made at Georgia Pacific

Alpha Reporting                    800-556-8974
A Veritext Company                  www.veritext.com

1  was just to the good if you would.  So when I come
2  back I just basically picked up where I left off and
3  my finances are the same.
4       Q.  Did you make double, triple at Georgia
5  Pacific than you do in law enforcement?
6       A.  I was hired in at $25 an hour and when I was
7  quit I was making $26.50 an hour.
8       Q.  What are you making at Wayne County?
9       A.  $16 an hour.  So roughly I lost a little
10  over $10 an hour.
11       Q.  What was your rate of pay when you left
12  Clarke County?
13       A.  $18.90.
14       Q.  Why didn't you go back to Clarke County?
15       A.  There wasn't an available position.
16       Q.  Now you're doing worse than you were doing
17  at Clarke County and Georgia Pacific?
18       A.  Monetarily I'm doing worse but my home life
19  is better and I am able to spend more time with my
20  children.
21       Q.  How many children do you have?
22       A.  Two.
23       Q.  What are their ages?
24       A.  11 and 14.
25            MR. MOORE:  Okay.  Let's take a five-minute

Alpha Reporting                          800-556-8974
A Veritext Company                    www.veritext.com

1   break and we will come back for the second half.
2                       (SHORT BREAK)
3   BY MR. MOORE:
4       Q.  You are still under oath, Agent Ivy.  I'm
5   going to turn your attention to March 21st, 2019.
6   Did you do a report concerning anything that
7   happened that day?
8       A.  I typed a statement.
9       Q.  Who asked you to type the statement?
10      A.  No one.
11      Q.  Have you reviewed that statement lately?
12      A.  I read over it, yes, sir.
13      Q.  Who asked you to review it?
14      A.  No one.
15      Q.  All right.  I'm going to show you the second
16  page of the statement that's signed.  Can you see
17  that signature?
18      A.  Yes, sir.
19      Q.  Is that your signature?
20      A.  Yes, sir.
21      Q.  I am going to make Major Ivy's statement
22  Exhibit 1 to his deposition.
23      (WHEREUPON, THE ABOVE-REFERENCED DOCUMENT WAS
24  MARKED AS EXHIBIT NO. 1 TO THE DEPOSITION AND WAS
25  RETAINED BY COUNSEL.)

                    Alpha Reporting              800-556-8974
                    A Veritext Company           www.veritext.com

BY MR. MOORE:

Q.   In your own words tell me what transpired
between you and Marquis Tilman and others with the
sheriff's department on March 21st, 2019.

A.   I received an anonymous call from a phone
number listed in my statement and it sounded like a
female and she said that --

Q.   Black female?  White female?

A.   I couldn't tell.

Q.   Okay.

A.   She said that Marquis Tilman had a firearm
and had a warrant through the U.S. Marshals and he's
riding around Quitman.  I asked her to identify
herself, who is this?  Basically, who is this?  How
did you get my number?  She said I can't tell you
who I am in fear of -- basically in fear of
repercussion.  I said I'll see if I can ride
around and see -- she gave me a physical description
of the vehicle.  I said I'll see if I could ride
around and locate Mr. Tilman.

So I saw the car first over in the general area
of the Chevron, the Sunflower grocery store but he
was traveling eastbound and I was traveling west.
And I pulled into the parking lot of the Sunflower
so I could observe him better and he parked at the

1   Chevron and went inside.  And I was stationary at

2   Sunflower, which is across the intersection.  So

3   when he left Chevron I pulled out as well.  There

4   was too many cars in between us, so I lost him.

5        At that point I called my narcotic partner,

6   Agent Justin Ross and I said look, I just got this

7   anonymous call saying Marquis Tilman is in

8   possession of a firearm, possibly got warrants

9   through the U.S Marshals and told him basically what

10  I learned through this anonymous call.  Well,

11  shortly after I called him the person calls back,

12  same phone number.

13       Q.  Did you trace the number?

14       A.  No.  I put it in my statement to give to the

15  investigator, criminal investigator that would

16  investigate this case.

17       Q.  Okay.

18       A.  So they called me back and told me he's in

19  town riding around, I just saw him.  So I went

20  northbound and I saw him again and he wasn't wearing

21  his seatbelt and I attempted to effect a traffic

22  stop using my blue light.

23       Q.  For failure to wear a seat belt?

24       A.  Yes, sir.

25       Q.  How did you know it was Marquis Tilman?  If

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1  you had never seen him before how did you know it
2  was him?
3      A.  Because it was the same description of the
4  vehicle they had given me that I located over there
5  by the Chevron.
6      Q.  Did she describe his physical characteristic
7  or just describe the car he was in?
8      A.  No.  She just told me -- she told me it was
9  a black male.  I never had any dealings with Marquis
10 Tilman.
11     Q.  All right.  Take it from you saw him without
12 a seat belt.
13     A.  Yes, sir.  So I attempted to effect a
14 traffic stop with my blue lights only and he did not
15 stop and he turned and went westbound by the Shell
16 station on the north side of town, I can't remember
17 the name of that street.
18     And then there's a four-way intersection right
19 behind the Shell station and he actually stopped in
20 the middle of the intersection to talk to somebody
21 in a maroon Expedition.  I'm still behind him with
22 my blue lights activated.  He had a brief
23 conversation.  I don't know what verbiage was
24 exchanged.  I didn't get out of my vehicle.
25     And he continued on northbound on the street

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1  behind the Shell station and that's when he began to

2  accelerate and that's when I turned on audible

3  sirens and pursued him and I notified dispatch of

4  what was taking place.

5       Q.  What happened next?

6       A.  So he ended up on North Jackson Avenue

7  northbound.  He was traveling at a high rate of

8  speed.  He ran -- he ran quite a few cars off the

9  road which I documented over the radio.

10      Q.  Let me stop you.  Why would you go on a high

11 speed choice if somebody is suspected of not having

12 on a seat belt?

13      A.  Due to the fact that the anonymous caller

14 told me he was in possession of a firearm and --

15      Q.  Isn't it a second amendment right to bear

16 firearms?

17      A.  Yes, if you're not a convicted felon.

18      Q.  Did she tell you he was a convicted felon?

19      A.  Yes, sir.

20      Q.  Did you check it out?  Did you run his name

21 or anything before --

22      A.  I advised dispatch, yes.

23      Q.  Did dispatch come back and confirm he was a

24 convicted felon before you started chasing him

25 across town?

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1      A.   No.

2      Q.   What why were you chasing him?

3      A.   Because he was fleeing.  If he wasn't

4   fleeing I wouldn't have to chase him.

5      Q.   You don't have to chase after him -- a

6   misdemeanor -- a high speed chase, is that wise to

7   chase a misdemeanor?

8      A.   Repeat that.

9      Q.   You put several lives in danger of somebody

10  that failed to wear a seat belt -- is somebody

11  talking to you?

12     A.   The speaker is to my right.  So when I lean

13  over I'm trying to listen to the computer speaker.

14     Q.   That's a good one.

15     A.   I can turn the camera if you wish.

16     Q.   I do want to turn the camera.

17     A.   The speaker is coming out right here.

18     Q.   Okay.

19     A.   Hold on one second.

20     Q.   All right.  So you went on a high speed

21  chase with someone you had seen without a seat belt,

22  you did not know at that point if he was a felon in

23  possession of a firearm or not, did you?

24     A.   That's correct.

25     Q.   All right.  Did you follow policy or not?

Alpha Reporting                    800-556-8974
A Veritext Company             www.veritext.com

1    A.  Yes, sir.

2    Q.  What policy did you follow?

3    A.  Our pursuit policy.

4    Q.  You can pursue somebody on a high speed

5 chase for a misdemeanor?

6    A.  Yes, sir.

7    Q.  Wow.  Can you point me to the page in the

8 policy?

9    A.  I would have to request a copy of it and

10 show it you.

11    Q.  Okay.  That's the way you were trained by

12 the Clarke County Sheriff's Department, to pursue

13 people at a high rate of speed for not having a seat

14 belt on?

15    A.  I was trained at the Mississippi Law

16 Enforcement Officers Training Academy.

17    Q.  You can put all those people's lives in

18 danger at a high rate of speed over someone not

19 having their seat belt on?

20    A.  Say that again.

21    Q.  That's the way you were trained, to put

22 lives at danger at a high rate of speed over

23 somebody not having a seat belt on?

24    A.  I was trained to apprehend suspects that are

25 putting lives at danger.

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

1    Q.  If you had stopped following him he wouldn't
2    have been speeding, correct?
3    A.  I don't know that.
4    Q.  Go ahead.  You're looking the opposite
5    direction now.  Is the speaker on that side?
6    A.  I can turn my head and put my ear toward it.
7    And I thought I heard another dog barking.
8    Q.  I see your counselor's arm on the other
9    side.
10        MS. MALONE:  If you have something you wish
11   to address with me or you are accusing me of some
12   sort of unethical conduct please put it on the
13   record now.  I am not instructing this witness in
14   any shape or fashion.
15        MR. MOORE:  I didn't say you were.  I just
16   said he put his head toward your direction.  I was
17   trying to see what was going on.  I was simply
18   trying see why he was moving his head that
19   direction.  I would never want to believe that
20   Jessica was doing anything improper.  That let's
21   keep going.
22   BY MR. MOORE:
23   Q.  Keep telling me what was going on that day
24   as you recall it, Mr. Ivy.
25   A.  Mr. Tilman proceeded north on North Jackson

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

1  Avenue and then north on Highway 145 and then north
2  on State Highway 45.
3       Once we got on the four-lane other deputies
4  become involved in the pursuit.  I fell back a few
5  cars because their vehicles were faster than mine
6  and I was driving a pick-up truck and the person
7  that took the lead was Joey Molds, which is the
8  chief of police for Enterprise -- (inaudible) --
9  Turner and the Deputy Anthony Chancelor got in front
10 of me as well.  So I was probably third to fourth at
11 this point once we got on the highway.
12      And then Mr. Tilman looked like he was about to
13 travel westbound on Highway 514 but instead he went
14 back south on State Highway 45.  And then once we
15 got around County Road 344 that's when Deputy
16 Chancelor hit Mr. Tilman and spun him out on the
17 side of the highway.  Then I put my front bumper
18 into his driver door to prevent him from leaving the
19 scene or continuing the pursuit.
20      Q.  And you ran your vehicle into his vehicle as
21 well?
22      A.  It was -- yes.  It was a low speed --
23 probably three to five miles an hour maybe.
24      Q.  Okay.  Who did the pit maneuver?
25      A.  Deputy Chancelor is the one that hit him and

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1    spun him out.

2        Q.  All right.  What happened after he was hit

3    and spun out and you ran your vehicle into his

4    vehicle?

5        A.  Several deputies exited their vehicle to

6    take Mr. Tilman into custody.  I stayed in my truck,

7    backed my truck out of his door, backed my truck up.

8    So when I exited my truck Mr. Tilman was in custody

9    on the ground facedown on the opposite side of the

10   vehicle -- of his vehicle.

11       Q.  Was he in handcuffs?

12       A.  Yes, sir.

13       Q.  Already in handcuffs before you approached

14   him?

15       A.  Yes, sir.

16       Q.  And once you approached him you started

17   kicking him?

18       A.  No.  I never had any physical contact with

19   Mr. Tilman.

20       Q.  You started stomping him?

21       A.  No, sir.

22       Q.  Started punching him?

23       A.  No, sir.

24       Q.  You were angry, weren't you?

25       A.  I was not.

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

1      Q.  You had been instructed by the sheriff of
2  Clarke County to beat Mr. Tilman's ass, correct?
3      A.  That is correct.
4      Q.  And that's what you did?
5      A.  That's not what I did.
6      Q.  You were instructed to shut him down and you
7  shut him down, didn't you?
8      A.  I assisted in stopping the pursuit, yes.
9      Q.  And you were instructed to beat his ass?
10     A.  I was instructed to beat his ass.
11     Q.  And you beat his ass, didn't you?
12     A.  I did not beat his ass.
13     Q.  Did you see anyone beat his ass?
14     A.  No, sir.  When they took Mr. Tilman into
15 custody I was still in my vehicle, my patrol truck.
16     Q.  So why did Mr. Tilman point you out as the
17 one that beat his ass?
18     A.  Apparently he's lying.  I never had
19 any physical contact -- I didn't handcuff him,
20 didn't touch him, didn't transport him.
21     Matter of fact, when I exited my truck and saw
22 that he was in custody on the ground and Officer
23 Joey Molds, which is the chief of the police for
24 Enterprise was the one next to him on the ground, I
25 returned to my vehicle so I could begin

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1  photographing the vehicle and the firearm in the

2  car.

3      Q.  Did you take any photos of Mr. Tilman?

4      A.  I don't think I took any photos of

5  Mr. Tilman.

6      Q.  Why not?  Didn't you want to document how

7  he looked after that beating?

8      A.  There was no beating that I know of.  I

9  wasn't able to see them take him into custody.

10     Q.  All right.  Was he out of breath once you

11  arrived?

12     A.  I don't know.  I didn't have any contact

13  with Mr. Tilman.

14     Q.  Did he complain of any shortness of breath?

15     A.  If he did, it wasn't to me.

16     Q.  All right.  Did you see how his face looked

17  once you arrived?

18     A.  He was facing down on the ground in custody

19  with Chief Joey Molds next to him.  I didn't see his

20  face or anything.

21     Q.  Did you hear him complain of pain?

22     A.  I did not.

23     Q.  Have you ever told a lie?

24     A.  Of course.  I got many spankings when I was

25  a kid.

Alpha Reporting          800-556-8974
A Veritext Company          www.veritext.com

1    Q.   Have you ever told a lie as an adult?

2    A.   No, sir.

3    Q.   Have you ever cheated?

4    A.   Like on a test or --

5    Q.   Cheat, any version.

6    A.   In high school I cheated on a history

7    test -- (inaudible) -- I thought she was going to

8    get me good.  She was pretty firm.

9    Q.   Have you ever cheated as an adult?

10   A.   No.

11   Q.   Have you ever stolen?

12   A.   Look, I accidentally stole when I was a kid.

13   I was with my mamaw Wybonne we talked about earlier.

14   Let me tell you what I done.  She was buying

15   groceries.  So I seen this bottle of mustard and at

16   the top it said 20 percent free and all I saw was

17   free.  So here I go out of the grocery store with a

18   bottle of mustard.  My mamaw made me take it back in

19   there and say I stole it on accident.

20   Q.   Have you ever stole as an adult?

21   A.   No.

22   Q.   So you've lied, cheated and stole as a kid

23   but never as an adult?

24   A.   Yes, I did.

25   Q.   How many jobs have you been terminated from

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

1  in your life?

2      A.  I was fired from Southwood Door Company when

3  I was 19 but I done forgot the name of the monetary

4  benefits you get for wrongful termination but I got

5  those, unemployment.

6      So I got unemployment for a year after Southwood

7  Door Company because I was wrongfully terminated.

8  They terminated me for lack of production at 7:30 in

9  the morning when I started my machine at 7:00.  What

10 it was, they found out I was going back to college

11 and they wasn't too happy.

12     Q.  So you were eventually --

13     A.  I eventually quit and in the next few months

14 returned to college and they didn't like that.

15     Q.  All right.  So you have been arrested, you

16 have been fired, you have been suspended, you've

17 been recommended for termination, you've lied,

18 you've stolen and you have cheated?

19     A.  Yes, sir.

20     Q.  You are no saint, are you, Mr. Ivy?

21     A.  No, sir, absolutely not.  I don't even

22 deserve God's grace.  I'm just glad he gives it to

23 me.

24     Q.  And you used to dip snuff?

25     A.  I did.  It didn't last long.  I didn't like

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1    it.  It gets all in your teeth.

2        Q.  Do you smoke?

3        A.  I do.

4        Q.  Bad habit, Mr. Ivy.

5        A.  I know.

6        Q.  What do you smoke, cigarettes or cigars?

7        A.  Cigarettes.

8        Q.  How many packs a day?

9        A.  Half at the most.

10       Q.  How long have you been smoking?

11       A.  I actually quit for about two years when I

12   was about -- about seven years.  I know.  My wife

13   gets on to me all the time.

14       Q.  Have you apologized to any of the black men

15   you have assaulted on the job unlawfully or

16   improperly?

17       A.  I have never assaulted anyone unlawfully or

18   improperly.

19       Q.  Including the black men you got suspended 30

20   days for pushing while he was in handcuffs?

21       A.  That's correct.

22       Q.  You never apologized to him?

23       A.  There was nothing to apologize for.

24       Q.  You don't feel like you did anything wrong?

25       A.  That's correct.

Alpha Reporting                          800-556-8974
A Veritext Company                    www.veritext.com

1    Q.  Do you ever recognize the error of your
2 ways, Mr. Ivy?
3    A.  If I'm in the wrong I do.  You can ask my
4 wife.  Lord have mercy.  I got two daughters, too.
5 So I live with three women.  I'm out numbered.  They
6 remind me every day if I make a mistake.
7    Q.  So this black man's life didn't matter
8 enough for you to apologize for pushing him in
9 handcuffs?
10   A.  The amount of force I used was completely
11 justified and it was reactive to his aggressive
12 actions.  So I didn't have anything to apologize
13 for.
14   Q.  You're going to the grave believing that?
15   A.  I'm going to my grave knowing that.
16   Q.  You're under oath but you got a 30-day
17 suspension on your record?
18   A.  That's right.
19   Q.  Have you ever heard the term stuck on
20 stupid?
21   A.  I have.
22   Q.  What does that mean?
23   A.  It means you're -- to me stupid means that
24 you know better and you do it anyway.  If you're
25 stuck on stupid you can't get out of that rut.

Alpha Reporting                          800-556-8974
A Veritext Company                    www.veritext.com

1    Q.  To do better you must first recognize that
2  you have done wrong, correct?
3    A.  That's correct.
4    Q.  And if you don't recognize what you're doing
5  is wrong, you don't get a chance to do it correct?
6    A.  Correct.
7    Q.  When are you going to long learn you cannot
8  go around assaulting people in handcuffs?
9    A.  I've never assaulted anybody in handcuffs.
10    Q.  Mr. Tilman says you did.
11    A.  I say I didn't.  I didn't have any physical
12  contact with Mr. Tilman.  I wasn't a part of the
13  physical arrest.
14    Q.  Do you have any video footage to prove this?
15    A.  I wish I did.  But no, the answer to that is
16  no.
17    Q.  No body camera, no video camera, correct?
18    A.  That's correct.  My truck was not equipped
19  with a camera and we didn't have body cameras.  I
20  didn't have.
21    Q.  Have you searched any of the businesses
22  around to see if they have camera footage?
23    A.  Where he was arrested there are no
24  businesses.  It was on the side of the state
25  highway.

Alpha Reporting          800-556-8974
A Veritext Company       www.veritext.com

1     Q.   So basically it's your word against his

2   word?

3     A.   It's the truth against a lie.

4     Q.   We know that the sheriff is on audio telling

5   y'all to beat his ass?

6     A.   That's right.

7     Q.   Did the sheriff help your case by saying

8   that on the radio?

9     A.   Not at all.

10     Q.   Did you talk to the sheriff about saying

11   that?

12     A.   I did actually.

13     Q.   Okay.  What did you say to him?

14     A.   That was stupid and he agreed.

15     Q.   Okay.  Had he ever done anything like that

16   before to your knowledge?

17     A.   No, sir.  It took me by surprise.

18     Q.   Okay.  Do you think he was on drugs or

19   alcohol that day?

20     A.   No, sir, I don't think he was on drugs or

21   alcohol.  I think he let his emotions get the best

22   of him and had a lapse in judgment because it was

23   definitely out of character.

24     Q.   Or do you think he let his racism get of out

25   of hand?

Alpha Reporting                                800-556-8974

A Veritext Company                           www.veritext.com

1    A.  I don't believe the sheriff is racist at
2    all.
3    Q.  Had he ever said anything like that about a
4    white person?
5    A.  He's never said that about anyone at all
6    except for that sole incident on this day.
7    Q.  The person happened to be black?
8    A.  Mr. Marquis Tilman is a black male, yes,
9    sir.
10    Q.  So the sheriff can control his emotions when
11    it comes to whites, Mexican but when it comes to a
12    black man he cannot control his emotions?
13    A.  He has controlled his emotions around
14    several black people that were arrested.  I don't
15    know how many years he has been in law enforcement,
16    I believe it's north of 30.  So there's probably
17    countless suspects of all different colors that he
18    has controlled his emotions.  I'm not taking up for
19    what he said because it's wrong.
20    Q.  Okay.
21    A.  He knows it's wrong.  Him and I discussed it
22    and he admitted it, that what said was not right.
23    Q.  Did he commit to not doing that again or
24    saying that again?
25    A.  He said -- I told him, I said you know that

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1  was stupid?  Basically the conversation was yeah --
2  I mean, for lack of better terms I had a dumb ass
3  moment.  So I could see the regret but that's my
4  personal opinion.  You know, I'm not a psychologist
5  or anything like that.
6       Q.  You know people outside of law enforcement
7  could hear what the sheriff said in the county?
8       A.  Right.  It was over the radio.
9       Q.  So that was not a good reflection on the
10  county, was it?
11       A.  It's terrible.
12       Q.  Some people would say that's one case of
13  being stuck on stupid, to say something like that
14  over the radio?
15       A.  I would say it was a huge lapse in judgment
16  and there was nothing right about it as far as the
17  verbiage he used.
18       Q.  Did he use any other verbiage when
19  describing this black man?
20       A.  No, sir.
21       Q.  He didn't use the "N" word or anything?
22       A.  No, sir.
23       Q.  Have you ever heard him use the "N" word?
24       A.  No, sir.
25       Q.  Have you ever heard any of your colleagues

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

1   use the "N" word on the job?

2       A.  No, sir.

3       Q.  You think its' wrong to use the "N" word?

4       A.  I do.

5       Q.  Have all your answers been truthful?

6       A.  Yes, sir.

7       Q.  Do you believe that Mr. Marquis Tilman has a

8   personal vendetta against you?

9       A.  I don't think we have enough history to

10  support what you would call a personal vendetta, but

11  I was commonly known in this county due to the fact

12  I was a narcotics agent.  So maybe that's where he

13  got my name.  I don't know.  But I didn't have any

14  type of physical contact and that includes

15  handcuffing, walking him to the car or any -- I

16  mean, he was in custody before I exited my vehicle.

17      So I would have to ask him personally why he

18  used my name.  Maybe Ben Ivy was a name that he

19  liked and picked out.  I don't know.  I couldn't

20  answer for him.  I would like to know that answer

21  myself.

22      Q.  We'll understand it better by and by.  Do

23  you believe that?

24      A.  Yes, sir.

25          MR. MOORE:  I tender the witness.

1          MS. MALONE:  I have no questions for this
2    witness.
3          (AND FURTHER DEPONENT SAITH NOT; SIGNATURE
4    NOT WAIVED.)
5          (WHEREUPON, THE DEPOSITION WAS CONCLUDED AT
6    12:43 P.M.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Alpha Reporting                          800-556-8974
A Veritext Company                       www.veritext.com

```
1                C E R T I F I C A T E
2

    STATE OF MISSISSIPPI:
3

    COUNTY OF UNION:
4

            I, ANDREA C. MYERS, CCR, Board Certified
5    Court Reporter, in and for the State of Mississippi,
     do hereby certify that the above deposition was
6    reported by me, and the transcript is a true and
     accurate record to the best of my knowledge, skills,
7    and ability.
8

            I further certify that I am not related to
9    nor an employee of counsel or any of the parties to
     the action, nor am I in any way financially
10   interested in the outcome.
11           I further certify that I am duly licensed by
     the Mississippi Board of Court Reporters as a
12   Licensed Court Reporter as evidenced by the CCR
     number and expiration date following my name below.
13

            I further certify that this transcript is
14   the work product of this court reporting agency and
     any reproduction and/or transfer of it is
15   unauthorized.
16
17
18           ANDREA C. MYERS, CCR #1834
19           Expiration Date 12-31-2021
             236 Adams Avenue
20           Memphis, Tennessee 38103
21
22
23
24
25

                                        Page 55
```

```
 1                CHANGES AND SIGNATURE

                TO THE ORAL DEPOSITION OF

 2                   <WITNESS NAME>

                    Volume 1 of 1

 3                      <DATE>

 4     PAGE    LINE    CHANGE          REASON

 5     _____

 6     _____

 7     _____

 8     _____

 9     _____

10     _____

11     _____

12     _____

13     _____

14     _____

15     _____

16     _____

17     _____

18     _____

19     _____

20     _____

21     _____

22     _____

23     _____

24     _____

25     4810408
```

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

```
1        I,            , have read the foregoing
2    deposition and hereby affix my signature that same is
3    true and correct, except as noted above.

4

5                        _____
                         <WITNESS NAME>
6    STATE OF _____)
     COUNTY OF _____)
7

           Before me, _____, on this
8    day personally appeared <WITNESS NAME>, known
     to me (or proved to me under oath or through _____
9    (description of identity card or other document) to be
     the person whose name is subscribed to the foregoing
10   instrument and acknowledged to me that they executed
     the same for the purposes and consideration therein
11   expressed.
           (Seal)  Given under my hand and seal of office
12   this _____ day of _____, _____.
13

14

                            _____
15                          Notary Public in and for the
                            State of _____
16

17

18

19

20

21

22

23

24

25
```

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

```
 1   jmalone@aabalegal.com

 2                          October 21, 2021

 3   RE: Tilman, Marquis v. Clarke County, Et Al.

 4   DEPOSITION OF: Benjamin Ivy (# 4810408)

 5        The above-referenced witness transcript is

 6   available for read and sign.

 7        Within the applicable timeframe, the witness

 8   should read the testimony to verify its accuracy. If

 9   there are any changes, the witness should note those

10   on the attached Errata Sheet.

11        The witness should sign and notarize the

12   attached Errata pages and return to Veritext at

13   errata-tx@veritext.com.

14        According to applicable rules or agreements, if

15   the witness fails to do so within the time allotted,

16   a certified copy of the transcript may be used as if

17   signed.

18                          Yours,

19                          Veritext Legal Solutions

20

21

22

23

24

25
```

Alpha Reporting                          800-556-8974
A Veritext Company                    www.veritext.com

## &

**&** 3:10

## 1

**1** 4:9 33:22,24 56:2,2
**10** 1:5 27:14 32:10
**10:00** 31:8
**11** 32:24
**11:45** 2:4
**12** 19:14 21:25
**12-31-2021** 55:19
**12:43** 54:6
**13** 19:14 21:25
**14** 7:1 31:1 32:24
**140** 6:14 7:19
**145** 41:1
**15** 6:25
**16** 14:23 31:21 32:9
**17** 14:16 31:1
**1717** 7:19
**18** 9:25 22:1 26:9
**18.90.** 32:13
**1805** 6:14
**1834** 55:18
**19** 28:18,18 46:3
**1982** 10:21
**19th** 28:16
**1st** 29:7

## 2

**20** 45:16
**2000** 13:20 26:4
**2003** 7:11 25:2 26:7 27:11
**2004** 25:3
**2006** 22:24
**2007** 22:25
**2012** 11:4 27:23
**2013** 27:13,21 28:13

**2019** 28:17 29:4 30:6 33:5 34:4
**2021** 1:16 2:2 29:6 58:2
**21** 26:10,11,12 29:5,7 31:1 58:2
**214** 3:10
**21st** 30:6 33:5 34:4
**236** 1:23 3:18 55:19
**25** 29:10 32:6
**25th** 26:7
**26.50** 32:7
**26634** 55:18
**2nd** 10:21

## 3

**3/21/19** 25:24
**30** 1:16 11:16,22 12:15 13:4,6,22,24 15:24 16:12 28:6 29:10 47:19 48:16 51:16
**306** 3:4
**30th** 2:2
**34** 4:9
**344** 41:15
**38103** 1:23 3:19 55:20
**38902** 3:5
**39** 10:23
**39355** 6:15
**39602** 3:11

## 4

**45** 41:2,14
**4810408** 56:25 58:4
**4:00** 31:4

## 5

**5** 4:3
**50** 21:23 22:3,4,10
**514** 41:13
**55** 4:25

## 6

**601-480-8548** 6:19
**6:00** 31:7

## 7

**7:00** 31:5 46:9
**7:30** 46:8

## 9

**901-523-8974** 1:24 3:19

## a

**a.m.** 2:4
**aabalegal.com** 58:1
**ability** 55:7
**able** 32:19 44:9
**absolutely** 18:4 22:11 46:21
**academy** 12:25 39:16
**accelerate** 37:2
**accepted** 13:6 14:1 14:3,5
**accident** 10:11 45:19
**accidentally** 45:12
**accommodate** 5:25
**accuracy** 58:8
**accurate** 55:6
**accusation** 22:20
**accused** 10:24
**accusing** 40:11
**acknowledged** 57:10

**action** 55:9
**actions** 48:12
**activated** 36:22
**adams** 1:23 3:18 55:19
**address** 6:13,20 40:11
**administration** 11:8
**admitted** 51:22
**admonished** 29:21 29:23
**adult** 7:4 8:16 45:1 45:9,20,23
**advise** 5:24
**advised** 37:22
**affidavit** 10:10 11:24
**affix** 57:2
**afternoon** 22:6
**agency** 55:14
**agent** 33:4 35:6 53:12
**ages** 32:23
**aggressive** 48:11
**ago** 19:13,21 25:3
**agree** 6:4
**agreed** 50:14
**agreements** 58:14
**ahead** 14:25 40:4
**al** 1:6 58:3
**alabama** 19:18,21
**alcohol** 25:7,10 50:19,21
**alias** 6:11
**alison** 6:23 9:7,10 9:11
**allen** 3:10,10,10
**allotted** 58:15
**allow** 5:19 14:25

| | | | |
|---|---|---|---|
| **allowed** 10:8 | **arrest** 11:4 24:3 | 41:4,14 45:18 | **beverage** 25:9 |
| **alpha** 1:22 3:17 | 49:13 | 46:10 | **birth** 10:20 |
| **altercation** 23:1,2 | **arrested** 9:22 15:3 | **backed** 42:7,7 | **bit** 20:24 |
| **amendment** 37:15 | 46:15 49:23 51:14 | **backup** 29:14 | **bite** 11:6 |
| **amount** 12:2 | **arrived** 44:11,17 | **backwards** 16:5 | **black** 12:3,4,5,14 |
| 30:19 48:10 | **aryan** 15:6 | **bad** 30:17 47:4 | 15:16 16:23,24,25 |
| **andrea** 3:18 5:15 | **asked** 20:10 31:17 | **barking** 40:7 | 17:22,25 18:4,5,16 |
| 55:4,18 | 33:9,13 34:13 | **basically** 19:15,15 | 19:22 20:3,6 21:8 |
| **angry** 42:24 | **asking** 5:10 20:2,3 | 32:2 34:14,16 | 22:22 34:8 36:9 |
| **anonymous** 34:5 | **ass** 43:2,9,10,11,12 | 35:9 50:1 52:1 | 47:14,19 48:7 |
| 35:7,10 37:13 | 43:13,17 50:5 | **bear** 37:15 | 51:7,8,12,14 52:19 |
| **answer** 5:15,20 | 52:2 | **beat** 30:4,5 43:2,9 | **blessing** 21:6 |
| 6:1 14:24 23:17 | **assault** 11:24 | 43:10,11,12,13,17 | **blue** 35:22 36:14 |
| 24:11 29:13 49:15 | 15:14 | 50:5 | 36:22 |
| 53:20,20 | **assaulted** 14:18 | **beating** 44:7,8 | **board** 55:4,11 |
| **answers** 53:5 | 15:17 47:15,17 | **beautiful** 18:1,1 | **body** 49:17,19 |
| **anthony** 41:9 | 49:9 | **began** 37:1 | **bottle** 45:15,18 |
| **anybody** 49:9 | **assaulting** 49:8 | **beginning** 2:4 | **bought** 21:20 |
| **anymore** 18:13,15 | **assisted** 43:8 | **behalf** 2:2 5:11 | **brandy** 7:25 8:3 |
| **anyway** 48:24 | **assume** 6:1 | **beings** 17:25 | **branscome** 3:4 |
| **apartment** 21:17 | **attached** 58:10,12 | **believe** 11:16 | **break** 5:18,19,21 |
| **apologize** 47:23 | **attempted** 15:7 | 28:16 30:2 40:19 | 33:1,2 |
| 48:8,12 | 35:21 36:13 | 51:1,16 53:7,23 | **breath** 44:10,14 |
| **apologized** 47:14 | **attention** 33:5 | **believing** 48:14 | **breeland** 3:10 |
| 47:22 | **attorney** 23:6 | **belt** 35:23 36:12 | **brief** 36:22 |
| **apparently** 43:18 | **attorney's** 23:8 | 37:12 38:10,21 | **brook** 6:23 9:2,5,7 |
| **appeared** 57:8 | **audible** 37:2 | 39:14,19,23 | 9:9,10,11 |
| **applicable** 58:7,14 | **audio** 50:4 | **ben** 6:12 53:18 | **brookhaven** 3:11 |
| **applications** 27:3 | **august** 10:21 | **benefit** 26:4 | **brotherhood** 15:6 |
| **applied** 27:3 | **auto** 18:23 | **benefits** 46:4 | **brothers** 7:21 8:7 |
| **appreciate** 20:16 | **available** 32:15 | **benjamin** 1:15 2:1 | 8:8 9:12 |
| **apprehend** 39:24 | 58:6 | 4:3 5:1 6:9,12 | **bubba** 25:12,14,15 |
| **approached** 42:13 | **avenue** 1:23 3:18 | 58:4 | **budget** 31:23 |
| 42:16 | 37:6 41:1 55:19 | **benton** 7:13,17 | **budweiser** 15:4 |
| **approximately** 2:4 | **b** | **best** 24:1,4 50:21 | **building** 19:6 |
| 22:4 | **b** 7:13 8:12 9:5 | 55:6 | **bump** 15:7 |
| **april** 29:5,6 | **back** 14:15 22:7 | **bethany** 9:15 | **bumper** 41:17 |
| **area** 6:19 8:19 | 22:14 28:23 30:13 | **better** 16:7 25:21 | **bunch** 31:24 |
| 34:21 | 30:24,24 31:16,17 | 32:19 34:25 48:24 | **budweiser** |
| **arm** 40:8 | 32:2,14 33:1 | 49:1 52:2 53:22 | **burned** 28:19 29:1 |
| | 35:11,18 37:23 | | 30:3,9 |

Alpha Reporting      800-556-8974

A Veritext Company      www.veritext.com

**businesses** 49:21 49:24
**butt** 11:5 15:8,19 15:20,21,22
**buy** 25:10,10 31:24
**buying** 45:14

**c**

**c** 3:1,18 55:1,1,4 55:18
**call** 9:6 12:13 22:2 22:9 30:8 34:5 35:7,10 53:10
**called** 6:12 10:7 15:5 23:20 24:6,9 24:12 25:12,14 35:5,11,18
**caller** 37:13
**calls** 23:23 29:13 35:11
**camera** 38:15,16 49:17,17,19,22
**cameras** 49:19
**captain** 27:1
**car** 11:5 15:7 16:4 34:21 36:7 44:2 53:15
**card** 57:9
**carlos** 3:3 5:7
**carry** 24:4
**cars** 35:4 37:8 41:5
**case** 15:4 35:16 50:7 52:12
**caught** 14:3
**cause** 11:25 14:10 16:15
**ccr** 55:4,12,18
**certificate** 4:25 13:16

**certified** 11:10 12:21 55:4 58:16
**certify** 55:5,8,11 55:13
**chance** 49:5
**chancelor** 41:9,16 41:25
**change** 56:4
**changed** 11:15
**changes** 56:1 58:9
**character** 50:23
**characteristic** 36:6
**chase** 38:4,5,6,7 38:21 39:5
**chasing** 37:24 38:2
**cheat** 45:5
**cheated** 45:3,6,9 45:22 46:18
**check** 37:20
**chest** 15:7
**chevron** 34:22 35:1,3 36:5
**chew** 24:24
**chewed** 24:25
**chief** 11:9,9 12:15 16:21 27:20 41:8 43:23 44:19
**chief's** 12:16
**children** 6:21 7:4 32:20,21
**choctaw** 19:21
**choice** 25:9 37:11
**cigarettes** 47:6,7
**cigars** 47:6
**circuit** 12:1 16:17
**city** 10:12,13 16:18
**civil** 2:7
**civilian** 11:11 28:20

**clan** 17:8
**clarke** 1:6 5:10 6:17 7:6,20 8:14 8:23 9:1 27:17 28:11 29:9,17 32:12,14,17 39:12 43:2 58:3
**classes** 13:13,14
**clothes** 22:12
**cochran** 3:4
**code** 6:19
**colleagues** 52:25
**college** 22:1 26:15 26:17,19,22 27:7 46:10,14
**colors** 18:3 51:17
**come** 9:2 10:3 21:18 22:5 28:23 31:16,17 32:1 33:1 37:23
**comes** 8:2 51:11 51:11
**coming** 38:17
**commit** 51:23
**commonly** 6:12 53:11
**community** 26:18 27:7
**company** 28:20 46:2,7
**competency** 2:11
**complain** 44:14,21
**completed** 28:2
**completely** 48:10
**completion** 13:16
**computer** 38:13
**concerning** 33:6
**concluded** 54:5
**conduct** 40:12
**conference** 2:5

**confirm** 37:23
**consent** 2:3
**consider** 23:14,18
**consideration** 57:10
**contact** 19:12 20:6 42:18 43:19 44:12 49:12 53:14
**continually** 15:5
**continue** 5:15
**continued** 36:25
**continuing** 41:19
**control** 51:10,12
**controlled** 51:13 51:18
**conversation** 36:23 52:1
**conversations** 20:18,21
**convicted** 10:14 37:17,18,24
**conviction** 10:18
**copy** 39:9 58:16
**corona** 25:11
**corporation** 1:22 3:17
**correct** 15:14 16:3 16:8,14 23:22 30:13 38:24 40:2 43:2,3 47:21,25 49:2,3,5,6,17,18 57:3
**correctly** 5:16
**counsel** 2:4 11:14 13:25 33:25 55:9
**counseled** 29:19
**counselor's** 40:8
**counties** 7:7
**countless** 51:17
**county** 1:6 5:10 6:14,16,17 7:7,19

7:20 8:14,23 9:1
9:17 15:3 19:4,21
23:12 26:21 27:17
28:11,24 29:7,9,9
29:17 32:8,12,14
32:17 39:12 41:15
43:2 52:7,10
53:11 55:3 57:6
58:3
**course** 44:24
**court** 1:1 3:16
10:12,13 12:1
16:17 55:5,11,12
55:14
**cousin** 25:19
**cousin's** 10:5
**coverage** 30:22
**crash** 25:15
**create** 11:7 31:24
**created** 12:24,24
**criminal** 10:18
27:6 35:15
**csr** 3:18
**current** 20:3,12,21
**currently** 28:24
**custody** 42:6,8
43:15,22 44:9,18
53:16
**cv** 1:5

**d**

**d** 7:25
**dad** 7:11 20:25
26:24
**dad's** 8:11 26:25
27:2
**daddy** 27:8
**danger** 38:9 39:18
39:22,25
**date** 10:20 55:12
55:19 56:3

**daughter's** 12:11
**daughters** 48:4
**day** 2:2 11:16,22
12:15 13:4,6,22,24
15:24 16:12 26:1
27:13 28:6 30:22
33:7 40:23 47:8
48:6,16 50:19
51:6 57:8,12
**days** 30:23 47:20
**dead** 20:15,18,22
**dealing** 14:6 24:3
**dealings** 36:9
**dealt** 14:16,19
**death** 25:18
**debt** 31:25
**deceased** 7:11
20:7,23 21:2
**decent** 16:21
**defendant** 1:7
**defendants** 3:9
**definitely** 50:23
**definition** 23:15
**degree** 26:23
**department** 10:9
11:3 16:16 26:6
26:16 27:1,11,17
28:5,12,25 29:8,17
34:4 39:12
**deponent** 54:3
**deposition** 1:11
2:1,6 5:12,15
33:22,24 54:5
55:5 56:1 57:2
58:4
**deputies** 29:14
41:3 42:5
**deputy** 29:13 41:9
41:15,25
**describe** 24:17
36:6,7

**describing** 52:19
**description** 34:18
36:3 57:9
**deserve** 46:22
**died** 25:15
**difference** 23:16
**different** 22:25
51:17
**dip** 24:20 46:24
**diploma** 13:9,17
13:18 26:3
**dipped** 24:22 25:1
25:2
**direction** 40:5,16
40:19
**disciplined** 28:4
29:16
**discussed** 51:21
**dispatch** 37:3,22
37:23
**disposed** 2:13
**dispute** 17:20
**distance** 11:7
12:24
**distinguish** 20:15
**district** 1:1,1
**division** 1:2
**document** 33:23
44:6 57:9
**documented** 37:9
**dog** 40:7
**doing** 32:16,16,18
40:20 49:4 51:23
**door** 10:6 41:18
42:7 46:2,7
**doors** 19:3
**dos** 25:11
**double** 30:22 32:4
**drank** 25:4
**drink** 25:7

**drive** 3:4 10:9 31:3
**driver** 41:18
**driveway** 10:2
**driving** 41:6
**drugs** 50:18,20
**due** 11:12 12:20
13:6,24 14:5
37:13 53:11
**duly** 5:2 55:11
**dumb** 52:2
**duty** 24:13
**dwight** 18:10,20

**e**

**e** 3:1,1,3 7:13 8:12
55:1,1
**ear** 40:6
**earlier** 45:13
**easily** 27:19
**eastbound** 34:23
**eastern** 1:2
**ed** 13:13
**edwards** 18:11
19:17
**effect** 24:3 35:21
36:13
**effected** 11:4
**either** 22:7 26:23
**emancipated**
26:11
**emotions** 50:21
51:10,12,13,18
**employed** 13:8
14:2,6 28:24
**employee** 55:9
**employees** 30:17
**ended** 37:6
**enforcement** 27:8
28:19,23 30:8,13
30:16 31:17,21,23
32:5 39:16 51:15
52:6

**enterprise** 41:8
43:24
**environment**
21:19
**equipment** 30:21
30:23
**equipped** 49:18
**equis** 25:11
**errata** 58:10,12,13
**error** 48:1
**especially** 24:2
**esq** 3:3,9
**et** 1:6 58:3
**eventually** 46:12
46:13
**evidenced** 55:12
**exactly** 24:14
**exaggerate** 22:16
**examination** 4:1
5:4
**examined** 5:2
**excessive** 10:24
11:12 12:2 22:20
**exchanged** 36:24
**excluding** 2:9
**exclusive** 17:6
**execute** 29:15
**executed** 57:10
**exel** 18:10,22
**exhibit** 4:6,9 33:22
33:24
**exited** 42:5,8
43:21 53:16
**expect** 6:6
**expedition** 36:21
**experience** 14:24
22:18
**expert** 14:10
**expiration** 55:12
55:19

**expressed** 57:11
**extra** 31:25

**f**

**f** 55:1
**face** 11:6 44:16,20
**facedown** 42:9
**facing** 44:18
**fact** 11:13 13:7,24
14:5,9,11 37:13
43:21 53:11
**failed** 38:10
**fails** 58:15
**failure** 35:23
**fair** 6:2
**family** 8:18 9:20
31:15
**far** 29:9 52:16
**fashion** 40:14
**fast** 5:23 19:14
**faster** 41:5
**father** 8:22
**fear** 34:16,16
**federal** 2:7
**feel** 14:6 47:24
**fell** 41:4
**felon** 37:17,18,24
38:22
**female** 34:7,8,8
**fight** 11:19 13:7
**filed** 5:9 23:12
**filipino** 8:1
**finally** 6:4
**finances** 32:3
**financially** 31:19
55:9
**fine** 10:4
**finished** 27:4
**fire** 28:9
**firearm** 34:11
35:8 37:14 38:23
44:1

**firearms** 37:16
**fired** 46:2,16
**firm** 3:4,16 45:8
**first** 5:2 9:9 11:11
26:18 34:21 49:1
**five** 32:25 41:23
**fixed** 30:24
**fleeing** 38:3,4
**folks** 20:8
**follow** 38:25 39:2
**following** 40:1
55:12
**follows** 5:3
**food** 19:14 21:20
22:12
**footage** 49:14,22
**force** 10:25 11:12
12:2 14:10,12
22:20 48:10
**foregoing** 57:1,9
**forgot** 46:3
**formal** 11:11
12:21
**formalities** 2:9
**forms** 2:9
**forward** 20:15
**found** 11:18 46:10
**four** 36:18 41:3
**fourth** 41:10
**frank** 6:9
**free** 45:16,17
**friday** 22:6
**friend** 20:1 21:4
25:15,20 26:25
**friends** 18:5,16
19:23 20:2,3,11,11
20:12
**front** 10:13 11:25
41:9,17
**full** 11:19,21 12:12
21:16

**funeral** 27:2
**further** 54:3 55:8
55:11,13

**g**

**general** 34:21
**george** 7:17
**georgia** 18:21
19:18 29:2 30:15
30:19 31:22,25
32:4,17
**give** 5:14 12:8 18:9
23:5 26:4 35:14
**given** 5:12 36:4
57:11
**gives** 46:22
**glad** 46:22
**go** 7:21 10:4,4
11:20 14:25 22:7
25:10 26:17 27:16
30:24 31:24 32:14
37:10 40:4 45:17
49:8
**god's** 46:22
**goes** 30:21
**going** 6:5 15:16
20:4,15 24:4 28:9
33:5,15,21 40:17
40:21,23 45:7
46:10 48:14,15
49:7
**good** 10:4 18:3
19:25 21:4 32:1
38:14 45:8 52:9
**grace** 46:22
**graduated** 26:9
**grandparent** 8:10
**grandparents** 8:9
**grave** 48:14,15
**great** 21:19
**greatly** 31:9,11

**grenada** 3:5
**groceries** 45:15
**grocery** 34:22
  45:17
**ground** 5:14 42:9
  43:22,24 44:18
**group** 17:6
**guy** 11:13 12:22
  13:1 15:17 27:22

**h**

**habit** 47:4
**half** 7:1 14:24
  31:22 33:1 47:9
**hand** 50:25 57:11
**handcuff** 43:19
**handcuffed** 12:22
**handcuffing** 53:15
**handcuffs** 11:14
  13:2 14:8,14,22
  15:10,18 16:8
  22:23 42:11,13
  47:20 48:9 49:8,9
**happened** 27:21
  33:7 37:5 42:2
  51:7
**happy** 46:11
**head** 11:5 15:8,19
  15:20,21,22 40:6
  40:16,18
**hear** 25:17,18
  44:21 52:7
**heard** 25:5 40:7
  48:19 52:23,25
**hearing** 2:13
  11:25 14:11
**hearts** 18:1,2
**help** 21:8,20 50:7
**helped** 19:16
  21:11 22:11
**helping** 22:9

**high** 13:9,11,12,17
  13:18 26:2,3,10,15
  37:7,10 38:6,20
  39:4,13,18,22 45:6
**higher** 28:21
**highway** 41:1,2,11
  41:13,14,17 49:25
**hired** 11:14 26:6
  26:13 32:6
**history** 45:6 53:9
**hit** 10:2,7 41:16,25
  42:2
**hold** 38:19
**holiday** 23:7
**home** 21:13,19,21
  22:7 30:17,18
  31:5,8,10 32:18
**homework** 21:20
**hood** 16:6
**hope** 25:21
**hour** 10:5 31:3
  32:6,7,9,10 41:23
**hours** 30:19
**house** 10:5 29:10
  29:11
**houses** 10:5
**huge** 52:15
**human** 17:25
**hung** 19:25
**hurt** 25:5
**husband** 8:1
**husband's** 8:5
  9:18

**i**

**identify** 34:13
**identity** 57:9
**immateriality**
  2:12
**improper** 40:20
**improperly** 47:16
  47:18

**inappropriate**
  15:25
**inaudible** 7:9 15:8
  26:8 27:20 41:8
  45:7
**incident** 27:21
  30:7 51:6
**incidents** 15:16
**includes** 53:14
**including** 47:19
**index** 4:1,6
**individual** 16:22
**individuals** 14:20
**inside** 9:1,16 35:1
**instructed** 43:1,6
  43:9,10
**instructing** 40:13
**instrument** 57:10
**interested** 55:10
**intersection** 35:2
  36:18,20
**investigate** 35:16
**investigator** 35:15
  35:15
**invited** 17:10
**involved** 41:4
**irrelevancy** 2:11
**ish** 22:25
**ivy** 1:15 2:1 4:3
  5:1,7 6:9,23 8:15
  9:8,11 13:4 22:16
  33:4 40:24 46:20
  47:4 48:2 53:18
  58:4
**ivy's** 33:21

**j**

**jackson** 18:10,22
  37:6 40:25
**jail** 15:3 24:4
**james** 12:17,18

**january** 6:25
  27:13 28:13,14
**jason** 8:6
**jasper** 19:4
**jessica** 3:9 40:20
**jmalone** 58:1
**job** 11:19 27:4
  28:20 29:2 30:20
  31:5 47:15 53:1
**jobs** 26:4 45:25
**joey** 41:7 43:23
  44:19
**john** 18:11 19:17
**jokingly** 24:12
**jones** 9:15,19
  18:11 19:14 21:10
  26:21,25 27:6
**jr** 6:9
**judge** 10:13 12:1
  16:17
**judgment** 50:22
  52:15
**june** 26:7
**junior** 26:21
**jury** 30:2
**justice** 3:10 27:6
**justified** 48:11
**justin** 35:6
**juvenile** 10:2,10

**k**

**k** 9:5
**keep** 13:25 40:21
  40:23
**kicking** 42:17
**kid** 44:25 45:12,22
**kind** 20:14 21:10
**knew** 13:1 14:3,7
**knock** 10:6
**know** 5:18 10:4,16
  12:7,11,11 14:15
  14:17 19:1,11

20:25 21:17 23:16
24:13,13,14,14,15
24:16,17 25:11,23
31:21 35:25 36:1
36:23 38:22 40:3
44:8,12 47:5,12
48:24 50:4 51:15
51:25 52:4,6
53:13,19,20
**knowing** 48:15
**knowledge** 50:16
55:6
**known** 53:11 57:8
**knows** 51:21
**ks** 1:5

### l

**l** 7:25
**lack** 46:8 52:2
**lakeith** 18:11 19:8
19:10,11,12,14
21:10
**landed** 16:5 30:13
**lane** 41:3
**lapse** 50:22 52:15
**lately** 33:11
**laten** 18:10,25
**latrice** 18:11 19:5
**lauderdale** 15:3
23:13
**law** 8:21,22 27:8
28:19,23 30:8,13
30:16 31:16,21,23
32:5 39:15 51:15
52:6
**law's** 8:25
**lawsuit** 5:9 22:24
23:10
**lead** 41:7
**lean** 38:12
**learn** 49:7

**learned** 35:10
**leave** 27:18 28:18
30:15
**leaving** 10:11
41:18
**left** 26:2 30:8,11
32:2,11 35:3
**legal** 11:14 13:25
58:19
**licensed** 55:11,12
**lie** 44:23 45:1 50:3
**lied** 45:22 46:17
**life** 18:17 25:19
30:18 31:11 32:18
46:1 48:7
**light** 35:22
**lights** 36:14,22
**liked** 53:19
**line** 56:4
**list** 19:22 20:5,7
**listed** 34:6
**listen** 38:13
**little** 6:25 20:24
32:9
**live** 31:9,20 48:5
**lives** 8:13 9:16
17:22 19:4 38:9
39:17,22,25
**living** 7:12 8:10
20:7,15
**locate** 34:20
**located** 36:4
**lockhart** 18:12
19:19,20
**long** 6:24 27:11
28:14 29:1 46:25
47:10 49:7
**look** 18:1,2 35:6
45:12
**looked** 41:12 44:7
44:16

**looking** 40:4
**lord** 48:4
**lost** 32:9 35:4
**lot** 14:17 18:3
25:17 34:24
**low** 41:22
**lower** 31:18
**lying** 43:18

### m

**m** 7:25
**machine** 19:3 46:9
**maiden** 9:11
**maintain** 21:1
**major** 33:21
**majoring** 27:5
**making** 31:11 32:7
32:8
**male** 12:14 15:2,9
36:9 51:8
**maliciously** 24:13
**malone** 3:9 18:10
18:20 20:4 40:10
54:1
**mamaw** 45:13,18
**man** 16:8 51:12
52:19
**man's** 48:7
**management** 27:7
**maneuver** 41:24
**march** 29:4 30:6
33:5 34:4
**marked** 33:24
**marketing** 27:7
**maroon** 36:21
**marquis** 1:3 5:8
25:23 34:3,11
35:7,25 36:9 51:8
53:7 58:3
**marriages** 7:2
**married** 6:24 7:16
9:15

**marshals** 34:12
35:9
**matt** 9:19
**matter** 14:9 17:22
18:4 43:21 48:7
**matters** 2:11
**mayor** 11:9
**mean** 31:20 48:22
52:2 53:16
**means** 29:24 31:20
48:23,23
**member** 15:6 17:5
**membership**
17:10
**memory** 21:6
**memphis** 1:23
3:19 55:20
**men** 47:14,19
**mercy** 48:4
**meridian** 10:1
11:3 12:10,14
16:15,18 18:23
21:17 26:6,16,18
27:1,6,10,18 28:5
**message** 20:24
**met** 21:25 25:25
**mexican** 51:11
**michael** 18:12
19:20 21:3 25:20
**michelob** 25:11
**middle** 9:5,9,10
36:20
**miles** 29:10 41:23
**military** 22:18
**mill** 29:3
**mind** 11:15
**mine** 20:1 41:5
**minute** 32:25
**misdemeanor** 38:6
38:7 39:5

**missed** 30:14,16
**mississippi** 1:1 3:5
  3:11 6:15 7:19
  8:13 9:16 10:1
  18:24 19:7 39:15
  55:2,5,11
**mistake** 48:6
**molds** 41:7 43:23
  44:19
**mom** 21:17
**moment** 52:3
**monetarily** 32:18
**monetary** 46:3
**money** 22:13
  30:12 31:12,25
**month** 12:20
  19:21 26:11
**months** 19:13
  26:12 30:3,6,7
  46:13
**moons** 25:3
**moonshine** 25:4
**moore** 3:3 4:3 5:6
  5:7 20:9 32:25
  33:3 34:1 40:15
  40:22 53:25
**morning** 31:4 46:9
**mother** 7:12 8:11
  8:25
**move** 16:2
**moved** 14:1 16:3
**moving** 40:18
**mtp** 1:5
**murdered** 19:20
  25:20
**mustard** 45:15,18
**myers** 3:18 55:4
  55:18

**n**

**n** 3:1 7:13,13,25
  7:25 8:12,12 15:5
  17:12,14,17 52:21
  52:23 53:1,3
**name** 5:7 6:8,10
  6:22 7:12,24 8:1,5
  8:11,14,25 9:3,5,9
  9:9,10,10,11,14,15
  9:18 12:5,6,7,12
  12:16 23:5,7,8
  36:17 37:20 46:3
  53:13,18,18 55:12
  56:2 57:5,8,9
**named** 22:24 23:3
  25:15
**names** 18:9
**narcotic** 35:5
**narcotics** 53:12
**neck** 24:17
**need** 5:18,23 17:16
  24:15
**needed** 20:5,7
  22:12,12,13
**nephews** 8:16
**never** 11:10 17:9
  17:13,14,15 24:25
  25:14 27:4 36:1,9
  40:19 42:18 43:18
  45:23 47:17,22
  49:9 51:5
**new** 11:8,8,9
**nickname** 12:7,8
  12:12
**nieces** 8:16
**night** 22:7
**nights** 21:21 22:3
  22:4,10
**no.2:20** 1:5
**north** 36:16 37:6
  40:25,25 41:1,1

51:16
**northbound** 35:20
  36:25 37:7
**notarize** 58:11
**notary** 57:15
**note** 58:9
**noted** 57:3
**notice** 2:3 28:3
**notified** 37:3
**number** 6:18 34:6
  34:15 35:12,13
  55:12
**numbered** 48:5

**o**

**o** 7:13,25,25 8:12
  9:5,5
**oath** 33:4 48:16
  57:8
**object** 20:4
**objections** 2:10
**observe** 29:13
  34:25
**occasion** 11:2
**occasionally** 25:8
**october** 28:16,16
  28:18 29:4 58:2
**offer** 13:25 28:20
  29:14
**office** 57:11
**officer** 11:10
  14:16 16:20 22:25
  23:3 26:11 43:22
**officers** 39:16
**official** 27:13
**okay** 5:21 6:6,13
  7:18 8:7,13,18,24
  9:2,18 16:25
  23:12 25:12 26:14
  26:20 27:8 28:4
  28:11 31:10 32:25
  34:10 35:17 38:18

39:11 41:24 50:13
  50:15,18 51:20
**old** 9:25 10:22
  19:15 22:1 26:9
**once** 11:3 41:3,11
  41:14 42:16 44:10
  44:17
**opinion** 23:16 52:4
**opposite** 40:4 42:9
**oral** 56:1
**outcome** 55:10
**outside** 19:25 52:6

**p**

**p** 3:1,1 7:25
**p.m.** 31:7,8 54:6
**pacific** 18:21
  19:18 29:2 30:15
  30:19 31:22,25
  32:5,17
**packs** 47:8
**page** 33:16 39:7
  56:4
**pages** 58:12
**pain** 44:21
**pamela** 7:12
**paper** 29:3
**papers** 29:15
**pardon** 19:9 20:20
  29:22
**parents** 7:10 8:21
  10:3,7,10
**parked** 34:25
**parking** 34:24
**part** 21:16 49:12
**parties** 55:9
**partner** 35:5
**passed** 7:11 19:23
  19:24 26:24
**patrol** 16:4,6
  29:13 43:15

Alpha Reporting
A Veritext Company
800-556-8974
www.veritext.com

| | | | |
|---|---|---|---|
| **patting** 22:14 | **plaintiff** 1:4 2:3 | **proved** 57:8 | **r** |
| **pay** 28:21 31:18 | 3:3 23:6,7 | **provisions** 2:7 | **r** 3:1 9:5 55:1 |
| 32:11 | **plamondon** 7:25 | **psychologist** 52:4 | **racially** 17:5 |
| **peace** 21:5 | 8:3,4,6 | **public** 57:15 | **racism** 50:24 |
| **pending** 5:20 | **please** 5:24 40:12 | **pulled** 34:24 35:3 | **racist** 51:1 |
| **pennington** 19:18 | **pleasure** 5:8 | **punching** 42:22 | **radio** 37:9 50:8 |
| 29:3 | **point** 35:5 38:22 | **purposes** 57:10 | 52:8,14 |
| **people** 14:17 17:1 | 39:7 41:11 43:16 | **pursuant** 2:3,6 | **raise** 19:16 22:9 |
| 17:25 18:3,4 20:7 | **police** 10:6,9 11:3 | **pursue** 39:4,12 | **raised** 21:8,9 |
| 20:19,22 21:8 | 11:9,9,10,11 12:21 | **pursued** 37:3 | **ran** 11:6 15:22 |
| 24:10 39:13 49:8 | 12:25 14:16 16:16 | **pursuit** 39:3 41:4 | 37:8,8 41:20 42:3 |
| 51:14 52:6,12 | 16:20,21 22:25 | 41:19 43:8 | **rank** 16:20 |
| **people's** 18:2 | 23:3 26:6,10,16 | **push** 13:1 14:7 | **rate** 28:21 31:18 |
| 39:17 | 27:1,1,11,20 28:5 | 15:12 | 32:11 37:7 39:13 |
| **percent** 45:16 | 41:8 43:23 | **pushed** 11:6,13 | 39:18,22 |
| **person** 14:13,19 | **policy** 38:25 39:2 | 12:22 15:13,17,23 | **ray** 12:9,9,10,12 |
| 14:22 20:6 22:22 | 39:3,8 | 22:22 27:22 | 12:12 |
| 35:11 41:6 51:4,7 | **position** 32:15 | **pushing** 16:7 | **rayleigh** 12:13 |
| 57:9 | **possession** 35:8 | 47:20 48:8 | **rays** 12:10 |
| **personal** 52:4 53:8 | 37:14 38:23 | **put** 30:21 35:14 | **reactive** 48:11 |
| 53:10 | **possible** 24:12 | 38:9 39:17,21 | **read** 33:12 57:1 |
| **personalities** 18:2 | **possibly** 35:8 | 40:6,12,16 41:17 | 58:6,8 |
| **personally** 25:25 | **pray** 20:24 | **putting** 39:25 | **real** 12:7 |
| 53:17 57:8 | **presented** 2:13 | | **really** 21:4 |
| **phone** 6:18 34:5 | **pretty** 30:17 45:8 | **q** | **reason** 56:4 |
| 35:12 | **prevent** 41:18 | **qualification** | **reasons** 31:16 |
| **photographing** | **prior** 7:2 25:23 | 24:15 | **rebuttal** 13:25 |
| 44:1 | **probable** 11:25 | **qualifications** | **recall** 40:24 |
| **photos** 44:3,4 | 14:10 16:15 | 24:19 | **received** 13:4 34:5 |
| **physical** 23:1 | **probably** 14:18 | **question** 5:20,21 | **recognize** 48:1 |
| 34:18 36:6 42:18 | 19:2 21:22 25:2 | 5:24 6:1,2 14:21 | 49:1,4 |
| 43:19 49:11,13 | 41:10,23 51:16 | 26:8 | **recommendation** |
| 53:14 | **problem** 16:25 | **questions** 5:11 | 11:17 16:12 |
| **physically** 10:8 | **procedure** 2:8 | 23:17 54:1 | **recommended** |
| 23:2 24:16 | **proceeded** 40:25 | **quit** 32:7 46:13 | 11:12 12:15 46:17 |
| **pick** 41:6 | **product** 55:14 | 47:11 | **record** 20:10 |
| **picked** 32:2 53:19 | **production** 46:8 | **quite** 37:8 | 40:13 48:17 55:6 |
| **piece** 30:21,23 | **proper** 16:21 | **quitman** 6:14 7:19 | **red** 24:17 |
| **pit** 41:24 | **properly** 14:24 | 8:13,23 9:1 13:12 | **redneck** 23:14,15 |
| **place** 19:14 21:15 | **prove** 49:14 | 19:4,6,7 34:13 | 23:18,20 24:7,9,14 |
| 37:4 | | | 24:16,19 |

reduced 11:15
reed 12:17,18
referenced 33:23
  58:5
reflection 52:9
regret 52:3
regular 13:9,13,15
  26:3 30:24
related 55:8
relation 7:9
relationship 21:1
relatives 7:6
relief 31:6,7
remarried 7:14
remember 23:8
  36:16
remind 48:6
repeat 5:24 38:8
repercussion
  34:17
rephrase 5:24
report 33:6
reported 55:6
reporter 55:5,12
reporter's 4:25
reporters 55:11
reporting 1:22
  3:16,17 55:14
representation
  16:21
representative
  16:19
representing 5:8
reprimanded
  29:25
reproduction
  55:14
request 5:25 39:9
reserved 2:12
reside 7:18

resides 6:20
resign 28:8
resignation 28:3
resigned 27:24
  28:1
respond 23:24
  24:5
rest 21:5
restrained 10:8
  11:14 14:18
retained 33:25
retired 19:2
return 58:12
returned 43:25
  46:14
review 33:13
reviewed 33:11
ride 34:17,19
riding 34:13 35:19
right 7:14 8:9,16
  8:21 9:20 12:14
  21:7 23:5,9 26:2
  27:10 33:15 36:11
  36:18 37:15 38:12
  38:17,20,25 42:2
  44:10,16 46:15
  48:18 50:6 51:22
  52:8,16
road 6:14 7:19
  37:9 41:15
robert 8:22
roberts 18:11
ross 35:6
rough 14:19
roughly 19:12,14
  21:25 22:5,24
  29:10 32:9
row 31:1,1,2
rules 2:7 5:14
  58:14

run 10:7 37:20
running 30:24
rut 48:25

**s**

s 3:1
saint 46:20
saith 54:3
salary 31:21
sandra 8:25
saw 27:2 34:21
  35:19,20 36:11
  43:21 45:16
saying 12:1 35:7
  50:7,10 51:24
says 17:19 49:10
scene 10:11 41:19
scheduled 31:6
school 13:9,11,12
  13:17,18 22:8,13
  26:2,3,10,15 45:6
seal 57:11,11
searched 49:21
seat 35:23 36:12
  37:12 38:10,21
  39:13,19,23
seatbelt 35:21
second 26:21 33:1
  33:15 37:15 38:19
see 33:16 34:17,18
  34:19 40:8,17,18
  43:13 44:9,16,19
  49:22 52:3
seen 27:19 36:1
  38:21 45:15
semester 26:25
  27:4
send 20:24
september 1:16
  2:2
serve 29:14

seven 47:12
shape 40:14
sheet 58:10
shell 36:15,19 37:1
sheriff 43:1 50:4,7
  50:10 51:1,10
  52:7
sheriff's 27:17
  28:11,25 29:8,11
  29:17 34:4 39:12
shift 23:4 30:25
shop 19:3
short 6:12 33:2
shortly 27:24
  35:11
shortness 44:14
show 10:6 31:6,7
  33:15 39:10
shut 43:6,7
siblings 7:21
side 10:2 36:16
  40:5,9 41:17 42:9
  49:24
sign 10:1 58:6,11
signature 2:10
  33:17,19 54:3
  55:18 56:1 57:2
signed 10:10 11:23
  33:16 58:17
similar 14:21
  15:16
simple 11:24
simply 40:17
single 20:5
sir 5:13,17,22 6:3
  6:7 7:3,5,15 8:20
  10:15 11:23 12:19
  15:11,15 16:9
  17:4,11,21,23
  18:14,19 20:13,17
  22:15,17,19 23:11

23:21 26:24 27:9
27:15,25 28:2,7,10
30:1 33:12,18,20
35:24 36:13 37:19
39:1,6 42:12,15,21
42:23 43:14 45:2
46:19,21 50:17,20
51:9 52:20,22,24
53:2,6,24
**sirens** 37:3
**sister** 7:23 9:13
**sisters** 7:22 9:12
**six** 19:12 22:2,10
**skateboard** 10:2
**skills** 55:6
**smart** 31:19
**smoke** 47:2,6
**smoking** 47:10
**snuff** 24:20,22
25:1,2 46:24
**sole** 51:6
**solutions** 58:19
**somebody** 14:7
15:21 22:9 24:3
24:12 36:20 37:11
38:9,10 39:4,23
**sorry** 25:17,18
**sort** 40:12
**soul** 21:5
**souls** 18:1
**sounded** 34:6
**south** 41:14
**southern** 1:1
**southwood** 19:3
46:2,6
**space** 12:24
**span** 21:24
**spankings** 44:24
**speaker** 38:12,13
38:17 40:5

**special** 13:13
**specify** 20:5
**speed** 37:8,11 38:6
38:20 39:4,13,18
39:22 41:22
**speeding** 10:15
40:2
**spend** 32:19
**spent** 22:3
**spun** 41:16 42:1,3
**start** 7:10 8:21
14:25
**started** 22:1 27:10
29:7 37:24 42:16
42:20,22 46:9
**state** 6:8 41:2,14
49:24 55:2,5 57:6
57:15
**statement** 4:9 33:8
33:9,11,16,21 34:6
35:14
**states** 1:1
**station** 36:16,19
37:1
**stationary** 9:25
35:1
**stay** 21:15,18,21
27:11 28:14
**stayed** 30:12 31:23
42:6
**stealing** 11:5 15:4
**stole** 45:12,19,20
45:22
**stolen** 45:11 46:18
**stomping** 42:20
**stop** 10:1 35:22
36:14,15 37:10
**stopped** 36:19
40:1
**stopping** 43:8

**store** 34:22 45:17
**street** 3:10 36:17
36:25
**struggle** 15:2
**stuck** 48:19,25
52:13
**stuff** 25:5
**stupid** 48:20,23,25
50:14 52:1,13
**subject** 11:4
**subscribed** 57:9
**successful** 23:9
**sudden** 30:3,8
**sunday** 22:7
**sunflower** 34:22
34:24 35:2
**supply** 19:6
**support** 53:10
**surprise** 50:17
**surrounding** 7:7
**suspect** 11:23
**suspected** 37:11
**suspects** 39:24
51:17
**suspended** 28:1
46:16 47:19
**suspension** 11:16
11:18,20,22 12:15
13:4,6,22,24 15:24
16:13 28:2,6
48:17
**sworn** 5:2

**t**

**t** 7:13 55:1,1
**take** 5:18,19 21:12
22:6 27:3,20
31:10 32:25 36:11
42:6 44:3,9 45:18
**taken** 2:1,6
**talk** 5:23 6:4,5,6
20:23 36:20 50:10

**talked** 45:13
**talking** 20:11
38:11
**taught** 12:25
**technician** 29:3
**teeth** 47:1
**tell** 9:24 11:2 12:6
12:6 24:8 28:8
34:2,9,15 37:18
45:14
**telling** 13:21 16:11
40:23 50:4
**tendency** 5:23
**tender** 53:25
**tennessee** 3:19
55:20
**term** 16:20 48:19
**terminated** 12:19
45:25 46:7,8
**termination** 11:12
11:18 12:15 16:12
46:4,17
**terms** 2:7 52:2
**terrible** 52:11
**test** 45:4,7
**testified** 5:3 14:10
14:11
**testimony** 2:12
58:8
**thank** 25:19,22
**things** 14:22 25:21
31:24
**think** 9:20 14:15
14:23,25 24:1,11
25:25 44:4 50:18
50:20,21,24 53:3,9
**thinking** 15:1
**third** 26:24 41:10
**thought** 40:7 45:7
**threatened** 11:5

**three** 41:23 48:5
**threw** 12:1
**thrown** 10:12
**tickets** 10:16
**tilman** 1:3 5:8
22:21 25:23 26:1
30:4,5,7 34:3,11
34:20 35:7,25
36:10 40:25 41:12
41:16 42:6,8,19
43:14,16 44:3,5,13
49:10,12 51:8
53:7 58:3
**tilman's** 43:2
**time** 11:8,17,19,21
12:16 16:19 19:12
21:16,16,22,24
24:1 25:20 28:5
29:16 30:25 32:19
47:13 58:15
**timeframe** 58:7
**times** 22:12 24:6
31:1
**tn** 1:23
**tobacco** 24:24,25
**told** 10:3 26:3 27:2
35:9,18 36:8,8
37:14 44:23 45:1
51:25
**tony** 18:10,25 19:1
**top** 16:10 45:16
**total** 21:22
**touch** 43:20
**tough** 31:14
**town** 35:19 36:16
37:25
**trace** 35:13
**traffic** 10:16,18
29:14 35:21 36:14
**trained** 39:11,15
39:21,24

**training** 11:11
12:21 39:16
**transcript** 55:6,13
58:5,16
**transfer** 55:14
**transpired** 34:2
**transport** 43:20
**travel** 41:13
**traveling** 34:23,23
37:7
**treat** 30:17
**tree** 9:20
**trends** 18:23
**tried** 14:18 15:19
15:20,22
**triple** 32:4
**truck** 10:3 41:6
42:6,7,7,8 43:15
43:21 49:18
**true** 55:6 57:3
**truth** 50:3
**truthful** 53:5
**try** 15:20 20:24
**trying** 15:14 24:3
38:13 40:17,18
**turn** 33:5 38:15,16
40:6
**turned** 28:3 36:15
37:2
**turner** 41:9
**two** 10:4 26:12
28:3 30:12 32:22
47:11 48:4
**tx** 58:13
**type** 33:9 53:14
**typed** 33:8
**typically** 22:5
23:23,24
**tyrone** 23:7

**u**

**u.s** 35:9
**u.s.** 34:12
**ultimately** 11:23
12:19
**ultra** 25:11
**unauthorized**
55:15
**understand** 13:21
24:18 29:24 53:22
**understood** 6:2
**unemployment**
46:5,6
**unethical** 40:12
**unfortunately**
19:20 21:3
**union** 30:20 31:5
55:3
**united** 1:1
**unlawfully** 47:15
47:17
**untrained** 16:22
27:19
**use** 14:10 52:18,21
52:23 53:1,3

**v**

**v** 58:3
**vacation** 23:3
**vehicle** 25:15
34:19 36:4,24
41:20,20 42:3,4,5
42:10,10 43:15,25
44:1 53:16
**vehicles** 41:5
**vendetta** 53:8,10
**verbally** 5:15
**verbiage** 24:5
36:23 52:17,18
**verify** 58:8

**veritext** 58:12,19
**veritext.com.**
58:13
**version** 45:5
**victim** 12:3,14
**victim's** 12:5
**video** 2:5 49:14,17
**violations** 10:16
10:19
**volume** 56:2
**vs** 1:5

**w**

**w** 8:12
**wag** 19:13
**waived** 2:10 54:4
**walking** 53:15
**want** 21:18 30:2
38:16 40:19 44:6
**warrant** 34:12
**warrants** 29:15
35:8
**way** 16:2,3 30:20
31:3,11 36:18
39:11,21 55:9
**wayne** 9:17 28:24
29:7,9 32:8
**waynesboro** 9:16
**ways** 48:2
**wear** 35:23 38:10
**wearing** 35:20
**weekend** 22:6
**weeks** 28:3
**went** 10:12 11:17
11:20,25 16:5
26:15 27:3 28:11
29:6 31:22 35:1
35:19 36:15 38:20
41:13
**west** 34:23
**westbound** 36:15
41:13

Alpha Reporting
A Veritext Company

**[white - zoom]**

**white**   12:3 14:13
   14:18,19,22 15:2,9
   16:23 24:9 34:8
   51:4
**whites**   51:11
**wife**   6:21 31:17
   47:12 48:4
**wife's**   6:22 8:18
   9:3
**williams**   8:22,25
   9:7,11
**wise**   38:6
**wish**   38:15 40:10
   49:15
**witness**   2:10 17:19
   40:13 53:25 54:2
   56:2 57:5,8 58:5,7
   58:9,11,15
**women**   48:5
**word**   15:5 17:12
   17:14,17 50:1,2
   52:21,23 53:1,3
**words**   34:2
**work**   11:20 18:20
   19:2,25 30:20
   31:8 55:14
**worked**   29:3 31:1
**working**   11:16
   19:1,11,13 28:22
   30:19,22
**works**   18:23 19:6
**worse**   32:16,18
**wow**   39:7
**wrong**   13:1,3,5,23
   14:7,9 16:13
   47:24 48:3 49:2,5
   51:19,21 53:3
**wrongful**   46:4
**wrongfully**   46:7
**www.alpharepor...**
   1:24

**wybonne**   8:11
   45:13

| **y** |
| --- |

**y**   8:12
**y'all**   6:24 50:5
**yeah**   52:1
**year**   13:19 19:13
   28:12 46:6
**years**   6:25 7:1
   9:25 14:16,24
   19:15 21:25 22:2
   22:10 26:9 27:14
   30:13 31:22 47:11
   47:12 51:15
**younger**   10:17

| **z** |
| --- |

**zoom**   2:5

Alpha Reporting            800-556-8974
A Veritext Company        www.veritext.com

Mississippi Rules of Civil Procedure

Rule 30

Depositions Upon Oral Examination


(e) Submission to Witness; Changes; Signing.
When the testimony is taken by stenographic means,
or is recorded by other than stenographic means as
provided in subsection (b)(4) of this rule, and if
the transcription or recording thereof is to be
used at any proceeding in the action, such
transcription or recording shall be submitted to
the witness for examination, unless such
examination is waived by the witness and by the
parties. Any changes in form or substance which the
witness desires to make shall be entered upon the
transcription or stated in a writing to accompany
the recording, together with a statement of the
reasons given by the witness for making them.
Notice of such changes and reasons shall promptly
be served upon all parties by the party taking the
deposition. The transcription or recording shall
then be affirmed in writing as correct by the
witness, unless the parties by stipulation waive
the affirmation. If the transcription or recording
is not affirmed as correct by the witness within

thirty days of its submission to him, the reasons for the refusal shall be stated under penalty of perjury on the transcription or in a writing to accompany the recording by the party desiring to use such transcription or recording. The transcription or recording may then be used fully as though affirmed in writing by the witness, unless on a motion to suppress under Rule 32(d)(4) the court holds that the reasons given for the refusal to affirm require rejection of the deposition in whole or in part.

DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

# VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.