```
 1          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                  EASTERN DIVISION
   _____
 3
   MARQUIS TILMAN,              )
 4                              )
        Plaintiff,              )
 5                              )
   VS.                         )NO.2:20-CV-10-KS-MTP
 6                              )
   CLARKE COUNTY, et al,        )
 7                              )
        Defendant.              )
 8 _____
 9
10
11                   DEPOSITION
12
13                      OF
14
15               ANTHONY CHANCELOR
16
               SEPTEMBER 30, 2021
17
18
19
20
21
22
             ALPHA REPORTING CORPORATION
23                236 Adams Avenue
                 Memphis, TN 38103
24                 901-523-8974
               www.alphareporting.com
25

                                          Page 1
```



EXHIBIT
B

1          The deposition of ANTHONY CHANCELOR, taken

2     on this, the 30th day of September 2021, on behalf

3     of the Plaintiff, pursuant to notice and consent of

4     counsel, beginning at approximately 11:00 a.m. via

5     Zoom video conference.

6          This deposition is taken pursuant to the

7     terms and provisions of the Federal Rules of Civil

8     Procedure.

9          All forms and formalities, excluding the

10    signature of the witness, are waived, and objections

11    alone as to matters of competency, irrelevancy and

12    immateriality of the testimony are reserved to be

13    presented and disposed of at or before the hearing.

14

15

16

17

18

19

20

21

22

23

24

25

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

```
 1                    A P P E A R A N C E S

 2

 3

    FOR THE PLAINTIFF:   CARLOS E. MOORE, ESQ.
 4                       THE COCHRAN FIRM
                         306 Branscome Drive
 5                       Grenada, Mississippi 38902

 6

 7

 8

 9

    FOR THE DEFENDANTS: JESSICA MALONE, ESQ.
10                      ALLEN ALLEN BREELAND & ALLEN
                        214 Justice Street
11                      Brookhaven, Mississippi 39602

12

13

14

15

16

    COURT REPORTING FIRM:

17

                        ALPHA REPORTING CORPORATION
18                      Andrea C. Myers, CSR
                        236 Adams Avenue
19                      Memphis, Tennessee 38103
                        901-523-8974

20

21

22

23

24

25
```

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

```
1              EXAMINATION INDEX

2

3    ANTHONY CHANCELOR
```

```
          BY MR. MOORE . . . . . . . . . . . . . . . .  5
```

```
4

5

6


7              EXHIBIT INDEX

7

8
```

```
9    EXHIBIT NO. 1  STATEMENT                          22
```

```
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
25   REPORTER'S CERTIFICATE . . . . . . . . . . . . .  43
```

Alpha Reporting                      800-556-8974
A Veritext Company                   www.veritext.com

```
 1                    ANTHONY CHANCELOR,

 2   having first been duly sworn, was examined and

 3   testified as follows:

 4

                      EXAMINATION

 5

 6   BY MR. MOORE:

 7        Q.  My name is Carlos Moore.  I represent

 8   Marquis Tilman in this lawsuit.  I will be asking

 9   you questions on behalf of Mr. Tilman this morning.

10        Have you given a deposition before?

11        A.  I have not.  I have not.

12        Q.  Okay.  I'll give you the ground rules.

13   Continue to answer verbally so Andrea can get down

14   everything correctly.  When I'm talking I'm going to

15   ask that you not talk over me and when you're

16   talking I'll not talk over you.  Can we have that

17   agreement?

18        A.  Yes, sir.

19        Q.  If you need to take a break let me know and

20   we will allow you to take a break.  If there's a

21   pending question I'll ask that you answer that

22   question before taking a break.

23        A.  Yes, sir.

24        Q.  I have a tendency to talk fast.  If you

25   don't understand me let me know and I will we repeat
```

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

1   or rephrase the question.  Okay?

2        A.  Yes.

3        Q.  I will assume you understood the question if

4   in fact you answer it.  Is that fair enough?

5        A.  Yes, sir.  Excuse me.  I've got a little bit

6   of a cough.  I had COVID about a three weeks ago.

7   That cough is hanging in there with me for whatever

8   reason.

9        Q.  I'm glad we are doing this virtually.

10       A.  Yes, sir.  I'm clear now.

11       Q.  State your name.

12       A.  Anthony Chancelor.

13       Q.  Have you ever gone by any other name or

14  alias?

15       A.  No, sir.

16       Q.  All right.  What is your address?

17       A.  ████████████, Enterprise, Mississippi

18  39330.

19       Q.  How long you lived at that address?

20       A.  I've actually lived at that address about

21  seven months.  It's a rental right now.

22       Q.  All right.  Does anyone live there with you?

23       A.  They do.

24       Q.  Who lives with you?

25       A.  My wife and my children.

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

1      Q.  What's your wife's name?

2      A.  Mallory.

3      Q.  What's her last name?

4      A.  Chancelor.

5      Q.  Maiden name?

6      A.  Todd.

7      Q.  How long have y'all been married?

8      A.  For three years.

9      Q.  Do you have any adult children?

10     A.  I do not.

11     Q.  Okay.  How many children do you have?

12     A.  Five.

13     Q.  Five children in three years?

14     A.  Well, it's hers, mine and ours.

15     Q.  Okay.  All right.  What is your date of

16  birth?

17     A.  ███████████.

18     Q.  How old are you?

19     A.  35.

20     Q.  What's your phone number?

21     A.  ███████████.

22     Q.  What county is Enterprise in?

23     A.  Clarke.

24     Q.  Do you have other relatives in Clarke County

25  or south Mississippi besides your wife and children?

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

1       A.   I do.

2       Q.   Tell me about that.  Who are your parents?

3       A.   Tony and Kim Chancelor.  They also live in

4   Enterprise.

5       Q.   Okay.  Those are your parents that live in

6   Enterprise.  What about siblings?

7       A.   I have a brother and sister who live in

8   Quitman which is also in Clarke County.

9       Q.   What are their names?

10      A.   Ansel is my brother and Madeline Miller is

11  my sister.

12      Q.   Who is Madeline married to?

13      A.   Jason Miller.

14      Q.   Where is Jason from?

15      A.   Quitman.

16      Q.   Okay.  Is your brother married?

17      A.   He is.

18      Q.   What is wife's name?

19      A.   Jessica.

20      Q.   Jessica Chancelor?

21      A.   Yes, sir.

22      Q.   All right.  Any adult nieces and nephews?

23      A.   No, sir.

24      Q.   Any living grandparents?

25      A.   I do.

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

1    Q.  All right.  In the south Mississippi area?

2    A.  Clarke County.

3    Q.  Give me those names.

4    A.  Clovis Chancelor.  That is my father's

5    mother evidently.

6    Q.  All right.  So your paternal grandmother?

7    A.  Paternal grandmother, yes, sir.

8    Q.  Go ahead.

9    A.  No more grandparents.

10   Q.  Any great grandparents that are living?

11   A.  No, sir.

12   Q.  You got aunts and uncles?

13   A.  Yes, sir.

14   Q.  All right.  Give me their last name or their

15   surnames.

16   A.  I've got Joey Chancelor, lives in Clarke

17   County.  Clay Chancelor lives in Clarke County.

18   You just want everybody in Clarke County?

19   Q.  South Mississippi and the surrounding area.

20   A.  South Mississippi.  Okay.

21   Q.  Just give me the last names.  Chancelor and

22   what else?

23   A.  Chancelor.

24   Q.  Okay.  What is your --

25   A.  Those are the only ones on my dad's side --

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

```
 1   on my dad's side that live here.  My mother -- I
 2   don't have any aunts and uncles on my mother's side.
 3        Q.  What's your mother's maiden name?
 4        A.  Cooper.
 5        Q.  Do your in-laws live in that general area?
 6        A.  They do not.
 7        Q.  Where is your wife from?
 8        A.  Lauderdale County.
 9        Q.  All right.  So Lauderdale County is still in
10   south Mississippi.  Are her folks in Lauderdale
11   County?
12        A.  They are in Kemper County actually is where
13   they live, one county north.
14        Q.  That's still going to be in possible jury
15   voir dire.  Her last name was Todd?
16        A.  Todd.
17        Q.  What her mother's last name?
18        A.  Todd.
19        Q.  Her mother was a Todd before she got
20   married?
21        A.  I thought you meant currently.  Her
22   mother -- my mind just went blank.  That's bad.
23   Clark.  I'm sorry.  Clark.  She was a Clark.  I had
24   that think about that a minute.
25        Q.  All right.  So Todds and Clarks would be in
```

Alpha Reporting                              800-556-8974
A Veritext Company                        www.veritext.com

1    your in-laws in the southern Mississippi area.  Can
2    you think of any other last names?
3         A.  Martins.
4         Q.  Okay.
5         A.  I'm kin to Martins.  Basically Martins and
6    Chancelors, those would be the main.
7         Q.  Okay.  I got it.  Have you ever been
8    convicted of any crime?
9         A.  No, sir.
10        Q.  Have you ever been arrested?
11        A.  No, sir.
12        Q.  Have you ever been sued before?
13        A.  No, sir.
14        Q.  Have you ever been married prior to being
15   married to Mallory?
16        A.  I have.
17        Q.  How many times?
18        A.  Once.
19        Q.  Who was the lucky lady?
20        A.  Her name is Emily Stevens.
21        Q.  All right.  What did she go by when she was
22   married?
23        A.  Emily Chancelor.
24        Q.  What is her maiden name?
25        A.  Stevens.

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

1    Q.  How long were you married?

2    A.  Eight years.

3    Q.  Any children with her?

4    A.  Two.

5    Q.  Okay.  Where does she reside now?

6    A.  In Enterprise, Clarke County.

7    Q.  All right.  Did you divorce her or did she

8  divorce you?

9    A.  I divorced her.

10    Q.  Okay.  Have you ever sued anyone else?

11    A.  I have not.

12    Q.  Have you ever been sued prior to this

13  lawsuit?

14    A.  No, sir.

15    Q.  All right.  Or afterward?

16    A.  No, sir.  I've never been sued.

17    Q.  Have you ever filed bankruptcy?

18    A.  No, sir.

19    Q.  Worker's comp claim?

20    A.  Sir?

21    Q.  Have you ever filed a worker's compensation

22  claim?

23    A.  No, sir.

24    Q.  What high school did you graduate from?

25    A.  Enterprise.

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

1    Q.  What year?

2    A.  2004.

3    Q.  Did you play any sports in high school?

4    A.  I did.

5    Q.  Okay.  What did you play?

6    A.  Basketball and golf.

7    Q.  All right.  Did you go to college?

8    A.  Some.  I'm actually still in college

9  actually.

10    Q.  Which college did you go to?

11    A.  Meridian Community College.

12    Q.  Still there?

13    A.  I am.

14    Q.  What's your major?

15    A.  Right now I'm just trying to do a university

16  transfer.  It's liberal arts.

17    Q.  Where are you planning to go?

18    A.  Mississippi State.  It's across the street.

19  It's a State branch.

20    Q.  Okay.  What documents, if any, did you

21  review in preparation for today's deposition?

22    A.  My statement.

23    Q.  All right.  Anything else?

24    A.  No, sir.

25    Q.  Who, if anyone, did you speak with in

Alpha Reporting                    800-556-8974
A Veritext Company                www.veritext.com

1   preparation for today's deposition besides your

2   lawyer?

3       A.   That's it.

4       Q.   Do you have any military experience?

5       A.   No, sir.

6       Q.   Did you go to the law enforcement academy?

7       A.   I did.

8       Q.   Tell me about that.

9       A.   I went to the Mississippi Law Enforcement

10  Officers Training Academy in Jackson.

11      Q.   In?

12      A.   2007.

13      Q.   Did you successfully complete that?

14      A.   Yes, sir.

15      Q.   Tell me about every law enforcement job

16  you've since you left the academy.

17      A.   We may be here for a while.  I worked for

18  the sheriff here in Clarke County.

19      Q.   Clarke County sheriff?

20      A.   Yes, sir.  I worked for the Mississippi

21  Highway Patrol.

22      Q.   Okay.

23      A.   And the sheriff.  Those are my law

24  enforcement career.

25      Q.   Who are you working for now?

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

1    A.   The Mississippi Highway Patrol, the

2  Department of Public Safety.

3    Q.   What's your position?

4    A.   I do governmental affairs.  I work in

5  Jackson.

6    Q.   How did you get that position?

7    A.   I got lucky.

8    Q.   How long have you had it?

9    A.   One year.

10   Q.   Who appointed you?

11   A.   Colonel Randy Higgin.

12   Q.   Okay.  What was your first position with

13 highway patrol?

14   A.   Trooper.

15   Q.   How long were you a trooper?

16   A.   I served as a road trooper for about 11

17 years before I got this position.

18   Q.   Okay.  How long were you with Clarke County

19 Sheriff's Department?

20   A.   Total of about probably three and a half to

21 four clear years collectively.

22   Q.   What year were you with sheriff's

23 department?

24   A.   I was with the sheriff's office right out of

25 high school in 2004 as a 9-1-1 operator.  I was with

Alpha Reporting                    800-556-8974
A Veritext Company               www.veritext.com

1    the sheriff's office as a deputy in 2006 prior to
2    going to highway patrol -- highway patrol school
3    then.  And then in 2014 I went back to work for the
4    sheriff's office.  I'm sorry.  This is a lot to try
5    to -- I mean, it is what it is.
6        I went to back to work for the sheriff's office
7    for two years.  Then I went to highway patrol again
8    for a little while up until 2018 and I come back to
9    the sheriff's office for a year.  And then I had an
10   opportunity at the highway patrol to eventually get
11   the position I'm in and I went back to the patrol.
12   I know that's convoluted.  I apologize.  It is what
13   it is.
14       Q.  So you were working for the sheriff's
15   department on the date of this incident with
16   Mr. Tilman on 3/21/19?
17       A.  I was working for the sheriff's office
18   whenever the incident took place.  Yes.
19       Q.  Okay.  Have you ever been fired from a job?
20       A.  No, sir.
21       Q.  Have you ever been forced to resign?
22       A.  No, sir.
23       Q.  Have you ever been disciplined on the job?
24       A.  Yes, sir.
25       Q.  Tell me about that.

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1      A.  Well, one night I was on call for the

2  highway patrol and my cell phone quit working in the

3  middle of the night, like, it got out of service

4  inside my house.  They called me out to a wreck and

5  I couldn't -- I didn't get the call and another

6  trooper had to go.  I was disciplined for that.

7      Q.  What kind of discipline did you get?

8      A.  I got a write-up.

9      Q.  How did that make you feel?

10      A.  You know, it was my fault.  It was my fault.

11  So it is what it is.  There's got to be checks and

12  balances.

13      Q.  When was that write-up given?

14      A.  About 2012 maybe.

15      Q.  Did that have any reason for you leaving the

16  highway patrol at some point?

17      A.  Sir?

18      Q.  Did that have any part of you leaving the

19  highway patrol at some point?

20      A.  No, sir.

21      Q.  Any other write-up or disciplinary action on

22  any other job?

23      A.  No, sir.  No, sir.

24      Q.  Any other post secondary education besides

25  Meridian Community College and the law enforcement

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1   academy?

2        A.  No, sir.

3        Q.  You said no military service?

4        A.  Yes, sir, no military service.

5        Q.  What was your last rank with the Clarke

6   County Sheriff's Department?

7        A.  Just deputy.

8        Q.  What were your job duties as a sheriff's

9   deputy?

10       A.  Answer calls for service, just the patrol

11  the county.

12       Q.  Serve papers?

13       A.  We did serve some papers, yes, sir.

14       Q.  Were you a sworn officer?

15       A.  Yes, sir.

16       Q.  Who did you report to?

17       A.  Chief Deputy Barry White.

18       Q.  Anyone else?

19       A.  No, sir.

20       Q.  Did you supervise anyone?

21       A.  No, sir.

22       Q.  Okay.  Have you ever been accused of

23  excessive force?

24       A.  No, sir.

25       Q.  Besides this one case?

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1      A.  Yes, sir.

2      Q.  Have you ever been the subject of any

3   internal affair investigation?

4      A.  No, sir.

5      Q.  Do black lives matter?

6      A.  Yes, sir.

7      Q.  Have you ever used the "N" word?

8      A.  No, sir.

9      Q.  When I say the "N" word you know what I'm

10  talking about?

11     A.  Yes, sir.

12     Q.  You're certain you never used it?

13     A.  Yes, sir, I'm certain.

14     Q.  Okay.  I appreciate your certainty because

15  some of your colleagues are not certain.  Have you

16  ever been a member of any racially exclusive group?

17     A.  No, sir.

18     Q.  Do you have any black friends?

19     A.  I do.

20     Q.  How many do you have?

21     A.  Many.  I have no idea.  A bunch.  Several.

22  I mean --

23     Q.  Tell me their names.

24     A.  Sure.  Charles Haynes, I eat lunch with him

25  at least three or four times a week.

Alpha Reporting                          800-556-8974
A Veritext Company                    www.veritext.com

1    Q.   Where does Charles work?

2    A.   He works at MBI.

3    Q.   MBI?

4    A.   Yes.

5    Q.   Okay.  Any other black friends that come

6  mind?

7    A.   Bo Lewis; Tessa Harris; Marvin Henderson, me

8  and him actually shared an apartment, me and him

9  lived together.

10    Q.   Who does he work for?

11    A.   He works for MBI.

12    Q.   I think I've dealt with him before.

13    A.   He's a good dude.

14    Q.   Tessa Harris, who is that?

15    A.   She is out of Smith County, Smith County.

16  She actually is an associate of some of my family.

17    Q.   Okay.  And Bo Lewis?

18    A.   Bo Lewis.

19    Q.   He is out of Jackson or where?

20    A.   He's out of Jackson.  He lives around

21  Jackson.

22    Q.   He's MBI, too?

23    A.   Yes, sir.  Gary Kelly, he works here at the

24  sheriff's office, I consider him to be a friend of

25  mine.

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

1      Q.  Do black friends ever visit in your home?

2      A.  Roy -- (inaudible) -- I forgot about him.

3  Lord, we've hung out on a couple of different

4  occasions.

5      Q.  Do you know Marquis Tilman?

6      A.  I do.

7      Q.  How do you know him?

8      A.  Just from here in the county.

9      Q.  Okay.  What kind of interactions did you

10  have with him before 3/21/19?

11     A.  I don't recall.  I was actually trying to

12  rack my remember trying to remember what dealings I

13  personally have had with him, just in and out, you

14  know, around the county.

15     Q.  All right.  Do you have any knowledge of

16  pursuit of him on 3/21/19 by sheriff's deputies?

17     A.  In March of 2019, yes, sir, we were in

18  pursuit with him.

19     Q.  Did you do a statement or report?

20     A.  I did.

21     Q.  Of those interactions?  I'm going to show

22  you a document and can you tell me if this is your

23  signature?

24     A.  Yes, sir, it is.

25     Q.  Is it dated 3/21/19?

Alpha Reporting          800-556-8974
A Veritext Company       www.veritext.com

1      A.  It is.  It is.

2      Q.  All right.  This is your statement you did

3  in reference to the incident?

4      A.  Yes, sir.

5      Q.  All right.  We are going to mark that as

6  Exhibit 1 to his deposition.  That will be Anthony

7  Chancelor's statement.

8      (WHEREUPON, THE ABOVE-REFERENCED DOCUMENT WAS

9  MARKED AS EXHIBIT NO. 1 TO THE DEPOSITION AND WAS

10  RETAINED BY COUNSEL.)

11  BY MR. MOORE:

12      Q.  Who asked you to write this report?

13      A.  Nobody.  I just took it upon myself to.

14      Q.  All right.  You just write like that?

15      A.  Sir?

16      Q.  You just write like that -- smart like that?

17      A.  I mean, I wouldn't call it smart.  I'm just

18  trying to be responsible when it comes to taking

19  care of your business.

20      Q.  Okay.  It says 1730.  So is that 5:30 p.m.?

21      A.  5:30, yes.  1730 is 5:30, yes, sir.

22      Q.  What time did the chase take place?

23      A.  What time did the chase take place?  Earlier

24  that day but I know that I apparently left the time

25  off.  When it says look at the top -- the time it

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1  says approximately and I left the time off.  I
2  remember it being earlier that day around school
3  traffic time or just prior to.
4      Q.  The morning traffic or afternoon traffic of
5  school?
6      A.  Afternoon traffic.
7      Q.  All right.  So that would've been sometime
8  between 2:00 and 3:00?
9      A.  Yes, sir, in that time frame.
10     Q.  Okay.  Tell me in your own words what you
11  recall in relation to the incident or Marquis Tilman
12  or anything involving him on 3/21/19.
13     A.  Agent Ivy initiated the pursuit with him,
14  left the city of Quitman.  I joined in the pursuit
15  probably just shy of Highway 514 on 45.  The
16  gentleman -- the high points, he hit my vehicle, run
17  me off the road, went back south.  Then we got
18  going, I rammed his vehicle, Ben rammed his vehicle
19  and then I shot his front right tire out to make
20  sure he didn't go anywhere.  And he dove out of the
21  vehicle and then we got him in handcuffs he went to
22  jail.
23     Q.  How did he get out of the vehicle?
24     A.  Just head first.  He was head first.
25     Q.  Okay.  And what portion of his body hit the

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

1  ground?

2      A.  Maybe his -- like this area.

3      Q.  Torso?  Chest?

4      A.  I would say so, yes.

5      Q.  Where did his hands go?

6      A.  Directly underneath, towards the center,

7  like, underneath like this.

8      Q.  And did you see anything in his hands?

9      A.  Did not, could not see his hands at the

10  time.

11      Q.  What happened next?

12      A.  He tensed up.  Of course, he didn't -- just

13  not wanting to get in handcuffs.  And then myself

14  and Billy Lewis -- which he was kind of -- he was

15  facing opposite of the highway, facing towards --

16  like toward the tree line I guess you would say.  So

17  I would've been on his -- on this side of him, on

18  his left and Billy would've been on his right.  He

19  was able to get his hands out from under him and I

20  believe Justin Ross actually got him in handcuffs.

21      Q.  And was he assaulted by any other deputies

22  before he was put in handcuffs?

23      A.  No, sir.

24      Q.  Was he assaulted after he was put in

25  handcuffs?

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

```
1        A.  No, sir.

2        Q.  Isn't it true that he was stomped?

3        A.  No, sir.

4        Q.  Hit?

5        A.  No, sir.

6        Q.  Punched?

7        A.  No.

8        Q.  Kneed?

9        A.  Sir?

10       Q.  Kneed?

11       A.  No, sir.

12       Q.  Repeatedly causing severe injuries to his

13   face, eyes, chest?

14       A.  No, sir.

15       Q.  Did any of that happen?

16       A.  No, sir, it did not happen.

17       Q.  You think he just made it up?

18       A.  I beg your pardon.

19       Q.  You think Mr. Tilman made all of this up?

20       A.  Yes.

21       Q.  Why do you think he made it up?

22       A.  Because he doesn't like us.

23       Q.  Okay.  Did he make up Sheriff Kemp going on

24   the audio, radio saying beat his ass?

25       A.  No.
```

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

1    Q.  Did you hear that over the radio?

2    A.  I did.

3    Q.  Okay.  So we know he can tell some of the

4    truth, correct?

5    A.  Well, someone would've had to told him that.

6    I don't know how he would have heard it.

7    Q.  I didn't say he heard it.  I said it's a

8    fact that Sheriff Kemp said it over the radio?  You

9    can't deny that, can you?

10    A.  No, no, no.

11    Q.  He said shut it down and beat his ass,

12    didn't he?

13    A.  Yes.

14    Q.  That's what y'all did, beat his ass?

15    A.  No.

16    Q.  You disobeyed a command of your superior

17    officer?

18    A.  I did.

19    Q.  Were you trained to do that?

20    A.  No.

21    Q.  Why didn't you beat his ass?

22    A.  That's not the right thing to do.

23    Q.  How do you know it was not the right thing

24    to do?

25    A.  Because I was raised better than that.

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1    Q.  Okay.  And the person that paid you told you
2  to do something and you refused to do it?
3    A.  Do what now?
4    Q.  The person that paid you at that time told
5  you to do something and you refused to do it?
6    A.  If it's not the correct thing to do, then
7  no.
8    Q.  Did you have a fear of being terminated?
9    A.  No, sir.
10   Q.  Why didn't you fear being terminated?
11   A.  I just did not.
12   Q.  Okay.  Did you feel you could find another
13 job?
14   A.  I guess so.
15   Q.  Did he say with a stern vice or was he
16 joking or was he serious?  How did he tell you to
17 beat this man's ass?
18   A.  I mean, he had a stern voice on the radio
19 but it was in the heat of the moment I'm sure.  I
20 mean, this guy has done run me off the road with his
21 vehicle.  You know, it was kind of getting serious.
22 So I'm sure he was just -- it was in the heat of the
23 moment I guess.
24   Q.  Even after he ran you off the road you did
25 not say beat his ass, did you?

Alpha Reporting                    800-556-8974
A Veritext Company                www.veritext.com

1     A.  Huh-huh (negative response).

2     Q.  You were better than that, correct?

3     A.  I wouldn't say I'm better than that.  Maybe
4  I could control my temper maybe.  I don't know.

5     Q.  And anybody -- (inaudible) -- should be able
6  to control their temper, correct?

7     A.  Yes, sir.

8     Q.  Because you have other people following you
9  potentially?

10    A.  Yes, sir.

11    Q.  Some of those people could have been
12 impressionable, some people in their 20s that were
13 on the force and under the command of the sheriff
14 that may have been impressionable and may have taken
15 that command literally, correct?

16    A.  Yes, sir.

17    Q.  That would have been a travesty, correct?

18    A.  Yes, sir.

19    Q.  Do you know no one took it seriously and
20 beat his ass based on the command?

21    A.  Yes, I know that.

22    Q.  How do you know that?

23    A.  Because I was there.

24    Q.  For that entire time?

25    A.  Yes, sir.

Alpha Reporting                          800-556-8974
A Veritext Company                      www.veritext.com

1    Q.  For that entire time?

2    A.  Yes.

3    Q.  Did you get any licks?

4    A.  No, sir.

5    Q.  You did not?

6    A.  No, sir.

7    Q.  Why not?

8    A.  Because he didn't need it.

9    Q.  Did you have a body camera on?

10   A.  I did not.

11   Q.  Were there any cameras in the vehicles?

12   A.  No, sir.

13   Q.  All right.  Did this man require any kind of

14   paramedic treatment or hospital treatment after his

15   interaction with law enforcement?

16   A.  I do not recall.

17   Q.  Do you remember how he looked after he was

18   put in handcuffs?

19   A.  No, sir, I do not.

20   Q.  Was anything wrong with your eyes?

21   A.  No, sir.

22   Q.  All right.  So why don't you remember how he

23   looked?

24   A.  I mean, what do you mean?  What part of him

25   are you talking about?

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

1    Q.  Any portion of his body.  Did he appear

2  injured?

3    A.  Seems like something was wrong with his leg

4  or something because he had been in a wreck.  He had

5  been a wreck in the city of -- (inaudible) -- I

6  think prior to, like, a week before this happened I

7  think.

8    Q.  What about his face?  What about his face?

9    A.  I don't recall.  I don't remember anything

10  about his face.

11    Q.  What about his breathing?

12    A.  He said he was kind of having trouble

13  breathing but, I mean, of course we was able to get

14  him set up straight and handcuffed, you know.

15    Q.  Do you know why he had trouble breathing?

16    A.  He might have been upset I mean because he

17  had been in three vehicle accidents in about 10

18  minutes.

19    Q.  Or he might have just had his ass beat and

20  was out of breath, correct?

21    A.  No, sir.

22    Q.  Did anybody put their weight on his back

23  while he was on the ground?

24    A.  No, sir.

25    Q.  You didn't see that?

Alpha Reporting        800-556-8974

A Veritext Company      www.veritext.com

1     A.  No, sir.

2     Q.  Okay.  One of your colleagues said somebody

3  put their weight on his back -- Billy Lewis put his

4  weight on his back to try to get him to remove his

5  hands from near his waist so he could put him in

6  handcuffs.  Did you see that?

7     A.  I don't recall his Billy having his knee in

8  his back.  He had it on his shoulder.

9     Q.  All right.  Well, a shoulder is in the back,

10 correct?

11    A.  His shoulder is not his back.  I consider it

12 being the center right here.

13    Q.  Are you a doctor?

14    A.  I'm not.  Maybe that's why I consider this

15 to be his shoulder.

16    Q.  The shoulder is in the back of his -- the

17 shoulder is in the back, correct?  He was laying

18 face first on the ground?

19    A.  Yes, sir.

20    Q.  So he --

21    A.  Billy Lewis had his weight on some of his

22 shoulder.

23    Q.  On this back of his shoulder, correct?

24    A.  Yes.

25    Q.  Okay.  Let's make sure we have a clear

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1 understanding because you are under oath, correct?

2     A.  Yes, sir.  Yes, sir.

3     Q.  And how much does Billy weigh approximately?

4     A.  I have no idea.

5     Q.  Billy is not the lightest man out there, is

6 he?

7     A.  No, sir, he's not.

8     Q.  And he was bigger than Mr. Tilman, was he

9 not?

10     A.  I believe so, yes, sir.

11     Q.  All right.  Are you familiar with the George

12 Floyd case?

13     A.  Yes, I am.

14     Q.  Where a man died from a police officer

15 putting his weight on a portion of his neck -- on

16 the back of his neck?  You saw that?

17     A.  Yes.

18     Q.  He told them he couldn't breathe, he didn't

19 lift up.  The man died after nine seconds.

20 Mr. Tilman could have died from Billy putting his

21 weight on the back of his shoulders, correct?

22     A.  I'm sorry?

23     Q.  Had he not let up in time this man could

24 have died, correct?

25     A.  No.

Alpha Reporting        800-556-8974

A Veritext Company      www.veritext.com

1    Q.  You don't think he could have?

2    A.  No.

3    Q.  After he released pressure, said he was out

4  of breath, couldn't breathe, you don't think in

5  that -- (inaudible) -- Mr. Tilman would have died?

6    A.  I mean, I guess he could have, you know, but

7  that's not what happened.  So we followed the right

8  procedure.  Whenever he said I'm having trouble, I

9  was, like, hey, let's put him up.

10    Q.  What was the purpose of him being on his

11  back in the first place?

12    A.  He wasn't on his back.  He was on his front.

13    Q.  On the back of his shoulders.  What was the

14  purpose of Billy Lewis putting weight on the back of

15  his shoulders?

16    A.  He was trying to get up and we was -- and

17  keep his hands in front of him, you know, toward his

18  waistband.  We was trying to getting his hands and

19  arms back.  Once we got his arms back behind his

20  back and Justin got him in handcuffs then we just we

21  sat him on up.

22    Q.  Y'all start waylaying him then after you put

23  him handcuffs?

24    A.  Started what?

25    Q.  Waylaying him?

Alpha Reporting                    800-556-8974
A Veritext Company                www.veritext.com

1     A.  No, no.  Nobody waylayed anybody.

2     Q.  You understand what waylay means?

3     A.  Well, I can remember that term as a kid.

4     Q.  Okay.  All right.  So you believe he made

5  that portion up about the beating after being in

6  handcuffs?

7     A.  Yes.

8     Q.  Was the beating before handcuffs took place?

9     A.  No.

10     Q.  So you're saying there was no beating?

11     A.  There was no beating.

12     Q.  The only pressure came from Billy Lewis

13  being on the back of his shoulders?

14     A.  Yes.

15     Q.  Nobody punched him, stomped him, kicked him?

16     A.  No, sir.

17     Q.  How did his mouth get injured?

18     A.  I don't recall.  Probably because I

19  wrecked -- let me walk through that part.  First he

20  hit me with his vehicle.  He hit me and run me off

21  the road.  I was able to regain control.  Then once

22  we started going back southbound then I rammed him

23  with my vehicle to stop him and he was unrestrained

24  this entire time.  And once he ended up on the

25  shoulder he started to try to go again and Agent Ivy

1  hit him with a Dodge pickup in the driver door.
2      Keep in mind, he's unrestrained the entire time.
3  When I come around the front, remember he was almost
4  in the center and his head was up toward the -- by
5  the windshield, like, up towards the windshield.
6  And I mean, he bounced around inside of that car
7  like a pinball I would say.
8      Q.  Do you think it's more believable he may
9  have hurt his lip by the wrecks or --
10     A.  Yes, sir.
11     Q.  You can't say for certain how he hurt his
12  lip, can you?
13     A.  I know he was not beaten.  I can you tell
14  you he was not beaten by anybody prior to handcuffs,
15  post handcuffs or anything of that matter.
16     Q.  But the sheriff did tell y'all to beat him?
17     A.  He did.
18     Q.  All right.  So we're going to believe that
19  y'all didn't obey the sheriff?
20     A.  We did not.  I mean --
21     Q.  Why should the jury believe you didn't obey
22  the sheriff?
23     A.  I don't know.  I can't answer that question
24  but it didn't happen.
25     Q.  You know Mississippi's history with racism,

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1    don't you?

2         A.  I do.

3         Q.  Why should anybody believe these white

4    officers did not beat this black man at the order of

5    a sheriff?

6         A.  I mean, we try to obtain -- I mean, we know

7    right from wrong.  And think about this, he got on

8    the radio and said it.  There's already going to

9    be -- I mean, God, the sheriff said that on the

10   radio.  So, I mean, you already know it's coming

11   down the pipe.  We have frivolous things come up all

12   over the place much less when the sheriff gets on

13   the radio and says do it.  We already knew there

14   would be eyes on this.

15        And he didn't need it that day.  He didn't

16   warrant it.  Of course, it was aggravating, you

17   know.  I mean, he run me off the road, this and this

18   but he did not -- it didn't warrant that.

19        Q.  He never struck you with his hand?

20        A.  No.

21        Q.  Never tried to shoot you?

22        A.  No.  Well, if he could have got his hands on

23   that gun in the floorboard I believe he might have

24   would have tried something because he was reaching

25   the entire time.

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

1    Q.  He never pointed a gun at you, did he?

2    A.  He did not.

3    Q.  Okay.  We want to talk about facts, not what

4    could've, should've, would've, what actually did

5    happen?

6    A.  Yes, sir.

7    Q.  You didn't have a black eye?

8    A.  No.

9    Q.  Bloody nose?

10   A.  No, sir.

11   Q.  Any scrapes?

12   A.  No, sir.

13   Q.  You went home safely to your wife?

14   A.  I did.

15   Q.  Your family?  This man had to have a

16   hospital visit, correct?

17   A.  I don't recall.

18   Q.  Were you under the influence of any drugs or

19   alcohol that would affect your memory that night?

20   A.  No, sir.

21   Q.  Why don't you recall a lot of things?

22   A.  Do what now?

23   Q.  You're 35 years of age.  What's wrong with

24   your memory?  You told me several times you don't

25   recall several things.

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

1      A.  I don't recall.

2      Q.  You don't recall what's wrong with you?

3      A.  I don't recall.

4          MS. MALONE:  I think you're

5   mischaracterizing the testimony.  I am going to

6   object.  You have not laid any foundation or asked

7   him if he had any personal knowledge about whether

8   medical personnel were called to the scene.

9          I think you're mischaracterizing the

10  testimony.  I'm going to object.

11  BY MR. MOORE:

12     Q.  You said you were there the entire time?

13     A.  Yes, sir.

14     Q.  Did you see any medical personnel or

15  ambulance personnel arrive on the scene?

16     A.  No, sir.

17     Q.  Did you ever learn of him going to the

18  hospital after this incident?

19     A.  I don't recall.  I honestly did not have

20  that conversation with anybody.

21     Q.  Did you ever speak with the sheriff, Sheriff

22  Kemp, about his statement over the radio?

23     A.  I did not.

24     Q.  Why?

25     A.  Because I just did not.

1    Q.  You're used to that type of thing
2    transpiring?
3    A.  No, sir.
4    Q.  But yet instead you didn't talk to the
5    sheriff to see what was going on in his head?
6    A.  No, sir.
7    Q.  Do you think the sheriff was off his rocker?
8    A.  No, sir.
9    Q.  It was normal?
10   A.  Do what now?
11   Q.  You thought it was perfectly normal?
12   A.  At that individual spot, probably not.
13   Q.  Were you shocked when you heard the words
14   come over the radio?
15   A.  Yes, sir, I was.
16   Q.  How did you respond?
17   A.  Well, I was driving 100 miles an hour.  I
18   was focused on your client reaching for a gun in the
19   passenger floorboard.  I didn't put much thought
20   into that.  My job at that point was to stop him
21   from creating a danger to us as well as the motoring
22   public being also the school traffic that was about
23   to leave Quitman school district.  That's what my
24   goal was.  My goal that day was to stop him from
25   harming me, my colleagues, the motoring public and

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1  to apprehend him safely and that is exactly what we

2  did.

3      Q.  That's the same thing the sheriff told you

4  to do, shut him down and beat his ass?

5      A.  We did not beat his ass but we did shut him

6  down.  And if I had to do it over with again I would

7  do the exact same thing over again.

8      Q.  All right.

9      A.  I would disobey the order that the sheriff

10  gave but I would shut him down just like we did.  I

11  stand behind it.

12      Q.  Do you regret the sheriff made that comment

13  about beating his ass?

14      A.  I do.

15      Q.  -- (inaudible) -- sheriff made that comment?

16      A.  I do.  I agree.  I agree with you 100

17  percent, counselor.

18      Q.  With Mississippi's sorted history I don't

19  know if you're going to find a jury that's going to

20  believe y'all didn't beat his ass at the sheriff's

21  command.  Do you?

22      A.  I cannot answer that question, sir.  We all

23  you never know what a jury may or may not do.

24      Q.  You never know.  We never, never know.

25      What do you do as an affairs person for the

Alpha Reporting                          800-556-8974
A Veritext Company                    www.veritext.com

1  highway patrol?

2      A.  I'm a liaison between the Department of

3  Public Safety and the legislature.

4      Q.  What qualifies you for that position?

5      A.  I'm a people person I guess and my

6  experience in law enforcement.  I don't mind talking

7  to people.

8      Q.  All right.  You have the gift of gab?

9      A.  Yes, sir.

10     Q.  If that's a gift.

11     A.  That's a gift.  I consider that a

12  compliment, sir.

13     Q.  Okay.  When the legislature is not in

14  session what are you doing?

15     A.  We assist any legislator in anything they

16  have going on and we have -- whatever the

17  commissioner of public safety needs us to do, it

18  could be a variety of things, just never can tell.

19     Q.  You have one of those good jobs?

20     A.  I do.  I do have a good job, yes, sir.

21     Q.  All right.  Have all your answers been

22  truthful?

23     A.  Yes, sir, they have.

24     Q.  Is there anything you're dying to tell me

25  that I did not ask you?

Alpha Reporting                    800-556-8974
A Veritext Company                www.veritext.com

```
1        A.   No, sir.
2             MR. MOORE:   I tender the witness.
3             MS. MALONE:   I have no questions for this
4    witness.   Thank you.
5        (AND FURTHER DEPONENT SAITH NOT; SIGNATURE NOT
6    WAIVED.)
7        (WHEREUPON, THE DEPOSITION WAS CONCLUDED AT
8    11:42 A.M.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com

CERTIFICATE

1

2
STATE OF MISSISSIPPI:

3
COUNTY OF UNION:

4
        I, ANDREA C. MYERS, CCR, Board Certified
5   Court Reporter, in and for the State of Mississippi,
    do hereby certify that the above deposition was
6   reported by me, and the transcript is a true and
    accurate record to the best of my knowledge, skills,
7   and ability.

8
        I further certify that I am not related to
9   nor an employee of counsel or any of the parties to
    the action, nor am I in any way financially
10  interested in the outcome.
11       I further certify that I am duly licensed by
    the Mississippi Board of Court Reporters as a
12  Licensed Court Reporter as evidenced by the CCR
    number and expiration date following my name below.

13
        I further certify that this transcript is
14  the work product of this court reporting agency and
    any reproduction and/or transfer of it is
15  unauthorized.

16

17

18                      ANDREA C. MYERS, CCR #1834
19                      Expiration Date 12-31-2021
                        236 Adams Avenue
20                      Memphis, Tennessee 38103
21

22

23

24

25

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

```
 1                    CHANGES AND SIGNATURE

                    TO THE ORAL DEPOSITION OF

 2                      <WITNESS NAME>

                        Volume 1 of 1

 3                         <DATE>

 4      PAGE     LINE    CHANGE          REASON

 5      _____

 6      _____

 7      _____

 8      _____

 9      _____

10      _____

11      _____

12      _____

13      _____

14      _____

15      _____

16      _____

17      _____

18      _____

19      _____

20      _____

21      _____

22      _____

23      _____

24      _____

25      4810408
```

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

```
1        I,                  , have read the foregoing
2    deposition and hereby affix my signature that same is
3    true and correct, except as noted above.

4

5                           _____
                           <WITNESS NAME>
6    STATE OF _____)
     COUNTY OF _____)

7

8        Before me, _____, on this
     day personally appeared <WITNESS NAME>, known
     to me (or proved to me under oath or through _____
9    (description of identity card or other document) to be
     the person whose name is subscribed to the foregoing
10   instrument and acknowledged to me that they executed
     the same for the purposes and consideration therein
11   expressed.
         (Seal)  Given under my hand and seal of office
12   this _____ day of _____, _____.

13

14
                           _____
15                         Notary Public in and for the
                           State of _____

16

17

18

19

20

21

22

23

24

25
```

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

1   jmalone@aabalegal.com

2                          October 21, 2021

3   RE: Tilman, Marquis v. Clarke County, Et Al.

4   DEPOSITION OF: Anthony Chancelor (# 4810408)

5       The above-referenced witness transcript is

6   available for read and sign.

7       Within the applicable timeframe, the witness

8   should read the testimony to verify its accuracy. If

9   there are any changes, the witness should note those

10  on the attached Errata Sheet.

11      The witness should sign and notarize the

12  attached Errata pages and return to Veritext at

13  errata-tx@veritext.com.

14      According to applicable rules or agreements, if

15  the witness fails to do so within the time allotted,

16  a certified copy of the transcript may be used as if

17  signed.

18                          Yours,

19                          Veritext Legal Solutions

20

21

22

23

24

25

Alpha Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

## &

**&** 3:10

## 1

**1** 4:9 22:6,9 44:2,2
**10** 1:5 30:17
**100** 39:17 40:16
**11** 15:16
**11:00** 2:4
**11:42** 42:8
**12-31-2021** 43:19
**1730** 22:20,21
**1834** 43:18

## 2

**2004** 13:2 15:25
**2006** 16:1
**2007** 14:12
**2012** 17:14
**2014** 16:3
**2018** 16:8
**2019** 21:17
**2021** 1:16 2:2 46:2
**20s** 28:12
**21** 46:2
**214** 3:10
**22** 4:9
**236** 1:23 3:18
  43:19
**26634** 43:18
**2:00** 23:8

## 3

**3/21/19** 16:16
  21:10,16,25 23:12
**30** 1:16
**305** 6:17
**306** 3:4
**30th** 2:2
**35** 7:19 37:23
**38103** 1:23 3:19
  43:20

**38902** 3:5
**39330** 6:18
**39602** 3:11
**3:00** 23:8

## 4

**43** 4:25
**45** 23:15
**4810408** 44:25
  46:4

## 5

**5** 4:3
**5/18** 7:17
**514** 23:15
**5:30** 22:20,21,21

## 6

**601-409-0157** 7:21

## 8

**86** 7:17

## 9

**9-1-1** 15:25
**901-523-8974** 1:24
  3:19

## a

**a.m.** 2:4 42:8
**aabalegal.com**
  46:1
**ability** 43:7
**able** 24:19 28:5
  30:13 34:21
**academy** 14:6,10
  14:16 18:1
**accidents** 30:17
**accuracy** 46:8
**accurate** 43:6
**accused** 18:22
**acknowledged**
  45:10
**action** 17:21 43:9

**adams** 1:23 3:18
  43:19
**address** 6:16,19,20
**adult** 7:9 8:22
**affair** 19:3
**affairs** 15:4 40:25
**affect** 37:19
**affix** 45:2
**afternoon** 23:4,6
**afterward** 12:15
**age** 37:23
**agency** 43:14
**agent** 23:13 34:25
**aggravating** 36:16
**ago** 6:6
**agree** 40:16,16
**agreement** 5:17
**agreements** 46:14
**ahead** 9:8
**al** 1:6 46:3
**alcohol** 37:19
**alias** 6:14
**allen** 3:10,10,10
**allotted** 46:15
**allow** 5:20
**alpha** 1:22 3:17
**ambulance** 38:15
**andrea** 3:18 5:13
  43:4,18
**ansel** 8:10
**answer** 5:13,21
  6:4 18:10 35:23
  40:22
**answers** 41:21
**anthony** 1:15 2:1
  4:3 5:1 6:12 22:6
  46:4
**anybody** 28:5
  30:22 34:1 35:14
  36:3 38:20

**apartment** 20:8
**apologize** 16:12
**apparently** 22:24
**appear** 30:1
**appeared** 45:8
**applicable** 46:7,14
**appointed** 15:10
**appreciate** 19:14
**apprehend** 40:1
**approximately** 2:4
  23:1 32:3
**area** 9:1,19 10:5
  11:1 24:2
**arms** 33:19,19
**arrested** 11:10
**arrive** 38:15
**arts** 13:16
**asked** 22:12 38:6
**asking** 5:8
**ass** 25:24 26:11,14
  26:21 27:17,25
  28:20 30:19 40:4
  40:5,13,20
**assaulted** 24:21,24
**assist** 41:15
**associate** 20:16
**assume** 6:3
**attached** 46:10,12
**audio** 25:24
**aunts** 9:12 10:2
**available** 46:6
**avenue** 1:23 3:18
  43:19

## b

**back** 16:3,6,8,11
  23:17 30:22 31:3
  31:4,8,9,11,16,17
  31:23 32:16,21
  33:11,12,13,14,19
  33:19,20 34:13,22

**bad** 10:22
**balances** 17:12
**bankruptcy** 12:17
**barry** 18:17
**based** 28:20
**basically** 11:5
**basketball** 13:6
**beat** 25:24 26:11
26:14,21 27:17,25
28:20 30:19 35:16
36:4 40:4,5,20
**beaten** 35:13,14
**beating** 34:5,8,10
34:11 40:13
**beg** 25:18
**beginning** 2:4
**behalf** 2:2 5:9
**believable** 35:8
**believe** 24:20
32:10 34:4 35:18
35:21 36:3,23
40:20
**ben** 23:18
**best** 43:6
**better** 26:25 28:2
28:3
**bigger** 32:8
**billy** 24:14,18 31:3
31:7,21 32:3,5,20
33:14 34:12
**birth** 7:16
**bit** 6:5
**black** 19:5,18 20:5
21:1 36:4 37:7
**blank** 10:22
**bloody** 37:9
**bo** 20:7,17,18
**board** 43:4,11
**body** 23:25 29:9
30:1

**bounced** 35:6
**branch** 13:19
**branscome** 3:4
**break** 5:19,20,22
**breath** 30:20 33:4
**breathe** 32:18
33:4
**breathing** 30:11
30:13,15
**breeland** 3:10
**brookhaven** 3:11
**brother** 8:7,10,16
**bunch** 19:21
**business** 22:19

## c

**c** 3:1,18 43:1,1,4
43:18
**call** 17:1,5 22:17
**called** 17:4 38:8
**calls** 18:10
**camera** 29:9
**cameras** 29:11
**car** 35:6
**card** 45:9
**care** 22:19
**career** 14:24
**carlos** 3:3 5:7
**case** 18:25 32:12
**causing** 25:12
**ccr** 43:4,12,18
**cell** 17:2
**center** 24:6 31:12
35:4
**certain** 19:12,13
19:15 35:11
**certainty** 19:14
**certificate** 4:25
**certified** 43:4
46:16
**certify** 43:5,8,11
43:13

**chancelor** 1:15 2:1
4:3 5:1 6:12 7:4
8:3,20 9:4,16,17
9:21,23 11:23
46:4
**chancelor's** 22:7
**chancelors** 11:6
**change** 44:4
**changes** 44:1 46:9
**charles** 19:24 20:1
**chase** 22:22,23
**checks** 17:11
**chest** 24:3 25:13
**chief** 18:17
**children** 6:25 7:9
7:11,13,25 12:3
**city** 23:14 30:5
**civil** 2:7
**claim** 12:19,22
**clark** 10:23,23,23
**clarke** 1:6 7:23,24
8:8 9:2,16,17,18
12:6 14:18,19
15:18 18:5 46:3
**clarks** 10:25
**clay** 9:17
**clear** 6:10 15:21
31:25
**client** 39:18
**clovis** 9:4
**cochran** 3:4
**colleagues** 19:15
31:2 39:25
**collectively** 15:21
**college** 13:7,8,10
13:11 17:25
**colonel** 15:11
**come** 16:8 20:5
35:3 36:11 39:14
**comes** 22:18

**coming** 36:10
**command** 26:16
28:13,15,20 40:21
**comment** 40:12,15
**commissioner**
41:17
**community** 13:11
17:25
**comp** 12:19
**compensation**
12:21
**competency** 2:11
**complete** 14:13
**compliment** 41:12
**concluded** 42:7
**conference** 2:5
**consent** 2:3
**consider** 20:24
31:11,14 41:11
**consideration**
45:10
**continue** 5:13
**control** 28:4,6
34:21
**conversation**
38:20
**convicted** 11:8
**convoluted** 16:12
**cooper** 10:4
**copy** 46:16
**corporation** 1:22
3:17
**correct** 26:4 27:6
28:2,6,15,17 30:20
31:10,17,23 32:1
32:21,24 37:16
45:3
**correctly** 5:14
**cough** 6:6,7
**could've** 37:4

| | | | |
|---|---|---|---|
| **counsel** 2:4 22:10 43:9 | 14:1 22:6,9 42:7 43:5 44:1 45:2 46:4 | **dying** 41:24 | **expiration** 43:12 43:19 |
| **counselor** 40:17 | **deputies** 21:16 | **e** | **expressed** 45:11 |
| **county** 1:6 7:22,24 | 24:21 | **e** 3:1,1,3 43:1,1 | **eye** 37:7 |
| 8:8 9:2,17,17,18 | **deputy** 16:1 18:7,9 | **earlier** 22:23 23:2 | **eyes** 25:13 29:20 |
| 10:8,9,11,12,13 | 18:17 | **eastern** 1:2 | 36:14 |
| 12:6 14:18,19 | **description** 45:9 | **eat** 19:24 | **f** |
| 15:18 18:6,11 | **died** 32:14,19,20 | **education** 17:24 | **f** 43:1 |
| 20:15,15 21:8,14 | 32:24 33:5 | **eight** 12:2 | **face** 25:13 30:8,8 |
| 43:3 45:6 46:3 | **different** 21:3 | **emily** 11:20,23 | 30:10 31:18 |
| **couple** 21:3 | **dire** 10:15 | **employee** 43:9 | **facing** 24:15,15 |
| **course** 24:12 | **directly** 24:6 | **ended** 34:24 | **fact** 6:4 26:8 |
| 30:13 36:16 | **disciplinary** 17:21 | **enforcement** 14:6 | **facts** 37:3 |
| **court** 1:1 3:16 | **discipline** 17:7 | 14:9,15,24 17:25 | **fails** 46:15 |
| 43:5,11,12,14 | **disciplined** 16:23 | 29:15 41:6 | **fair** 6:4 |
| **covid** 6:6 | 17:6 | **enterprise** 6:17 | **familiar** 32:11 |
| **creating** 39:21 | **disobey** 40:9 | 7:22 8:4,6 12:6,25 | **family** 20:16 37:15 |
| **crime** 11:8 | **disobeyed** 26:16 | **entire** 28:24 29:1 | **fast** 5:24 |
| **csr** 3:18 | **disposed** 2:13 | 34:24 35:2 36:25 | **father's** 9:4 |
| **currently** 10:21 | **district** 1:1,1 | 38:12 | **fault** 17:10,10 |
| **cv** 1:5 | 39:23 | **errata** 46:10,12,13 | **fear** 27:8,10 |
| **d** | **division** 1:2 | **esq** 3:3,9 | **federal** 2:7 |
| **dad's** 9:25 10:1 | **divorce** 12:7,8 | **et** 1:6 46:3 | **feel** 17:9 27:12 |
| **danger** 39:21 | **divorced** 12:9 | **eventually** 16:10 | **filed** 12:17,21 |
| **date** 7:15 16:15 | **doctor** 31:13 | **everybody** 9:18 | **financially** 43:9 |
| 43:12,19 44:3 | **document** 21:22 | **evidenced** 43:12 | **find** 27:12 40:19 |
| **dated** 21:25 | 22:8 45:9 | **evidently** 9:5 | **fired** 16:19 |
| **day** 2:2 22:24 23:2 | **documents** 13:20 | **exact** 40:7 | **firm** 3:4,16 |
| 36:15 39:24 45:8 | **dodge** 35:1 | **exactly** 40:1 | **first** 5:2 15:12 |
| 45:12 | **doing** 6:9 41:14 | **examination** 4:1 | 23:24,24 31:18 |
| **dealings** 21:12 | **door** 35:1 | 5:4 | 33:11 34:19 |
| **dealt** 20:12 | **dove** 23:20 | **examined** 5:2 | **five** 7:12,13 |
| **defendant** 1:7 | **drive** 3:4 | **excessive** 18:23 | **floorboard** 36:23 |
| **defendants** 3:9 | **driver** 35:1 | **excluding** 2:9 | 39:19 |
| **deny** 26:9 | **driving** 39:17 | **exclusive** 19:16 | **floyd** 32:12 |
| **department** 15:2 | **drugs** 37:18 | **excuse** 6:5 | **focused** 39:18 |
| 15:19,23 16:15 | **dude** 20:13 | **executed** 45:10 | **folks** 10:10 |
| 18:6 41:2 | **duly** 5:2 43:11 | **exhibit** 4:6,9 22:6 | **followed** 33:7 |
| **deponent** 42:5 | **duties** 18:8 | 22:9 | **following** 28:8 |
| **deposition** 1:11 | | **experience** 14:4 | 43:12 |
| 2:1,6 5:10 13:21 | | 41:6 | |

**follows** 5:3
**force** 18:23 28:13
**forced** 16:21
**foregoing** 45:1,9
**forgot** 21:2
**formalities** 2:9
**forms** 2:9
**foundation** 38:6
**four** 15:21 19:25
**frame** 23:9
**friend** 20:24
**friends** 19:18 20:5
  21:1
**frivolous** 36:11
**front** 23:19 33:12
  33:17 35:3
**further** 42:5 43:8
  43:11,13

**g**

**gab** 41:8
**gary** 20:23
**general** 10:5
**gentleman** 23:16
**george** 32:11
**getting** 27:21
  33:18
**gift** 41:8,10,11
**give** 5:12 9:3,14,21
**given** 5:10 17:13
  45:11
**glad** 6:9
**go** 9:8 11:21 13:7
  13:10,17 14:6
  17:6 23:20 24:5
  34:25
**goal** 39:24,24
**god** 36:9
**going** 5:14 10:14
  16:2 21:21 22:5
  23:18 25:23 34:22
  35:18 36:8 38:5

38:10,17 39:5
  40:19,19 41:16
**golf** 13:6
**good** 20:13 41:19
  41:20
**governmental**
  15:4
**graduate** 12:24
**grandmother** 9:6
  9:7
**grandparents** 8:24
  9:9,10
**great** 9:10
**grenada** 3:5
**ground** 5:12 24:1
  30:23 31:18
**group** 19:16
**guess** 24:16 27:14
  27:23 33:6 41:5
**gun** 36:23 37:1
  39:18
**guy** 27:20

**h**

**half** 15:20
**hand** 36:19 45:11
**handcuffed** 30:14
**handcuffs** 23:21
  24:13,20,22,25
  29:18 31:6 33:20
  33:23 34:6,8
  35:14,15
**hands** 24:5,8,9,19
  31:5 33:17,18
  36:22
**hanging** 6:7
**happen** 25:15,16
  35:24 37:5
**happened** 24:11
  30:6 33:7
**harming** 39:25

**harris** 20:7,14
**haynes** 19:24
**head** 23:24,24
  35:4 39:5
**hear** 26:1
**heard** 26:6,7 39:13
**hearing** 2:13
**heat** 27:19,22
**henderson** 20:7
**hey** 33:9
**higgin** 15:11
**high** 12:24 13:3
  15:25 23:16
**highway** 14:21
  15:1,13 16:2,2,7
  16:10 17:2,16,19
  23:15 24:15 41:1
**history** 35:25
  40:18
**hit** 23:16,25 25:4
  34:20,20 35:1
**home** 21:1 37:13
**honestly** 38:19
**hospital** 29:14
  37:16 38:18
**hour** 39:17
**house** 17:4
**huh** 28:1,1
**hung** 21:3
**hurt** 35:9,11

**i**

**idea** 19:21 32:4
**identity** 45:9
**immateriality**
  2:12
**impressionable**
  28:12,14
**inaudible** 21:2
  28:5 30:5 33:5
  40:15

**incident** 16:15,18
  22:3 23:11 38:18
**index** 4:1,6
**individual** 39:12
**influence** 37:18
**initiated** 23:13
**injured** 30:2 34:17
**injuries** 25:12
**inside** 17:4 35:6
**instrument** 45:10
**interaction** 29:15
**interactions** 21:9
  21:21
**interested** 43:10
**internal** 19:3
**investigation** 19:3
**involving** 23:12
**irrelevancy** 2:11
**ivy** 23:13 34:25

**j**

**jackson** 14:10
  15:5 20:19,20,21
**jail** 23:22
**jason** 8:13,14
**jessica** 3:9 8:19,20
**jmalone** 46:1
**job** 14:15 16:19,23
  17:22 18:8 27:13
  39:20 41:20
**jobs** 41:19
**joey** 9:16
**joined** 23:14
**joking** 27:16
**jury** 10:14 35:21
  40:19,23
**justice** 3:10
**justin** 24:20 33:20

**k**

**keep** 33:17 35:2

**kelly** 20:23
**kemp** 25:23 26:8
  38:22
**kemper** 10:12
**kicked** 34:15
**kid** 34:3
**kim** 8:3
**kin** 11:5
**kind** 17:7 21:9
  24:14 27:21 29:13
  30:12
**knee** 31:7
**kneed** 25:8,10
**knew** 36:13
**know** 5:19,25
  16:12 17:10 19:9
  21:5,7,14 22:24
  26:3,6,23 27:21
  28:4,19,21,22
  30:14,15 33:6,17
  35:13,23,25 36:6
  36:10,17 40:19,23
  40:24,24
**knowledge** 21:15
  38:7 43:6
**known** 45:8
**ks** 1:5

**l**

**lady** 11:19
**laid** 38:6
**lauderdale** 10:8,9
  10:10
**law** 14:6,9,15,23
  17:25 29:15 41:6
**laws** 10:5 11:1
**lawsuit** 5:8 12:13
**lawyer** 14:2
**laying** 31:17
**learn** 38:17
**leave** 39:23

**leaving** 17:15,18
**left** 14:16 22:24
  23:1,14 24:18
**leg** 30:3
**legal** 46:19
**legislator** 41:15
**legislature** 41:3,13
**lewis** 20:7,17,18
  24:14 31:3,21
  33:14 34:12
**liaison** 41:2
**liberal** 13:16
**licensed** 43:11,12
**licks** 29:3
**lift** 32:19
**lightest** 32:5
**line** 24:16 44:4
**lip** 35:9,12
**literally** 28:15
**little** 6:5 16:8
**live** 6:22 8:3,5,7
  10:1,5,13
**lived** 6:19,20 20:9
**lives** 6:24 9:16,17
  19:5 20:20
**living** 8:24 9:10
**long** 6:19 7:7 12:1
  15:8,15,18
**look** 22:25
**looked** 29:17,23
**lord** 21:3
**lot** 16:4 37:21
**lucky** 11:19 15:7
**lunch** 19:24

**m**

**madeline** 8:10,12
**maiden** 7:5 10:3
  11:24
**main** 11:6
**major** 13:14

**mallory** 7:2 11:15
**malone** 3:9 38:4
  42:3
**man** 29:13 32:5,14
  32:19,23 36:4
  37:15
**man's** 27:17
**march** 21:17
**mark** 22:5
**marked** 22:9
**marquis** 1:3 5:8
  21:5 23:11 46:3
**married** 7:7 8:12
  8:16 10:20 11:14
  11:15,22 12:1
**martins** 11:3,5,5
**marvin** 20:7
**matter** 19:5 35:15
**matters** 2:11
**mbi** 20:2,3,11,22
**mean** 16:5 19:22
  22:17 27:18,20
  29:24,24 30:13,16
  33:6 35:6,20 36:6
  36:6,9,10,17
**means** 34:2
**meant** 10:21
**medical** 38:8,14
**member** 19:16
**memory** 37:19,24
**memphis** 1:23
  3:19 43:20
**meridian** 13:11
  17:25
**middle** 17:3
**miles** 39:17
**military** 14:4 18:3
  18:4
**miller** 8:10,13
**mind** 10:22 20:6
  35:2 41:6

**mine** 7:14 20:25
**minute** 10:24
**minutes** 30:18
**mischaracterizing**
  38:5,9
**mississippi** 1:1 3:5
  3:11 6:17 7:25 9:1
  9:19,20 10:10
  11:1 13:18 14:9
  14:20 15:1 43:2,5
  43:11
**mississippi's** 35:25
  40:18
**moment** 27:19,23
**months** 6:21
**moore** 3:3 4:3 5:6
  5:7 22:11 38:11
  42:2
**morning** 5:9 23:4
**mother** 9:5 10:1
  10:19,22
**mother's** 10:2,3,17
**motoring** 39:21,25
**mouth** 34:17
**mtp** 1:5
**myers** 3:18 43:4
  43:18

**n**

**n** 3:1 19:7,9
**name** 5:7 6:11,13
  7:1,3,5 8:18 9:14
  10:3,15,17 11:20
  11:24 43:12 44:2
  45:5,8,9
**names** 8:9 9:3,21
  11:2 19:23
**near** 31:5
**neck** 32:15,16
**need** 5:19 29:8
  36:15

Alpha Reporting
A Veritext Company
800-556-8974
www.veritext.com

**needs** 41:17
**negative** 28:1
**nephews** 8:22
**never** 12:16 19:12
  36:19,21 37:1
  40:23,24,24,24
  41:18
**nieces** 8:22
**night** 17:1,3 37:19
**nine** 32:19
**no.2:20** 1:5
**normal** 39:9,11
**north** 10:13
**nose** 37:9
**notarize** 46:11
**notary** 45:15
**note** 46:9
**noted** 45:3
**notice** 2:3
**number** 7:20
  43:12

**o**

**oath** 32:1 45:8
**obey** 35:19,21
**object** 38:6,10
**objections** 2:10
**obtain** 36:6
**occasions** 21:4
**october** 46:2
**office** 15:24 16:1,4
  16:6,9,17 20:24
  45:11
**officer** 18:14
  26:17 32:14
**officers** 14:10 36:4
**okay** 5:12 6:1 7:11
  7:15 8:5,16 9:20
  9:24 11:4,7 12:5
  12:10 13:5,20
  14:22 15:12,18
  16:19 18:22 19:14

20:5,17 21:9
  22:20 23:10,25
  25:23 26:3 27:1
  27:12 31:2,25
  34:4 37:3 41:13
**old** 7:18
**once** 11:18 33:19
  34:21,24
**ones** 9:25
**operator** 15:25
**opportunity** 16:10
**opposite** 24:15
**oral** 44:1
**order** 36:4 40:9
**outcome** 43:10

**p**

**p** 3:1,1
**p.m.** 22:20
**page** 44:4
**pages** 46:12
**paid** 27:1,4
**papers** 18:12,13
**paramedic** 29:14
**pardon** 25:18
**parents** 8:2,5
**part** 17:18 29:24
  34:19
**parties** 43:9
**passenger** 39:19
**paternal** 9:6,7
**patrol** 14:21 15:1
  15:13 16:2,2,7,10
  16:11 17:2,16,19
  18:10 41:1
**pending** 5:21
**people** 28:8,11,12
  41:5,7
**percent** 40:17
**perfectly** 39:11
**person** 27:1,4
  40:25 41:5 45:9

**personal** 38:7
**personally** 21:13
  45:8
**personnel** 38:8,14
  38:15
**phone** 7:20 17:2
**pickup** 35:1
**pinball** 35:7
**pipe** 36:11
**place** 16:18 22:22
  22:23 33:11 34:8
  36:12
**plaintiff** 1:4 2:3
  3:3
**planning** 13:17
**play** 13:3,5
**point** 17:16,19
  39:20
**pointed** 37:1
**points** 23:16
**police** 32:14
**portion** 23:25 30:1
  32:15 34:5
**position** 15:3,6,12
  15:17 16:11 41:4
**possible** 10:14
**post** 17:24 35:15
**potentially** 28:9
**preparation** 13:21
  14:1
**presented** 2:13
**pressure** 33:3
  34:12
**prior** 11:14 12:12
  16:1 23:3 30:6
  35:14
**probably** 15:20
  23:15 34:18 39:12
**procedure** 2:8
  33:8

**product** 43:14
**proved** 45:8
**provisions** 2:7
**public** 15:2 39:22
  39:25 41:3,17
  45:15
**punched** 25:6
  34:15
**purpose** 33:10,14
**purposes** 45:10
**pursuant** 2:3,6
**pursuit** 21:16,18
  23:13,14
**put** 24:22,24 29:18
  30:22 31:3,3,5
  33:9,22 39:19
**putting** 32:15,20
  33:14

**q**

**qualifies** 41:4
**question** 5:21,22
  6:1,3 35:23 40:22
**questions** 5:9 42:3
**quit** 17:2
**quitman** 8:8,15
  23:14 39:23

**r**

**r** 3:1 43:1
**racially** 19:16
**racism** 35:25
**rack** 21:12
**radio** 25:24 26:1,8
  27:18 36:8,10,13
  38:22 39:14
**raised** 26:25
**rammed** 23:18,18
  34:22
**ran** 27:24
**randy** 15:11

rank 18:5
reaching 36:24
  39:18
read 45:1 46:6,8
reason 6:8 17:15
  44:4
recall 21:11 23:11
  29:16 30:9 31:7
  34:18 37:17,21,25
  38:1,2,3,19
record 43:6
reference 22:3
referenced 22:8
  46:5
refused 27:2,5
regain 34:21
regret 40:12
related 43:8
relation 23:11
relatives 7:24
released 33:3
remember 21:12
  21:12 23:2 29:17
  29:22 30:9 34:3
  35:3
remove 31:4
rental 6:21
repeat 5:25
repeatedly 25:12
rephrase 6:1
report 18:16 21:19
  22:12
reported 43:6
reporter 43:5,12
reporter's 4:25
reporters 43:11
reporting 1:22
  3:16,17 43:14
represent 5:7
reproduction
  43:14

require 29:13
reserved 2:12
reside 12:5
resign 16:21
respond 39:16
response 28:1
responsible 22:18
retained 22:10
return 46:12
review 13:21
right 6:16,21,22
  7:15 8:22 9:1,6,14
  10:9,25 11:21
  12:7,15 13:7,15,23
  15:24 21:15 22:2
  22:5,14 23:7,19
  24:18 26:22,23
  29:13,22 31:9,12
  32:11 33:7 34:4
  35:18 36:7 40:8
  41:8,21
river 6:17
road 6:17 15:16
  23:17 27:20,24
  34:21 36:17
rocker 39:7
ross 24:20
roy 21:2
rules 2:7 5:12
  46:14
run 23:16 27:20
  34:20 36:17

s

s 3:1
safely 37:13 40:1
safety 15:2 41:3
  41:17
saith 42:5
sat 33:21
saw 32:16

saying 25:24 34:10
says 22:20,25 23:1
  36:13
scene 38:8,15
school 12:24 13:3
  15:25 16:2 23:2,5
  39:22,23
scrapes 37:11
seal 45:11,11
secondary 17:24
seconds 32:19
see 24:8,9 30:25
  31:6 38:14 39:5
september 1:16
  2:2
serious 27:16,21
seriously 28:19
serve 18:12,13
served 15:16
service 17:3 18:3,4
  18:10
session 41:14
set 30:14
seven 6:21
severe 25:12
shared 20:8
sheet 46:10
sheriff 14:18,19,23
  25:23 26:8 28:13
  35:16,19,22 36:5,9
  36:12 38:21,21
  39:5,7 40:3,9,12
  40:15
sheriff's 15:19,22
  15:24 16:1,4,6,9
  16:14,17 18:6,8
  20:24 21:16 40:20
shocked 39:13
shoot 36:21
shot 23:19

should've 37:4
shoulder 31:8,9,11
  31:15,16,17,22,23
  34:25
shoulders 32:21
  33:13,15 34:13
show 21:21
shut 26:11 40:4,5
  40:10
shy 23:15
siblings 8:6
side 9:25 10:1,2
  24:17
sign 46:6,11
signature 2:10
  21:23 42:5 43:18
  44:1 45:2
signed 46:17
sir 5:18,23 6:5,10
  6:15 8:21,23 9:7
  9:11,13 11:9,11,13
  12:14,16,18,20,23
  13:24 14:5,14,20
  16:20,22,24 17:17
  17:20,23,23 18:2,4
  18:13,15,19,21,24
  19:1,4,6,8,11,13
  19:17 20:23 21:17
  21:24 22:4,15,21
  23:9 24:23 25:1,3
  25:5,9,11,14,16
  27:9 28:7,10,16,18
  28:25 29:4,6,12,19
  29:21 30:21,24
  31:1,19 32:2,2,7
  32:10 34:16 35:10
  37:6,10,12,20
  38:13,16 39:3,6,8
  39:15 40:22 41:9
  41:12,20,23 42:1

sister 8:7,11
skills 43:6
smart 22:16,17
smith 20:15,15
solutions 46:19
somebody 31:2
sorry 10:23 16:4
  32:22
sorted 40:18
south 7:25 9:1,19
  9:20 10:10 23:17
southbound 34:22
southern 1:1 11:1
speak 13:25 38:21
sports 13:3
spot 39:12
stand 40:11
start 33:22
started 33:24
  34:22,25
state 6:11 13:18,19
  43:2,5 45:6,15
statement 4:9
  13:22 21:19 22:2
  22:7 38:22
states 1:1
stern 27:15,18
stevens 11:20,25
stomped 25:2
  34:15
stop 34:23 39:20
  39:24
straight 30:14
street 3:10 13:18
struck 36:19
subject 19:2
subscribed 45:9
successfully 14:13
sued 11:12 12:10
  12:12,16

superior 26:16
supervise 18:20
sure 19:24 23:20
  27:19,22 31:25
surnames 9:15
surrounding 9:19
sworn 5:2 18:14

**t**

t 43:1,1
take 5:19,20 22:22
  22:23
taken 2:1,6 28:14
talk 5:15,16,24
  37:3 39:4
talking 5:14,16
  19:10 29:25 41:6
tell 8:2 14:8,15
  16:25 19:23 21:22
  23:10 26:3 27:16
  35:13,16 41:18,24
temper 28:4,6
tendency 5:24
tender 42:2
tennessee 3:19
  43:20
tensed 24:12
term 34:3
terminated 27:8
  27:10
terms 2:7
tessa 20:7,14
testified 5:3
testimony 2:12
  38:5,10 46:8
thank 42:4
thing 26:22,23
  27:6 39:1 40:3,7
things 36:11 37:21
  37:25 41:18
think 10:24 11:2
  20:12 25:17,19,21

  30:6,7 33:1,4 35:8
  36:7 38:4,9 39:7
thought 10:21
  39:11,19
three 6:6 7:8,13
  15:20 19:25 30:17
tilman 1:3 5:8,9
  16:16 21:5 23:11
  25:19 32:8,20
  33:5 46:3
time 22:22,23,24
  22:25 23:1,3,9
  24:10 27:4 28:24
  29:1 32:23 34:24
  35:2 36:25 38:12
  46:15
timeframe 46:7
times 11:17 19:25
  37:24
tire 23:19
tn 1:23
today's 13:21 14:1
todd 7:6 10:15,16
  10:18,19
todds 10:25
told 26:5 27:1,4
  32:18 37:24 40:3
tony 8:3
top 22:25
torso 24:3
total 15:20
traffic 23:3,4,6
  39:22
trained 26:19
training 14:10
transcript 43:6,13
  46:5,16
transfer 13:16
  43:14
transpiring 39:2

travesty 28:17
treatment 29:14
  29:14
tree 24:16
tried 36:21,24
trooper 15:14,15
  15:16 17:6
trouble 30:12,15
  33:8
true 25:2 43:6
  45:3
truth 26:4
truthful 41:22
try 16:4 31:4
  34:25 36:6
trying 13:15 21:11
  21:12 22:18 33:16
  33:18
two 12:4 16:7
tx 46:13
type 39:1

**u**

unauthorized
  43:15
uncles 9:12 10:2
underneath 24:6,7
understand 5:25
  34:2
understanding
  32:1
understood 6:3
union 43:3
united 1:1
university 13:15
unrestrained
  34:23 35:2
upset 30:16

**v**

v 46:3

Alpha Reporting
A Veritext Company
800-556-8974
www.veritext.com

| | | |
|---|---|---|
| **variety** 41:18 | **white** 18:17 36:3 | **z** |
| **vehicle** 23:16,18 | **wife** 6:25 7:25 | |
| 23:18,21,23 27:21 | 10:7 37:13 | **zoom** 2:5 |
| 30:17 34:20,23 | **wife's** 7:1 8:18 | |
| **vehicles** 29:11 | **windshield** 35:5,5 | |
| **verbally** 5:13 | **witness** 2:10 42:2 | |
| **verify** 46:8 | 42:4 44:2 45:5,8 | |
| **veritext** 46:12,19 | 46:5,7,9,11,15 | |
| **veritext.com.** | **word** 19:7,9 | |
| 46:13 | **words** 23:10 39:13 | |
| **vice** 27:15 | **work** 15:4 16:3,6 | |
| **video** 2:5 | 20:1,10 43:14 | |
| **virtually** 6:9 | **worked** 14:17,20 | |
| **visit** 21:1 37:16 | **worker's** 12:19,21 | |
| **voice** 27:18 | **working** 14:25 | |
| **voir** 10:15 | 16:14,17 17:2 | |
| **volume** 44:2 | **works** 20:2,11,23 | |
| **vs** 1:5 | **would've** 23:7 | |

| **w** | 24:17,18 26:5 |
|---|---|
| **waist** 31:5 | 37:4 |
| **waistband** 33:18 | **wreck** 17:4 30:4,5 |
| **waived** 2:10 42:6 | **wrecked** 34:19 |
| **walk** 34:19 | **wrecks** 35:9 |
| **want** 9:18 37:3 | **write** 17:8,13,21 |
| **wanting** 24:13 | 22:12,14,16 |
| **warrant** 36:16,18 | **wrong** 29:20 30:3 |
| **way** 43:9 | 36:7 37:23 38:2 |
| **waylay** 34:2 | **www.alparepor...** |
| **waylayed** 34:1 | 1:24 |
| **waylaying** 33:22 | |

| | **y** |
|---|---|
| 33:25 | **y'all** 7:7 26:14 |
| **we've** 21:3 | 33:22 35:16,19 |
| **week** 19:25 30:6 | 40:20 |
| **weeks** 6:6 | **year** 13:1 15:9,22 |
| **weigh** 32:3 | 16:9 |
| **weight** 30:22 31:3 | **years** 7:8,13 12:2 |
| 31:4,21 32:15,21 | 15:17,21 16:7 |
| 33:14 | 37:23 |
| **went** 10:22 14:9 | |
| 16:3,6,7,11 23:17 | |
| 23:21 37:13 | |

Mississippi Rules of Civil Procedure

Rule 30

Depositions Upon Oral Examination

(e) Submission to Witness; Changes; Signing.
When the testimony is taken by stenographic means,
or is recorded by other than stenographic means as
provided in subsection (b)(4) of this rule, and if
the transcription or recording thereof is to be
used at any proceeding in the action, such
transcription or recording shall be submitted to
the witness for examination, unless such
examination is waived by the witness and by the
parties. Any changes in form or substance which the
witness desires to make shall be entered upon the
transcription or stated in a writing to accompany
the recording, together with a statement of the
reasons given by the witness for making them.
Notice of such changes and reasons shall promptly
be served upon all parties by the party taking the
deposition. The transcription or recording shall
then be affirmed in writing as correct by the
witness, unless the parties by stipulation waive
the affirmation. If the transcription or recording
is not affirmed as correct by the witness within

thirty days of its submission to him, the reasons
for the refusal shall be stated under penalty of
perjury on the transcription or in a writing to
accompany the recording by the party desiring to
use such transcription or recording. The
transcription or recording may then be used fully
as though affirmed in writing by the witness,
unless on a motion to suppress under Rule 32(d)(4)
the court holds that the reasons given for the
refusal to affirm require rejection of the
deposition in whole or in part.

DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.